**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *    Case No. _____ |
| | * |
| MARYLAND CARE, INC. d/b/a MARYLAND PHYSICIANS CARE, | * |
| | * |
| Defendant. | * |

1:25-cv-2319

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT MARYLAND CARE, INC. D/B/A MARYLAND PHYSICIANS CARE'S MOTION TO DISMISS COMPLAINT AND REQUEST FOR HEARING

COMES NOW, Maryland Care, Inc., d/b/a Maryland Physicians Care ("MPC"), by counsel, M. Celeste Bruce, Esq., Madelaine Kramer Katz, Esq. and Rifkin Weiner Livingston, LLC, and pursuant to Local Rule 105 and Fed. R. Civ. Proc. 12(b)(6), files this Motion to Dismiss Counts II, III and IV of the Complaint filed by Plaintiff, University of Maryland Medical System Corporation, for all the grounds and authorities stated in the accompanying Memorandum in support of the Motion to Dismiss and for those arguments that may be raised at any hearing on this Motion.

WHEREFORE, Defendant MPC requests that the Court enter an Order dismissing Counts II, III and IV with prejudice and for such other relief as the Court deems reasonable and just.

## REQUEST FOR HEARING

Pursuant to Local Rule 105.6, Maryland Care, Inc. d/b/a Maryland Physicians Care

respectfully requests a hearing on its Motion to Dismiss.

Dated: July 17, 2025
Respectfully submitted,

**MARYLAND CARE, INC. d/b/a
MARYLAND PHYSICIANS CARE**

By Counsel,

_____/s/ M. Celeste Bruce_____
M. Celeste Bruce, Esq. (Bar No. 10710)
Madelaine Kramer Katz, Esq. (Bar No. 19760)
RIFKIN WEINER LIVINGSTON, LLC
7700 Wisconsin Ave, Suite 320
Bethesda, Maryland 20814
(301) 951-0150 (phone)
(301) 951-0172 (facsimile)
cbruce@rwllaw.com
mkatz@rwllaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2025, a true copy of the foregoing was served by

U.S. Mail and e-mail on counsel for Plaintiff as follows:

> Brett Ingerman
> Kathleen A. Birrane
> Joseph Davison
> DLA PIPER LLP (US)
> 650 S. Exeter St., Suite 1100
> Baltimore, Maryland 21202-4576
> brettingerman@us.dlapiper.com
> kathleen.birrane@us.dlapiper.com
> joseph.davison@us.dlapiper.com
>
> Vinay Kohli
> PROSKAUER ROSE LLP
> 2029 Century Park East, Suite 2400
> Los Angeles, CA 90067
> vkohli@proskauer.com
>
> D. Austin Rettew
> PROSKAUER ROSE LLP
> Eleven Times Square
> New York, NY 10036
> arettew@proskauer.com
>
> *Counsel for Plaintiff*

*/s/* M. Celeste Bruce

M. Celeste Bruce, Esq. (Bar No. 10710)
