

June 19th, 2018

University Of Maryland Medical Systems Corporation
110 S. Paca Street
Room- 08-N-120
Baltimore, MD 21201

RE:  Fully Executed Contract Effective 01/01/2018

Dear: University Of Maryland Medical Systems Corporation

Maryland Physicians Care ("MPC") is pleased to welcome you to its provider network
for the Maryland Medicaid Health Choice Program.  A copy of the fully-executed
agreement is enclosed for your future reference and should be included in your practice's
MPC Provider Manual, which is incorporated by reference as an integral part of the
executed agreement.

The Provider Manual defines program administration, including but not limited to,
member enrollment and benefits, provider responsibilities, the referral and prior
authorization processes, claims administration, quality assurance plan, and important
telephone numbers. The MPC Provider Manual is posted on our website at
www.marylandphysicianscare.com and should be printed for future reference. In
addition, a copy of our current MPC Drug Formulary which includes information on
limits and how to request authorization, as well as our MPC Member Handbook, which
fully outlines the benefits available to our members, is also accessible on our website.
Additional information regarding program administration as well as the FFS Medicaid
EPSDT Manual (PCP's only) is also available on MPC's website.

MPC looks forward to working with you in the delivery of services to our members. If
you have any questions or you do not have access to the web and require a mailed copy
of the aforementioned electronic documents, please contact your Provider Relations
Representative by calling 1-800-953-8854 and following the prompts to the Provider
Services Call Center.

Sincerely,


MPC Provider Services


**EXHIBIT**

**1**

## MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## GENERAL PROVISIONS

This Agreement between Maryland Physicians Care ("MPC") and the Participating Health Provider ("PHP") set forth below:

__University of Maryland Medical System Corporation__
Participating Health Provider
(Type/Print Business/individual name as reflected on Form W-9)
__11 0 S. Paca Street Rm. 08-N-120__
Business Street Address
(Pay to Address)
__Baltimore, MD    21201__
City     State     Zip Code

TERM: The Effective Date of this Agreement is the date of MPC's CEO signature unless otherwise specified in writing).

COVERED SERVICE (S): Participating Health Provider shall deliver the following specific type of practice, facility, or other service(s) to MPC Members during the term of this Agreement:

PCP_____ (FP, IM, Peds, etc), Specialty __Multi - Specialty__ (List Specialty),
Ancillary_____, Facility_____, Other __/__

SERVICE TO MEMBERS DURING THE TERM OF THIS AGREEMENT: PHP has agreed to deliver said health care services pursuant to the terms and conditions of this Agreement, the Provider Manual and any binding policies, transmittals or other communications from MPC to PHP. Each person signing this Agreement warrants that he/she has full authority to do so and that his or her signature shall bind the parties on whose behalf they sign.

FOR AND ON BEHALF OF MPC:

By ___Cynthia M. Demarest___ 1/6/18
Signature      Date

Cynthia M. Demarest
Typed/Printed Name

CEO
Title

FOR AND ON BEHALF OF PHP:
If PHP is a corporation, partnership
or limited liability company:
__University of Maryland Medical System Corporation__
Company Name

By ___Henry J. Franey___ 1/30/18
Signature      Date

Henry J. Franey, MBA
Typed/Printed Name
Its __Executive VP + CFO__
Title (i.e. Owner, President, CFO, etc)
__See Attached__
PHP Federal Tax # /Social Security Number
__See Attached__
PHP Maryland Medicaid Identification #

If PHP is an individual/sole proprietorship:

_____
Signature      Date

_____
Typed/Printed Name

_____
PHP Federal Tax # /Social Security Number

MPC General Provisions     1

2017

# MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## GENERAL PROVISIONS

### RECITALS

A.    During the term of this Agreement, MPC may manage Medicaid and other Payor programs and services for enrollees pursuant to its Plan Contract(s)s (the "Plan Contract(s)") with the applicable State or Federal Agency or other applicable payor entity and MPC is duly authorized to execute and administer this Agreement.

B.    PHP is a Health Professional, health facility or an organization that employs or contracts with health professionals with the qualifications necessary to provide Medicaid or other health services to enrollees of MPC.

C.    MPC desires that PHP provide *specific* health services to enrollees of MPC, and PHP agrees to provide the health services pursuant to the terms of this Agreement and the applicable obligations and requirements of MPC under the applicable Plan Contract(s).

**NOW, THEREFORE,** for good and valuable consideration MPC and PHP agree to the terms and conditions set forth in these General Provisions and all Attachments, and documents attached or incorporated by reference in these General Provisions, and preceding signature page.

## I.    ATTACHMENTS, PROVIDER MANUAL, POLICIES

### A.    Attachments

**Attachment A** to this Agreement contains the description of the responsibilities and performance requirements of PHP pursuant to this Agreement based upon the Plan Contract(s), type of Covered Services to be provided by PHP under this Agreement including required insurance coverages, which terms shall control in the event of a conflict with these General Provisions.

**Attachment B (and any subparts)** to this Agreement contain the terms of this Agreement required by, or related to, any Applicable State or Federal Agency and the specific rate(s) and/or fee(s) to be paid to PHP for the delivery of Covered Services and the compensation method to be employed pursuant to this Agreement, which terms shall control in the event of a conflict with these General Provisions, Attachment A, or Attachment D, if applicable. MPC may provide PHP with one or more additional Attachment B documents specific to any additional Plan Contract(s) that MPC may enter into during the term of this Agreement.

**Attachment C** to this Agreement is the list of all Health Professionals who own, are employed by, or under contract with, PHP, and who will perform Covered Services under this Agreement as of the Effective Date.

**Attachment D,** if attached, to this Agreement sets forth Special Provisions, which are PHP specific terms, and conditions as deemed needed and appropriate by MPC. Except

## MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## GENERAL PROVISIONS

for Attachments B (and any of its subparts), if Special Provisions conflict with the General Provisions or any other Attachments, the Special Provisions shall govern.

The parties may add and delete attachments to this Agreement from time to time by following the amendment procedures set forth in Section IX(G).

### B.     Provider Manual

**Provider Manual** means MPC's policies and procedures and other information relative to performance under this Agreement including, without limitation, credentialing, pre-certification, utilization review, quality management programs, administrative and grievance policies and procedures. The Provider Manual may be revised by MPC by issuing updates, newsletters or bulletins, all of which will be effective upon receipt by PHP or as otherwise specified in such updates, newsletters or bulletins.

PHP will be bound by the contents of the Provider Manual as in effect from time to time. The Provider Manual is incorporated into this Agreement and the terms and conditions set forth in the Provider Manual, shall control in the event of a conflict with these General Provisions or any Attachment.

### C.     Policies

MPC has established, and from time to time may establish and revise, policies and procedures for activities related to management of Covered Services under the Plan Contract(s) ("Policy" or "Policies".) The Policies cover, by way of example and not limitation, the following areas: network management, quality management, utilization review, credentialing, peer review, claims billing and reimbursement, member rights and responsibilities and grievances and appeals. PHP shall abide by all of the Policies that apply to the activities of PHP under this Agreement. MPC shall set forth or describe the Policies in the Provider Manual, provider newsletters or other written communications to PHP. All such communications by MPC to PHP are binding upon receipt.

## MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## GENERAL PROVISIONS

### II. DEFINITIONS

As used in this Agreement, the following terms shall have the meanings set forth below. Other terms in this Agreement may be defined in the text of these General Provisions, the Attachments or the Plan Contract(s) and shall have the meanings set forth in those definitions.

**Agreement** means this document and includes the signature page, these General Provisions, all Attachments and all documents attached to or incorporated by reference.

**Applicable Law** means federal, State, and local laws, rules, regulations, executive orders, and the published interpretations thereof, applicable to any provision of this Agreement.

**Capitation Payment** means a predetermined periodic payment, based upon the covered number of Members assigned to PHP under this Agreement (The actual method of compensating PHP, whether by Capitation Payment or Fee For Service Payment, is set forth in Attachment B.)

**Clean Claim** means a claim that has no defect or impropriety, including a lack of any required substantiating documentation, or particular circumstance requiring special treatment that impedes prompt payment. A Clean Claim must include all data elements required by State regulation.

**Coordination of Benefits** means the process used to establish the order in which insurance carriers pay for charges incurred by a Member for Covered Services when more than one carrier covers the Member.

**Chief Medical Officer** means the State licensed physician designated by MPC to have overall administrative authority for MPC clinical, quality management and utilization management programs.

**Co-payment** means a monetary amount, specified by the Applicable State or Federal Agency, which the Member may be responsible to pay directly to PHP at the time Covered Services are rendered.

**Covered Services** means the medical services available to Members under the Plan Contract(s) that PHP is agreeing to provide to Members under this Agreement and pursuant to MPC Policies in effect from time to time.

**Emergency Medical Condition** means those health care services and/or goods provided or required to evaluate and treat a sudden and unexpected situation or occurrence or a sudden onset of a medical or behavioral condition manifesting itself by acute symptoms of sufficient severity (including severe pain) that the failure of immediate medical attention could reasonably be expected by a prudent layperson, who possessing an average knowledge of health and medicine, to result in:

- Death; or
- Placing the health of the individual in serious jeopardy; or
- Serious impairment to any bodily functions; or
- Serious dysfunction of any bodily organ or part; or
- Serious harm to a Member or others due to an alcohol or drug abuse emergency; or
- Injury to Member or bodily harm to others or
- With respect to a pregnant woman, who is having contractions: (1) that there is inadequate time to effect a safe transfer to another hospital before delivery, or (2) that transfer may pose a threat to the health or safety of the Member or the unborn.

**Emergency Medical Services** means health care items and services furnished or required to screen and stabilize an Emergency Medical Condition, which may include, but shall not be limited to, health care services that are provided in a licensed hospital's emergency facility by an appropriate provider.

**Encounter** means a record of Covered Services provided by PHP to a Member that must be received by MPC in the accepted format and timeframe specified in Section VI of this Agreement.

**Fee For Service Payment** means a payment on a per service basis for providing Covered Services to Members under this Agreement.

**Health Professional** means (a) PHP, if PHP is an individual physician, physician's assistant, nurse practitioner, or other allied health professional rather than an entity, or (b) if PHP is an entity, any physician, physician assistant, nurse practitioner, or other allied health professional listed on Attachment C.

**HIPAA** means the Administrative Simplification provision of the Health Insurance Portability and Accountability Act of 1996 (Public Law 104-191), as codified at 42 U.S.C. §§ 1320d through 1320d-8 and as further delineated in regulations within Parts 142, 160 and 164 of 45 C.F.R. The Administrative Simplification provisions under HIPAA impose standards for the electronic exchange and protection of private health information to make financial and administrative healthcare transactions more efficient and secure. "HIPAA Privacy Standards" means the portion of HIPAA that covers standards for the privacy of individually identifiable health information. "HIPAA Transaction Standards" means the portion of HIPAA that covers standards for electronic transactions and code sets. "HIPAA Identifier Standards" means the portion of HIPAA that covers national standard identifiers for health care providers, health plans, employers and individuals (if any). "HIPAA Security Standards" means the portion of HIPAA that covers security and electronic signature standards.

**Hospitalist** means a Participating Health Professional who manages the care of hospitalized Members.

**Medical Record** means the health or medical record of a Member maintained or generated by or for or in possession of PHP which documents the communications, diagnoses, observations and treatments for medical services received by the Member.

**Medically Necessary or Medical Necessity** means those Covered Services directly related to diagnostic, preventive, curative, palliative, or rehabilitative treatment required to preserve and maintain the health status of a Member, according to applicable state, federal or Plan Contract guidelines, and subject to review and concurrence by the Medical Director or designee.

**Member** means an individual who the Applicable State or Federal Agency applicable State or Federal Agency has determined as eligible for, and who is enrolled with MPC to receive Covered Services pursuant to a Plan Contract(s).

**Participating Health Provider** means a hospital, physician (primary care and/or specialist), and any other health care provider (including allied health professionals), or entity (including skilled nursing facility, home health provider, health care provider group, and community clinic), and including PHP, that has agreed to provide Covered Services to Members pursuant to a direct or indirect obligation under an agreement with MPC with respect to a Plan Contract(s).

**Plan Contract(s)** means the agreements between MPC and the Applicable State or Federal Agency or other third party payor under which MPC agrees to manage Medicaid and other third party payor sponsored services for Members.

**Provider Network** means all Participating Health Providers.

**Applicable State or Federal Agency** means the State or Federal department and/or division with which MPC has entered into a Plan Contract(s) and that governs the provision of Covered Services to that Payor's Members, as further defined in Attachments B (and all its subparts).

**State** means the State of Maryland.

**Suspension** means any restriction imposed upon the State licensure or the clinical privileges of PHP or a Health Professional.

## III.    PROVISION OF COVERED SERVICES

### A.    Covenants Regarding Standard of Care

    1.    PHP and the Health Professionals shall provide or arrange for Covered Services under this Agreement in accordance with the following:

        a.    Generally accepted medical practice and professional standards

      b.    Applicable Law; and

      c.    MPC Policies and Provider Manual; and

      d.    Obligations and requirements of MPC under the Plan Contract(s).

      e.    Terms and requirements of the specific third party payor sponsoring the Plan Contract as communicated to PHP.

2.    PHP acknowledges and agrees that MPC has no control over patient care and that PHP and Health Professionals are and shall remain solely responsible for the nature, scope and quality of health care services provided to Members. MPC acknowledges that MPC is responsible for the oversight of PHP clinical decisions in conjunction with the Plan Contract(s), monitoring quality of care and authorization of requested clinical services and other responsibilities as defined in the Plan Contract(s).

3.    PHP acknowledges and agrees that this Agreement and the compensation arrangements hereunder do not provide PHP with an inducement or incentive to provide less than Medically Necessary Covered Services to Members, and that the clinical and treatment decisions of PHP and each Health Professional shall not be influenced by any compensation arrangements.

## B.   Non-Discrimination Requirements

PHP shall not exclude any Member from participation in, or deny benefits to any Member, or otherwise discriminate against any Member in the delivery of Covered Services based on the Member's (a) status as a participant in a publicly financed health benefits program, (b) diagnosis as having Acquired Immune Deficiency Syndrome (AIDS) or Human Immunodeficiency Virus (HIV) positive status, or (c) disability, age, race, color, religion, sex, national origin or any other classification protected by Applicable Law.

## C.   Confidentiality of Member Information

1.    PHP and Health Professional shall treat as confidential a Member's Medical Record, protected health information (PHI) and any other information, communication or transaction identifying the Member ("Member Information"). PHP and Health Professional shall comply with Applicable Law, Plan Contract(s) provisions, and terms of this Agreement governing Member Information with regard to: reasonable safeguards and security; use; disclosure; Member, MPC or third party access; duplication

and retention including (without limitation) the Privacy Standards under HIPAA.

2. PHP shall share Member's relevant portion of each Member's Medical Record with the Member's assigned primary care provider, other authorized provider or MPC or its authorized agents and business associates in accordance with Applicable Law

### D. Communication with Members

1. Nothing in this Agreement prohibits or restricts PHP and Health Professional from giving a Member or a Member's authorized representative, information regarding treatment or discussing with the Member or Member's authorized representative the Member's overall medical needs, including the treatment options or recommendations not included in Covered Services.

2. Nothing in this Agreement prohibits or restricts PHP and Health Professional from disclosing to any Member any information about that Member that PHP deems appropriate regarding:

   - the nature of treatment and the risks or alternatives thereto;
   - the availability of other therapy, consultation or test;
   - the decision of MPC to authorize or deny payment of services;
   - communications that are necessary or appropriate to maintain the provider-patient relationship while the Member is under PHP's care;
   - communications that relate to a Member's right to appeal a coverage determination;
   - opinions and the basis of an opinion about public policy issues; or
   - the process that MPC or any person contracting with MPC uses or proposes to use, to authorize or deny payment of fees for health care services or benefits.

### E. Auditing, Monitoring, Evaluation, Visitation, Inspection, Books and Medical Records

1. *Standards for Records.* PHP and Health Professional shall maintain complete and accurate Medical Records necessary to document the quantity, quality, appropriateness and timeliness of Covered Services. Medical Records shall be legible, signed by the appropriate person and dated, and maintained in a detailed and comprehensive manner that conforms to: (i) generally accepted medical practice and professional standards, (ii) Applicable Law, (iii) Applicable State or Federal Agency or Plan Contract(s) standards and (iv) MPC Policies, including any that

adopt, in whole or part, National Association for Quality Assurance (NCQA) or other nationally-recognized guidelines. PHP shall manage its Medical Records so as to permit effective professional medical review and medical audit and facilitate adequate systems for patient follow-up.

2.   *Disclosure to* MPC. PHP shall maintain and furnish, at no charge to MPC, such Medical Records and documents, both medical and non-medical, as may be required by Applicable Law, Applicable State or Federal Agency, or Plan Contract(s) requirements, MPC Policies, or as MPC deems necessary to review or enforce compliance with the Agreement. PHP shall cooperate with MPC and shall, within five (5) business days following receipt of MPC's request, submit to MPC all reports, Medical Records, data and other information (including quality management, utilization management or other information) reasonably necessary for MPC to comply with the terms of its license, the Plan Contract(s), and any accreditation or other contract or regulatory obligation for health plan operations.

3.   *Form of Disclosure.* PHP shall transmit utilization documentation, claims, and Encounters to MPC in a form and manner acceptable to MPC and that complies with Applicable Law, Plan Contract(s), and MPC Policies, including (without limitation) HIPAA.

4.   *Access to Books and Records.* Upon the request of MPC, PHP shall permit any State or Federal Agency that has jurisdiction or authority over MPC, any other organization that certifies, accredits or licenses MPC or from whom MPC is seeking certification, accreditation or licensure, or any representative or agent of MPC acting on its behalf under this Agreement, to conduct a site visit and inspect the books and records of PHP relating to the health care services, items or accommodations provided or to be provided to Members in order for such persons to monitor and assess the ability, clinical capability, financial capability and legal authority of PHP to furnish Covered Services to Members. Such access and inspection shall be provided by PHP in a manner reasonably acceptable to MPC and PHP shall ensure that confidential information is only provided to authorized personnel of such inspector.

5.   *Payor Program Requirements.* PHP shall maintain a records system capable of disclosing the extent of Covered Services provided and amounts paid under this Agreement. PHP shall retain the information within such records system for seven (7) years after the Covered Services are provided or the period required by Applicable Laws, whichever is longer. PHP shall allow the Applicable State or Federal Agency, and any agency having jurisdiction over MPC, PHP, or Member to (i) evaluate, through inspection or other means, the quality, appropriateness and

timeliness of services performed under this Agreement, (ii) inspect or audit any financial records of PHP, or (iii) view upon request, the contracts, books and records necessary to verify the nature and extent of costs of Covered Services, insofar as any regulation on access to the records of Medicare providers applies to this Agreement.

6. HEDIS Reporting. PHP shall cooperate with MPC's collection and submission of information required under the Health Plan Employer Data Information Set (HEDIS) as developed and maintained by the National Committee For Quality Assurance (NCQA).

### F. Fraud and Abuse

PHP shall report to MPC, Applicable State or Federal Agency, if required by Applicable Law, or any other government agency to which reporting is required under Applicable Law:

1. any suspected fraud or abuse based on an act or omission, or

2. any pattern or combination of acts or omissions, by or involving a Member, a non-participating or a Participating Health Provider treating a Member, a party to this Agreement or its employee, agent or subcontractor.

### G. Gratuities

If MPC determines that gratuities in the form of entertainment, gifts, or otherwise were offered or given by PHP, or any agent or representative of PHP or Health Professional, to any officer or employee of the applicable State or Federal Agency with a view towards securing a contract or securing favorable treatment with respect to the awarding, amending or making of any determinations with respect to the performance of this Agreement, *MPC* may immediately terminate this Agreement upon written notice to PHP in accordance with Section VIII(C). (Termination With Cause) of this Agreement.

## IV. RESPONSIBILITIES OF MPC:

### A. Compensation

1. MPC shall compensate PHP in the manner as described in Attachment B for the provision of Covered Services to eligible Members delivered in accordance with the terms and conditions set forth in this Agreement within thirty (30) business days from the date of receipt of a Clean Claim in accordance with applicable State regulations. MPC shall not be responsible to pay for any otherwise Covered Services rendered to

Members prior to the date the Member becomes enrolled by the Applicable State or Federal Agency with MPC (except with respect to certain newborns pursuant to the Applicable State or Federal Agency regulations) or after the Member loses eligibility or otherwise is disenrolled from MPC.

2.   MPC shall comply with all Applicable Law, and Plan Contract(s) requirements that apply to payment of claims.

## B.   Communication Channels

1.   MPC will assign an MPC representative to serve as PHP's primary contact with MPC. The MPC representative will coordinate contracting, education/training and technical assistance, and will facilitate communication between MPC and PHP.

2.   Upon request, MPC may provide reasonable technical assistance to PHP about the terms, conditions, and Policies related to this Agreement.

## C.   Plan Contracts.

1.   MPC reserves the right to notify PHP of the implementation of Plan Contracts in addition to those lines of business covered under the terms of this Agreement as of the Effective Date. MPC will supply an additional Attachment B document describing any terms unique to such additional lines of business under the amendment provisions set forth in Section IX(G) of this Agreement.

2.   PHP shall be deemed to be participating in any of the Plan Contracts of MPC upon receipt of an appropriate Attachment B to this Agreement, unless PHP specifically objects to such participation within thirty (30) days of receipt of notification from MPC. In addition, PHP may terminate its participation in an individual line of business by providing written notice in accordance with the terms of this Agreement, subject to any post-termination obligations specific to that Plan Contract. Notwithstanding the above, in the event that PHP participates in any non-Medicaid MPC Plan Contract, PHP, in accordance with Applicable State and Federal Law, PHP must also participate in MPC's Medicaid Plan Contract, unless the parties otherwise agree in writing.

### MARYLAND PHYSICIANS CARE
### PARTICIPATING HEALTH PROVIDER AGREEMENT
### GENERAL PROVISIONS

## V. REPRESENTATIONS, WARRANTIES AND COVENANTS OF PHP AS TO INSURANCE, LICENSING, CREDENTIALING, PROFESSIONAL STANDARDS AND GOVERNMENT PROGRAM PARTICIPATION

### A. Insurance

1. Throughout the term of the Agreement, PHP shall maintain, at PHP's expense, all insurance applicable to the Covered Services provided by PHP, including but not limited to, general and professional liability (malpractice) coverage, which covers PHP's and Health Professional's acts and omissions in providing or arranging for Covered Services under this Agreement, in a form and amount acceptable to MPC and specified in Attachment A. PHP shall also provide workers' compensation and unemployment insurance coverage to PHP employees in accordance with Applicable Law.

2. If the professional liability coverage purchased is not occurrence based, but is a claims-made policy, PHP shall purchase an extended reporting endorsement (tail) applicable to all claims arising out of events that occur during the Term of this Agreement or any renewal of this Agreement.

3. Failure to secure and maintain the general and professional liability insurance coverage referred to above shall constitute a material breach of this Agreement.

4. PHP shall give at least thirty (30) days prior notice to MPC of any substantial change in, or cancellation of, such coverage. PHP shall also give MPC written notice of any claims against PHP's professional liability coverage within five (5) days of notice thereof.

5. Prior to the execution of this Agreement, and annually thereafter, PHP shall present satisfactory evidence of acceptable insurance coverage to MPC.

### B. Notice of Credential or License Change

1. *Notice of Commencement of Proceeding.* PHP shall notify MPC within ten (10) days of PHP's receipt of notice of any legal or administrative, proceeding that may result in revision, revocation, censure, dismissal, termination, Suspension or limitation of PHP's or any Health Professional listed on Attachment C: (a) license(s) to provide the Covered Services; (b) CLIA license; (c) license to dispense narcotics and/or controlled substances; (d) hospital or other clinical privileges; (e) credentialing or contract participation status with any other third party payor or provider

network; or (I) eligibility to participate in Medicare or Medicaid or any other government sponsored health care program.

2. *Notice of Result of Proceeding.* PHP shall notify MPC within one (1) business day of PHP's receipt of notice of any action, recommendation or decision that results in the revision, revocation, censure, dismissal, Suspension or limitation of PHP's or any Health Professional: (a) license(s) to provide the Covered Services, (b) CLIA license; (c) license to dispense narcotics; (d) hospital or other clinical privileges; (e) credentialing or contract participation status with any other third party payor or provider network; or (f) eligibility to participate in Medicare or Medicaid or any other government sponsored health care program.

3. *Notice of Felony Charge.* PHP shall notify MPC within one business day of the filing of any criminal complaint charge against PHP or Health Professional including, but not limited to, acts of physical violence or illegal sexual behavior whether or not such complaint or acts relate to the delivery of health care services.

4. *Notice of Lawsuit.* PHP or Health Professional shall notify MPC within five (5) business days of notice of any lawsuit or complaint submitted to a regulatory agency (including Centers for Medicare and Medicaid Services (CMS), or other Applicable State or Federal Agency) or to a court, provided that the lawsuit or complaint was filed by a Member or a representative of the Member against PHP

## C. Professional Standards

1. PHP, any licensed entity, and each Health Professional listed in Attachment C shall: (a) be duly licensed by the applicable regulatory agency, including a medical specialty license, if applicable; (b) if a physician, have completed an approved training program or be generally recognized by the physician community as being skilled in the physician's area of practice; (c) employ professionals who render Covered Services and are licensed in the State; and (d) if a physician with privileges at a hospital or other health facility, maintain those hospital or other health facility privileges in good standing. Evidence of such licensing or certification shall be provided to MPC upon request.

2. If PHP and each Health Professional, if required by Applicable Law, whose scope of medical practice includes prescribing medications, shall maintain current unlimited State and federal controlled substance registrations throughout the term of this Agreement and shall use reasonable efforts to record the BNDD-DEA number on all prescriptions.

**D.    Program Exclusions: Convictions**

PHP represents and warrants that PHP and all Health Professionals listed on Attachment C (i) have not been and are not suspended, excluded, barred or sanctioned under the Medicare, any Medicaid program any other federal or state program for the payment or provision of medical services or any governmental licensing agency; and (ii) has never been convicted of an offense relating to health care or listed by a federal agency as barred, excluded or otherwise ineligible for federal program participation.

## VI.    CLAIMS AND ENCOUNTERS, GRIEVANCE AND APPEALS

### A.    Claims and Encounter Reporting

1.    PHP shall file, regardless of payment reimbursement method, claims and Encounter data on a valid claim form with MPC in accordance with MPC Policies and the applicable provisions of this Agreement, within one hundred eighty [180] days from the date of provision of Covered Service. PHP shall utilize most current diagnostic and procedure coding guidelines, including but not limited to International Classification of Diseases (ICD), American Medical Association Current Procedural Terminology (AMA CPT), Center for Medicare and Medicaid Service (CMS) Common Procedural Coding System (HCPCS), Diagnostic Statistical Manual (DSM), Current Dental Terminology (CDT), Uniform Billing Data Elements (UB-92) Specification Manual, and State identified CPT/HCPCS codes as directed by MPC.

2.    Failure to submit claims and Encounter data within the prescribed time period may result in payment delay and/or denial. All PHP billing must follow recognized national billing practices established by CMS or guidelines developed by the Applicable State or Federal Agency.

3.    Under MPC's applicable review Policies, MPC will evaluate all claims and payments for Covered Services in light of claim information on the condition treated and services or items provided and AMA CPT guidelines, national bundling edits including the Correct Coding Initiative, modifier usage, global surgery rules, multiple procedure reductions, unit limitations, age/gender appropriateness and other reimbursement or utilization criteria, and reimburse or adjust reimbursement for Covered Services in accordance with that information, guidelines and criteria.

4    All claims and Encounter data not transmitted electronically are to be addressed and mailed to the address specified in the applicable Attachment B.

5.    PHP shall use its best efforts to submit claims and Encounter data electronically and, if submitted electronically, shall be submitted in compliance with Applicable Law including HIPAA regulations and MPC Policies.

6.    PHP may resubmit claims that have been denied or adjudicated by MPC, provided that MPC receives the resubmission within ninety (90) working days after the date of initial denial, unless applicable state or federal law provides a longer period for claims resubmission.

7.    MPC shall not approve for payment any claim and Encounter data resubmitted by PHP if the initial claim was not filed within the prescribed submission deadline.

8.    PHP shall designate claim and Encounter data re-submissions as such and resubmissions shall include information outlined in the Provider Manual.

9.    Resubmitted claims and Encounter data not transmitted electronically shall be addressed and mailed to the address specified in the applicable Attachment B.

## B.    Coordination of Benefits and Third Party Liability

1    If there is primary third-party coverage for a Member including, but not limited to, Medicare Part A or Part B, PHP agrees to identify and seek payment from any third party obligated to pay for Member's health care services before submitting claims to MPC. MPC shall be the payor of last resort for Covered Services, except for services provided to Members covered by Indian Health Services in which case Indian Health Services shall be the payor of last resort or as otherwise required by Applicable Law.

2.    Claims involving other coverage shall be filed in accordance with the following:

a.    When submitting a claim or Encounter data for Covered Services, PHP shall include a complete copy of the Explanation of Benefits (EOB) or Remittance Advice (RA) for the other coverage. The claim shall be for MPC's reimbursement under COB (as described in Section VI(B) after payment of other coverage. The claim must be initially received by MPC within the time period for initial claim submission as set forth in Section VI.A.1. the date of provision of Covered Services and must be received by MPC with an EOB or RA attached within 12 months following the date of service.

b. For Members covered by third-party source other than Medicare, the amount eligible for payment by MPC shall equal the MPC reimbursement amount under this Agreement, less the amount(s) paid by a third-party source. MPC shall have no payment obligation if the payment for a third-party source exceeds the MPC reimbursement amount under this Agreement. MPC shall, however, consider for payment deductibles, coinsurance and other cost-sharing obligations under a third-party payment source up to the eligible amount.

c. For Members covered by Medicare, unless otherwise required by Plan Contract(s), MPC shall base the amount eligible for payment by MPC on the lower of:

1.) The Medicare coinsurance and deductible amount for the Covered Services; or

2.) An amount equal to the MPC reimbursement amount under this Agreement.

3. PHP shall follow prior authorization, referral and notification guidelines regardless of coverage. PHP shall notify MPC of other coverage at the time of a request for notification, referral or pre-certification, if PHP has knowledge of other coverage at the time of the request, and otherwise immediately upon discovery.

4. If PHP receives reimbursement from another source after MPC has paid PHP for the same Covered Services, PHP shall inform MPC of the amount(s) received, provide MPC with documentation of such amount(s), and refund the amount received up to the amount MPC paid. MPC shall be entitled to deduct the amount the other source paid if PHP does not refund amounts owed by it under this section from future payments to PHP accordingly, if PHP fails to promptly return the payment describe in the preceding sentence.

5. If a third party is or may be responsible for a Member's hospital or medical care under a claim of liability or indemnity for damages, MPC shall have the right to recover amounts paid to PHP under this Agreement for the medical care from insurance, settlement, arbitration award or judgment proceeds and PHP agrees to assist MPC in its reasonable efforts to pursue such amounts.

MARYLAND PHYSICIANS CARE
PARTICIPATING HEALTH PROVIDER AGREEMENT
GENERAL PROVISIONS

C. Grievances

    1.    A Member may file a complaint, grievance, or appeal in response to an adverse decision by MPC or PHP. PHP shall assist MPC in investigating and implementing corrective action to resolve any complaint, grievance or appeal by a Member.

    2.    MPC Policies set forth the procedures PHP must follow to request review of an adverse decision by MPC. PHP shall comply with the MPC Policies on PHP grievances, appeals or requests for review as set forth in the Provider Manual.

    3.    MPC shall not prohibit, restrict or penalize PHP from advocating on behalf of Members a request for utilization review, initiation of the grievance/complaint process, filing a complaint against MPC, appealing a decision of MPC, filing an informational or other report with any State or federal authority or seeking a hearing or review under the MPC Policies.

    4.    PHP may request an expedited grievance or medical review by calling the Chief Medical Officer or designee or by contacting the grievance manager if PHP makes a determination that the immediate health, safety or welfare of a Member is at risk.

VII. ADDITIONAL RESPONSIBILITIES OF PHP

A. Compliance with MPC Requirements

    1.    PHP and Health Professional shall comply with clinical protocols and participate in all MPC programs including, but not limited to, claims and Encounter submission, pre-certification, referral process, quality management, utilization management, disease management, credentialing, peer review, risk management, grievance procedures, and case management set for the in MPC Policies, which may be amended from time to time by MPC. PHP shall comply with and be bound by all final determinations made in accordance with MPC Policies. Failure to comply with MPC pre-certification and referral Policies may result in claim reduction or denial.

    2.    Members shall have access to each Participating Health Provider in the Provider Network in accordance with the Plan Contract(s), referral and pre-certification requirements and other Applicable Law.

B. Member Fees

    1.    In no event including, but not limited to, nonpayment by MPC, MPC's insolvency or MPC's breach of this Agreement, shall PHP or Health

Professional bill, charge, collect a deposit from, seek compensation, remuneration or reimbursement from, or have any recourse against the Applicable State or Federal Agency, Members or persons other than MPC for Covered Services. The foregoing provision shall not prohibit collection of any Co-payments, co-insurance or deductibles (as applicable) as authorized by the Applicable State or Federal Agency or MPC. Neither PHP nor Health Professional shall refuse to provide Covered Services to Members who are unable to make an authorized Co-payment, Co-insurance or deductible, except as specifically authorized by law or by MPC in writing. In no event shall the Applicable State or Federal Agency or MPC be liable to PHP for non-payment of any Co-payments, co-insurance or deductibles.

2.  This Section VII(B) shall be construed for the benefit of the Member. This Section VII(B) supercedes any oral or written Agreement to the contrary now existing or entered into in the future between PHP or Health Professional and the Member or person(s) acting on the Member's behalf.

3.  The foregoing provisions shall not prohibit PHP and a Member from privately contracting for the provision of non-covered services solely at the expense of the Member, as long as PHP has clearly informed the Member prior to the receipt of the non-covered services that MPC may not cover or continue to cover the services or services, and the Member agrees in writing to pay for the service, and PHP and the Member agree not to bill MPC for all or any portion of such services and comply with other Applicable Law.

4.  If the State or MPC makes a determination that a Member was not eligible at the time PHP or Health Professional provided services, MPC may recoup reimbursement for the services.

### C.  Member Eligibility Verification

PHP shall verify a Member's enrollment status through inspection of the Member's identification card and through the Customer Service Department or the Applicable State or Federal Agency's Member eligibility verification process. MPC shall not pay or reimburse claims for Members who are not enrolled or eligible. If the Applicable State or Federal Agency or MPC make a determination that the Member was not eligible at the time PHP provided services, MPC may recoup reimbursement for the services.

## MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## GENERAL PROVISIONS

### D.  Warranty of Services

PHP, by execution of this Agreement, warrants that it and every Health Professional performing Covered Services under this Agreement has the ability, authority, skill, expertise and capacity to perform the Covered Services in connection with this Agreement and the Plan Contract(s).

## VIII.  Term and Termination

### A.  Term

Unless otherwise expressly provided in this Agreement, the initial term of this Agreement shall commence on the Effective Date and shall continue for twelve (12) months thereafter. This Agreement shall automatically renew for twelve (12) additional months on the annual anniversary date of the Effective Date (the "Renewal Date") unless one of the following occurs:

1.  Either party, at least ninety (90) days prior to the Renewal Date, gives written notice to the other party of its decision not to renew;

2.  The Agreement is terminated pursuant to Section VIII(B) or VIII(C) of this Agreement;

3.  PHP ceases operations and the delivery of health care services and has given MPC at least ninety (90) days prior written notice thereof; or

4.  The cancellation, or termination of the Plan Contract(s) with Applicable State or Federal Agency, or

5.  Modification of the Plan Contract(s) with Applicable State or Federal Agency if MPC elects to terminate this Agreement as a result of the modification.

### B.  Termination Without Cause

MPC or PHP may terminate this Agreement without cause upon ninety (90) days prior written notice. In addition, either MPC or PHP may terminate any individual Health Professional's participation under this Agreement without cause upon ninety (90) days prior written notice.

### C.  Termination With Cause

1.  MPC may terminate this Agreement or the participation of any Health Professional listed on Attachment C for cause upon the occurrence of any

2017

of the following, which continues for more than thirty (30) days after written notice from MPC:

a. The noncompliance by PHP or any Health Professional with any of the terms of this Agreement or any of the Policies or any provision of the Provider Manual (except those terms which are grounds for immediate termination set forth in Section VIII(C)(2);

b. PHP's or Health Professional's failure to adhere to MPC's quality and/or utilization management programs.

2. MPC may terminate this Agreement or the participation of any Health Professional under this Agreement on twenty-four (24) hours written notice to PHP upon the occurrence of any of the following:

a. Failure of PHP or that Health Professional to maintain any license or certification or registration or other requirements or standards required to perform Covered Services or to comply with Applicable Law;

b. Submission to MPC of any false or misleading statement by, or on behalf of, PHP or the Health Professional in connection with any credentialing procedure;

c. Suspension, termination, limitation or reduction of PHP's or Health Professional's privileges at any hospital or other health care facility, or PHP's or Health Professional's failure to obtain or maintain in good standing privileges at a network hospital or health care facility, as applicable;

d. If MPC believes that PHP or Health Professional poses a threat of imminent harm to a Member;

e. Conviction of PHP or Health Professional of any felony or of any crime involving moral turpitude;

f. PHP or Health Professional fails to give MPC notice of criminal charges that have been filed against PHP or Health Professional;

g. PHP or Health Professional is incarcerated;

h. PHP or Health Professional fails to respond to any communication of MPC within thirty (30) days of the initial communication of MPC to PHP or Health Professional; provided that MPC attempts

to contact PHP or Health Professional at least three (3) times prior to termination pursuant hereto;

i. Cancellation, termination or material modification of PHP's or Health Professional's qualifications to provide Covered Services to Members;

j. The suspension, exclusion, debarment or sanction of PHP or any Health Professional listed on Attachment C under the Medicare Program, any Medicaid Programs or any other federal program for the payment or provision of medical services, or a conviction of an offense relating to health care or being listed by a federal agency as barred, excluded or otherwise ineligible for general program participation of PHP or the Health Professional listed on Attachment C;

k. The PHP or Health Professional becomes insolvent or MPC believes that PHP is financially unstable; or

l. PHP's or Health Professional's failure to maintain required professional liability insurance coverage.

3. The termination of any specific Health Professional's participation under this Agreement shall not affect the duties and obligations of PHP and the other Health Professionals. Upon termination of this Agreement or termination of the participation of a Health Professional, the rights and duties of MPC, PHP or Health Professional as the case may be, shall terminate; provided, however, that PHP or Health Professional shall:

a. continue to provide Covered Services to Members to whom PHP or Health Professionals was responsible to provide services on the termination date until the earlier of

 1.) ninety (90) days following the date of termination of this Agreement; or

 2.) until such Members are assigned or transferred to another Participating Health Provider.

b. continue to comply with and abide by all of the terms and conditions of this Agreement in connection with the provision of Covered Services during such continuation period. Within five (5) days of request from a new Participating Health Provider, PHP shall provide copies of a Member's Medical Record to the new Participating Health Provider. PHP shall be compensated in

accordance with this Agreement for Covered Services rendered to a Member after termination of this Agreement and during the continuation period, and shall accept such compensation as payment in full.

    c.    give notice to any Member seeking services from PHP or Health Professional (other than a Member still receiving Covered Services under Section VIII(C)(3) that services are no longer being provided by PHP or Health Professional, as the case may be, pursuant to this Agreement.

4.    When required by Applicable Law,

    a.    MPC will include an explanation of the reasons for the proposed termination in any notice of termination given by MPC; and

    b.    if timely requested by PHP, MPC will provide PHP with an opportunity for a review or hearing only as required by Applicable Law and in accordance with applicable Policies.

5.    PHP shall refund to MPC that portion of any Capitation Payments received by PHP and applicable to periods following termination of this Agreement. In addition, PHP shall refund to MPC any monies paid for Covered Services that were not rendered, or were delivered contrary with Applicable Laws. MPC shall be entitled to offset the total amount of such refunds against future payments to be made to PHP. However, if no future payments are due to PHP, PHP shall refund any amounts due to MPC within ten (10) days of the effective date of termination of this Agreement.

6.    If this Agreement is terminated or not renewed for whatever reason, within ten (10) business days after the date that PHP either gives or receives notice of termination or non-renewal, PHP shall provide MPC with a complete list of Members it has served during the term of this Agreement. The list must include PHP's most up-to-date contact information for the Member including address and telephone number. PHP shall provide an updated list within five (5) business days following termination of this Agreement if it services any new Members after the delivery of the first list. Sections I(A), I(B), I(C), III(A), III(B), III(C), III(E), IV(B), V(C), VI(B), VIII(C)(3), VIII(C)(5), VIII(C)(6), and IX(J), of the General Provisions and Attachments B and C shall survive the termination of this Agreement. In addition, PHP must refund any amounts paid by MPC for services rendered after the date of termination to MPC or the State Medicaid Program, as applicable, and comply with any other refund obligations required by law.

## IX. CONTRACT AND HEALTH PROFESSIONAL CONTRACTING REQUIREMENTS

### A. Independent Relationship

This Agreement is not intended to create nor shall it be construed to create any relationship between MPC and PHP other than that of independent contractors or entities contracting for the purpose of effecting the provisions of this Agreement. Neither party nor any of their respective representatives shall be construed to be the partner, joint venturer, agent, employer, employee, prime contractor, subcontractor, or representative of the other. PHP acknowledges that MPC cannot and does not guarantee any amount of Member referrals or revenues that will be generated for PHP under this Agreement.

### B. Marketing

1. PHP may only engage in marketing activities to Members upon prior written approval of all communication materials by MPC. PHP's failure to obtain such prior written approval from MPC may result in Applicable State or Federal Agency imposed sanctions or other liabilities, for which PHP shall be solely responsible.

2. MPC may use PHP's name and other identifying information as well as information identifying and concerning professional and educational qualifications of Health Professionals in its promotional activities and marketing campaign.

### C. Indemnification

PHP shall indemnify and hold MPC and its officers, directors, managers, agents, and employees harmless from and against any claims, actions, suits, proceedings, investigations, demands, fines, liabilities, overpayments, penalties, judgments, settlements, damages, losses, costs and expenses (including reasonable legal fees) that result from, relate to, arise out of, or are a direct or indirect result of the performance or non-performance of obligations by PHP or Health Professional under this Agreement. MPC's indemnification obligations are set forth in Section III(B) of Attachment B.

### D. Assignments and Subcontracts

1. No rights or obligations of PHP under this Agreement shall be assigned without the prior written approval of MPC and, if required, Applicable State or Federal Agency. Any agreement by PHP to assign or delegate

any rights or obligations under this Agreement without such prior written approval shall be voidable.

2.  PHP agrees that, at the commencement of this Agreement, PHP shall supply MPC with a list of Health Professionals providing services under the terms of this Agreement and other required information as of the Effective Date as Attachment C to this Agreement. PHP agrees that it will periodically supply MPC with a revised Attachment C amended in accordance with the terms and conditions of Attachment C. PHP will not permit a Health Professional to perform Covered Services under this Agreement unless the Health Professional has agreed to be bound by all of the provisions of this Agreement, including, but not limited to, the following requirements. The Health Professional must:

    a.  be fully licensed to practice medicine in the State where services are rendered without restriction and without being subject to any disciplinary or corrective action;

    b.  maintain without restriction or limitation certification and authorization as a Medicare and State Medicaid program provider, with no sanctions, debarment or exclusion under any federal healthcare program, and no convictions of any felony or any healthcare offense;

    c.  maintain without restriction or limitation all customary narcotics and controlled substances numbers and licenses;

    d.  maintain without restriction or limitation privileges at a State-licensed hospital;

    e.  continuously meet all credentialing requirements imposed by MPC;

    f.  continuously follow all Applicable Law, MPC Policies and obligations and requirements of MPC under the Plan Contract(s); and

    g.  be continuously covered by professional liability insurance as set forth in Attachment A, Section III of this Agreement.

3.  A merger or reorganization that results in a change in ownership or control of PHP listed in Attachment C shall require an amendment of this Agreement, and such amendment shall require the prior approval of MPC. If PHP is undergoing a change in ownership or control, it shall not provide Covered Services to Members unless the new Participating Health

## MARYLAND PHYSICIANS CARE
### PARTICIPATING HEALTH PROVIDER AGREEMENT
### GENERAL PROVISIONS

Provider and/or its Health Professionals, as applicable, has been credentialed to do so in accordance with the MPC Policies and Provider Manual. A change in ownership or control includes, but is not limited to, the following:

a. A transfer (by sale or lease) of all or substantially all of PHP assets;

b. If PHP is a partnership or limited liability company, the removal, addition or substitution of a partner or member, as applicable, representing more than twenty percent (20%) of the interest in PHP;

c. If PHP is a corporation or limited liability company, the merger of PHP into another entity, or the consolidation of PHP with another entity;

d. A transfer or other change of more than twenty (20%) percent of the owner's equity interest in the aggregate in more than one transaction a stockholder's voting stock; or

e. If PHP is a corporation or limited liability company, a change in the right to elect or appoint the majority of the board of directors or managers, as applicable, or;

f. A change of ownership under Medicare.

If PHP fails to amend this Agreement prior to the effective date of a change in ownership or control, MPC will not reimburse PHP for any Covered Services rendered after the date of the change in ownership or control and before the effective date of an amendment to this Agreement.

### E. Notices

Except as expressly provided elsewhere in this Agreement, any notice required under this Agreement shall be in writing, shall be delivered in person or by certified mail, return receipt requested, postage pre-paid, to PHP at the primary address set forth in Attachment C and to MPC at the address set forth in the applicable Attachment B. The date of receipt of any notice shall be the date of personal delivery to the other party or two (2) business days after the date it was postmarked for certified mail.

### F.   Exercise of Rights/Waiver

Either party's failure to exercise any right, under this Agreement shall not operate as a waiver that right, nor shall a single or partial exercise a right to preclude any other or further exercise of that or any other right, power or privilege. The failure of either party to insist upon the strict observance or performance of any provision of this Agreement or to exercise any right or remedy shall not impair or waive that right or remedy.

### G.   Amendments

1.   MPC may amend this Agreement (other than the Provider Manual) by providing prior written notice to PHP. Failure of PHP to object in writing to a proposed amendment within thirty (30) days following receipt of notice shall constitute PHP's acceptance of the amendment. If written rejection of any proposed amendment is received by MPC within the thirty (30) day period, this Agreement shall not be amended and MPC may elect to continue this Agreement, or by written notice to PHP, to terminate this Agreement, or to require PHP to negotiate with MPC to amend this Agreement. If MPC elects to require negotiations, the parties will negotiate in good faith. If no amendment is agreed upon within thirty (30) days after the commencement of good faith negotiations, MPC may elect to continue this Agreement or terminate this Agreement upon written notice to PHP. Amendments to this Agreement will be made in accordance with COMAR 10.09.65.17A(4)(b) or other Applicable Law.

2.   If any updates or revisions to the most current HCPCS, CPT, CDT, DMS, ADA, or ICD occur during the term of this Agreement, PHP shall employ the most recent update or revision, as applicable, without notice by MPC.

3   MPC may amend the Provider Manual if such change affects a material duty or responsibility of PHP or Health Professional.

### H.   Governing Law and Jurisdiction.

This Agreement shall be governed by and construed in accordance with the internal laws of the State without regard to its conflicts of law provisions. All disputes arising out of or relating to this Agreement that the parties have not been able to resolve shall be litigated in the State or federal courts located the State. The parties hereby consent to the exclusive jurisdiction and exclusive venue of those State and federal courts.

## MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## GENERAL PROVISIONS

### I. Severability

If any provision of this Agreement is held invalid or unenforceable, the remaining provisions shall continue valid and enforceable to the full extent permitted by law.

### J. Entire Agreement

This Agreement, the Attachments, the Provider Manual and all other documents referenced herein, shall constitute the entire agreement between the parties, and supercede all other understandings, oral or written.

### K. Sanctions

If PHP's failure to comply with MPC Policies, including the submission of Encounter data or claims under the terms and conditions of this Agreement, results in sanctions to MPC by the Applicable State or Federal Agency, MPC may deduct the sanctions from future payments to, or demand payment recoupments from, PHP.

### L. Disputes

PHP acknowledges that the parties are encouraged to informally address issues arising under the performance of this Agreement through channels established for the normal course of business. Such communication channels may include (but are not limited to) telephonic customer service for provider issues, email and regular communication with MPC provider relations or medical management personnel or PHP office staff. The preceding shall not apply if some other action is necessary to comply with a filing deadline or an alternative procedure is required or permitted under this Agreement or MPC Policy.

If a dispute between PHP and MPC arises out of or relates to this Agreement and concerns subject matter that is not subject to a grievance or appeal procedure under MPC Policy, either party may give the other written notice of the existence of the dispute, accompanied by a brief description of the dispute and the proposal of the party giving notice for resolution of the dispute (collectively, a "Dispute Notice"). If the dispute is not resolved informally within ten days of date of the Dispute Notice, a party that wishes to pursue it further shall so notify the other party and each shall party designate a member of its senior management to meet in person in an attempt to resolve the issue. If the dispute is not resolved, a party that wishes to pursue it further shall notify the other party in writing that it wishes to refer the matter to mediation, and in that case, the parties shall then mediate the dispute in accordance with rules of commercial mediation from the American Arbitration Association or other rules agreed to by the parties. Commencing on the earliest of (a) the conclusion of the mediation, (b) sixty days (60) following the date of the Dispute Notice, or (c) the parties' written agreement to waive the

provisions of this section, the parties shall have the right to pursue the dispute through litigation. Each party shall bear its own costs, including attorney's fees, in connection with the informal and mediation dispute resolution procedures under this Section. Nothing in this Section shall be interpreted as a waiver of any requirement under this Agreement and/or Applicable Law to exhaust administrative remedies.

## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT A
## PROVIDER SPECIFIC TERMS
### Primary Care Provider - Specialist Provider

## I.    ADDITIONAL DEFINITIONS

**Covering Provider** means a Participating Health Provider who, in lieu of the Primary Care Provider or Specialist, performs any of the Covered Services set forth in this Attachment A or the Provider Manual.

**Participating Primary Care Provider (PCP)** means a physician, a nurse practitioner or physician's assistant listed on Attachment C. of this Agreement who:

a.    is licensed by the State to practice in the fields of general medicine, internal medicine, family practice, pediatrics, or obstetrics/gynecology, under State law or under the laws of a contiguous state; and

b.    MPC has determined meets MPC's applicable credentialing criteria; and

c.    assumes primary responsibility for supervising, coordinating and providing initial, primary and preventive care to Members, initiating referrals for specialty care, following specialty care, and maintaining continuity of care.

**Participating Specialist Provider (PSP)** means a physician listed on Attachment C. of this Agreement who:

a.    is licensed by the State to practice in the designated specialty; under State law or under the laws of a contiguous state; and

b.    MPC has determined meets MPC's applicable credentialing criteria, and

c.    assumes responsibility for providing specialty services to Members and relating pertinent information to the referring provider.

## II.   RESPONSIBILITIES OF PCPPSP

### A.    Covered Services

Each PCP and PSP shall arrange Covered Services to assigned or referred Members under the payment schedule included in this Attachment B. Some Covered Services shall be provided with pre-certification as set forth in the Provider Manual. In the event the scope of services to be performed under this Agreement change, MPC shall initiate an amendment to reflect the change by providing notice to the PCP and PSP as specified in General Provisions section IX.G.1

### PARTICIPATING HEALTH PROVIDER AGREEMENT
### ATTACHMENT A
### PROVIDER SPECIFIC TERMS
### Primary Care Provider - Specialist Provider

**B.    Professional Standards and Services**

1.    Each PCP and PSP shall provide or arrange Medically Necessary hospital services, including emergency, outpatient, short stay/observation and inpatient, to Members on a twenty-four (24) hour per day basis, seven days per week, subject to hospital capacity and according to MPC Policies.

2.    Each PCP and PSP shall maintain staff membership and admission privileges in good standing at one of the hospitals with which the MPC has contracted as a Participating Health Provider unless specifically authorized by MPC. Each PCP and PCP may utilize Hospitalists as applicable.

3.    Each PCP and PSP shall prescribe or authorize the substitution of generic pharmaceuticals and shall follow the MPC preferred drug list (PDL).

4.    Each PCP and PSP shall provide Members office visits during office hours. PCP shall have available an on-call response, responding within a reasonable time, twenty-four (24) hours a day, seven days per week.

5.    Each PCP and PSP shall coordinate the provision of Covered Services to Members by counseling Members and their families regarding Member's medical needs, initiating referrals of Members for specific Covered Services within the MPC Provider Network, monitoring progress of Members' care and coordinating utilization of services to facilitate the return of Member's care to his or her PCP as soon as medically appropriate.

6.    Each PCP and PSP shall discuss treatment options with Members, including the option of foregoing treatment, in a culturally competent manner. PCP and PSP shall ensure that Members with disabilities have access to effective communication methods when making health care decisions, and shall allow Members the opportunity to refuse treatment and express preferences for future treatment.

## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT A
## PROVIDER SPECIFIC TERMS
### Primary Care Provider - Specialist Provider

C.   **Office Visit and Appointment Requirements**

1.   Each PCP and PSP shall ensure that a Member's waiting time at the PCP's or PSP's office shall not exceed sixty (60) minutes, unless the PCP or PSP is unavailable due to an emergency.

2.   Each PCP and PSP shall schedule time-specific appointments as follows and as set forth in the Provider Manual:

3.   Each PCP and PSP shall provide preventive health services in accordance with State Agency rules and regulations and MPC Policies. Preventive health services shall include, but not be limited to:

   a.   Periodic health screening for all Members twenty-one (21) years of age and over that includes major medical, social and family history every two- (2) years.

   b.   Immunizations and tuberculosis screening and other measures for the prevention and detection of disease, including instruction in personal health care measures and information. Tuberculosis screenings shall be in accordance with the current Centers for Disease Control/American Thoracic Society Guidelines: Treatment of Tuberculosis and Tuberculosis Infection in Adults and Children, or their equivalent.

   c.   Early and Periodic Screening Diagnosis and Treatment (EPSDT) for all assigned Members under the age of twenty-one (21) years in accordance with the Provider Manual. EPSDT visits shall be scheduled within three (3) weeks at the appropriate interval pursuant to the EPSDT periodic schedule.

   d.   Initial, non-hospital, visit for newborns to their PCP within fourteen (14) days after hospital discharge.

   e.   Lead poisoning prevention services including verbal lead assessments and environmental counseling about potentially excessive lead exposures. Blood level testing shall be provided at twelve (12) and twenty-four (24) months, as required and according to verbal lead assessment results.

4.    PCP and PSP shall maintain documentation of referrals including feedback and outcomes of the referrals. PCP and PSP shall also monitor the care of referred Members to ensure that the Member is returned to PCP's care as soon as medically appropriate.

5.    Any and all responsibilities and obligations of PCP or PSP, as the case may be, under this Agreement shall apply to Covering Provider.

### D. Emergency Medical Services

1.    Each PCP and PSP shall provide Emergency Medical Service (as defined in General Provision, Section II. Definitions, Emergency Medical Services and Emergency Medical Conditions) to Members, and shall immediately treat life-threatening emergencies.

2.    Each PCP and PSP shall cooperate with MPC in providing education to Members about proper emergency department utilization.

3.    Each PCP and PSP shall not refer or direct Members to hospital emergency rooms for non-emergent medical services.

### E. Pre-Certification

1.    Each PCP and PSP shall comply with the MPC Pre-Certification Policies as incorporated in the Provider Manual. Non-compliance with the Pre-Certification Policy shall result in claims denial.

2.    Each PCP and PSP shall obtain pre-certification from MPC to directly admit Members in need of hospitalization (inpatient or outpatient) to Provider Network facilities according to MPC Policies. PCP and PSP shall not admit Members to non-Provider Network facilities unless: (a) pre-certification for admission has been obtained from MPC or (b) Member's condition is emergent and the use of a Provider Network facility is not feasible for medical reasons.

## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT A
## PROVIDER SPECIFIC TERMS
### Primary Care Provider - Specialist Provider

### F.  Referrals

1.  Each PCP and PSP shall refer Members to Participating Health Providers in accordance with the MPC Referral Policy as set forth in Provider Manual. PCP or PSP may refer a Member to a non-participating Provider only if such Member requires medical services not available through an MPC-contracted PCP or PSP and if MPC pre-certifies the referral in advance. PCP or PSP, as applicable, shall be liable for any expenses resulting from a referral to a non-participating provider that MPC did not pre-certify in advance.

2.  Each PCP and PSP shall initiate referrals to specialists on the same day for emergency care, within forty-eight (48) hours for urgent care and within thirty (30) days for routine care.

3.  Each PCP and PSP is required to use the uniform consultant referral form as adopted by the Maryland Insurance Administration (COMAR 31.10.12.06).

### III.  ADDITIONAL PCP RESPONSIBILITIES

PCP shall review his/her Member roster, as applicable, on a routine basis to verify current Members and to determine terminations and additions. PCP shall use his/her best efforts to contact all new Members to establish a baseline health exam.

### IV.  ADDITIONAL PSP RESPONSIBILITIES

PSP shall keep PCP informed of the progress of a referred Member's care and forward the results of diagnostic procedures and consultations in a timely manner in order to ensure that the Member's care is efficiently coordinated and that the responsibility for care is returned to PCP as soon as medically appropriate.

### V.  ADDITIONAL REQUIREMENTS

#### A.  Laboratory

Each PCP and PSP shall send specimens from all procedures to a Participating Health Provider laboratory for testing, except for procedures listed in the Provider Manual. Laboratory procedures not listed as permitted office procedures in the Provider Manual shall not be reimbursed if performed in the PCP or PSP office. If the PCP PSP sends specimens to a non-contracted laboratory, PCP or PSP shall be solely responsible for reimbursement to the non-contracted laboratory.

**PARTICIPATING HEALTH PROVIDER AGREEMENT**
**ATTACHMENT A**
**PROVIDER SPECIFIC TERMS**
**Primary Care Provider - Specialist Provider**

B.    Special Health Care Needs

PCP and PSP shall upon MPC's request utilize the MPC Health Status Form when assigned or treating Members categorized by MPC as having Special Health Care Needs in order to enable PCP to be aware of pertinent information concerning the Members' health care needs, disabilities, capabilities and/or available support.

## VI.    INSURANCE

PCP and PSP shall maintain in full force and effect and be covered at all times throughout the term of this Agreement by professional liability (malpractice) insurance which covers all acts and omissions of PCP or PSP in providing or arranging for Covered Services under this Agreement. The terms and limits of such insurance coverage shall be subject to MPC approval; provided, however, that the policy shall have limits of liability of not less than one million ($1,000,000.00) dollars per occurrence and an annual aggregate of three million ($3,000,000.00) dollars. Failure to secure and maintain such professional liability insurance coverage shall constitute a material breach of this Agreement.

# MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT B
## MEDICAID SPECIFIC TERMS

I.  The terms and conditions of this Attachment B, State Specific Terms, are in addition to the terms of this Agreement found in General Provisions, Attachment A and Attachment C and Attachment D, if applicable. To the extent that this Attachment B conflicts with any term of this Agreement, this Attachment B shall control.

## II.  ADDITIONAL DEFINITION

**State Agency** means the Maryland Department of Health (MDH) formerly DHMH (Department of Mental Health and Hygiene) as defined by Health – General Article §15-101, et seq. Annotated Code of Maryland.

**Medicaid** – includes the HealthChoice Program, Maryland Children's Health Insurance Program and other Medicaid programs sponsored by MDH for which MCOs may participate.

**Medicaid Covered Persons** – individuals enrolled in the HealthChoice Program, Maryland Children's Health Insurance Program and other Medicaid programs sponsored by MDH for which MCOs may participate.

## III.  SPECIFIC TERMS

A.  Claims and Encounters (and resubmitted claims and Encounters) shall be addressed and mailed to:

> Maryland Physicians Care MCO Claims
> P.O. Box 5080
> Farmington, MO 63640-5080

B.  MPC shall indemnify and hold PHP and its officers, directors, managers and employees harmless from and against any claims, actions, suits, proceedings, investigations, demands, fines, liabilities, overpayments, penalties, judgments, settlements, damages, losses, costs and expenses (including reasonable legal fees) that result from, relate to, arise out of, or are a direct or indirect result of MPC's performance or non-performance of MPC's obligations under this Agreement

C.  Any notices required under this Agreement shall be delivered to MPC at:

> Maryland Physicians Care
> Attn: Contracting Department
> 1201 Winterson Road, 4th Floor
> Linthicum Heights, MD 21090

D.  Insurance and Liability

> Evidence of such insurance coverage shall be provided to MPC annually for submission to MDH, in accordance with COMAR 10.09.65.17(h)

# MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT B
## MEDICAID SPECIFIC TERMS

E. Termination

No termination shall be effective without prior written notice to MDH in accordance with COMAR 10.09.65.17.4(f)

F. Appeals

PHP must exhaust the MPC internal grievance process as outlined in the Provider Manual. Member may submit to State Agency a grievance at any time. In the event that MPC finds against Member in the grievance process, MPC shall provide Member with the requirements for filing an appeal to the State Agency. Members may submit appeals to MPC either verbally or in writing.

G. Administrative Service Provider Contract

If the Agreement between the PHP and MPC constitutes an Administrative Service Provider Agreement pursuant to Maryland Health General Annotated code section 19-713.2, PHP and MPC must comply with the controlling laws and regulations governing the Administrative Service Contract.

H. PHP Compliance With State Regulations

I. PHP acknowledges and attests by execution of this Agreement that PHP has knowledge of and understands the controlling Maryland statutes and COMAR Regulations related to participation in the Maryland Medicaid Managed Care Program and will comply with such statutes and regulations, including COMAR 10.09.65.17A(4).

a. PHP is subject to all of the requirements to which MPC is subject under its Plan Contract with Maryland Department of Health (MDH) and is pursuant to MDH regulations;

b. Services to be performed under this Agreement as written in Attachment A, Attachment C and the Signature Page of the General Provisions sufficiently informs MDH which MPC obligations have been subcontracted, and include specifications of procedures to be followed in the event of a change in those obligations as specified in General Provisions IX(G)(1);

c. PHP must release to MPC and to MDH, upon request, of any information necessary for MPC to perform any of its contractual and regulatory obligations under the Plan Contract with MDH, including, but not limited to, its records, reporting and quality assurance duties;

d. PHP's facilities and records shall be open to inspection by MPC, MDH, and other government agencies, and that PHP is subject to all audits and inspections to the same extent that such audits

and inspections may be required of MPC under Applicable Law or under the Plan Contract with MDH;

e.  PHP shall furnish upon request PHP's Medical Records pertaining to MPC's Members for transfer to a subsequent provider in the event of a termination of the subcontract;

f.  Notwithstanding any notice requirements set forth in this Attachment or the Participating Health Provider Agreement, no termination of PHP or Health Professional shall be effective without prior written notice to MDH;

g.  PHP agrees to look solely to MPC for compensation for Covered Services provider provided to MPC Members pursuant to MPC's contract with MDH;

h.  Assurance that evidence of PHP's professional liability coverage will be submitted annually to MPC;

i.  No assignment of this Attachment, to the extent this Attachment applies to Covered Services provide to Medicaid Covered Persons, shall be effective without prior written notice to MDH by MPC; and

j.  PHP is authorized by MPC to make referral, only if PHP uses the uniform consultation referral form adopted by the Maryland Insurance Administration at COMAR 31.10.12.06.

## IV.  CLARIFICATION OF DEFINITIONS

The definitions set forth in COMAR 10.09.62.01 serve as the controlling definitions for terms set forth in the Agreement.

## V.  COMPENSATION

A.  MPC shall compensate PHP for the provision of Covered Services to eligible Members delivered in accordance with the terms and conditions set forth in this Agreement at the lowest of (a) PHP billed charges, (b) the MPC Fee Schedule, or (c) an amount agreed upon by PHP and MPC in writing, minus any applicable Co-payments that are the member's responsibility.

B.  Fee-For-Services Payment shall be based upon one hundred percent (100%) of the MPC Fee Schedule, with the exception of Evaluation and Management (E&M) services, which shall be compensated at the MDH established ACA compliant E&M rates

C.  MPC will reimburse durable medical equipment at one hundred percent (100%) of the MPC Fee Schedule.

## MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT B
## MEDICAID SPECIFIC TERMS

D.   Newly released CPT/HCPCS codes and fee schedule modifications shall be
     effective ninety (90) days from the date of the release of the CPT/HCPCS code(s)
     or fee schedule modifications, and such modifications will not be effective until
     the end of such ninety (90) day period.

E.   For biologics included in the Vaccine For Children program (VFC), the sole
     payment from MPC shall be the administrative fee per biologic as set forth in the
     Provider Manual. The cost of the biologic is covered under the VFC program.

F.   In the event that a fee has not been established for a particular procedure,
     MPC will reimburse PHP at thirty percent (30%) of billed charges, unless
     determined to be unallowable, excessive, or inappropriate pursuant to
     MPC's Medical Review.

**List of Health Professionals**
**And Acceptance of Terms**

PHP/Group Name:  *SEE ATTACHED*

PHP Group NPI Number:

This Attachment C. must be completed if PHP is an entity, or if PHP is an individual, and a Health Professional other than PHP will perform Covered Services. This Attachment C, as may be amended from time to time, shall list the Health Professionals who (i.) own, are employed by, or under contract with, the PHP, including locum tenens; and (ii.) will perform Covered Services under this Agreement. PHP may amend this Attachment C. by giving MPC at least thirty (30) days advance written notice of the Health Professional's addition to or deletion from the list below. PHP may only add a Health Professional that MPC has determined meets MPC credentialing criteria. Any addition and deletion requires PHP to deliver a new Attachment C.

Maryland Physicians Care Participating
Health Provider Agreement

Attachment C

List of Health Professionals
And Acceptance of Terms

| Physician Address: | | Clinic/Office Phone Number: | Days/Hours of Operation | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Hour | Mon | Tue | Wed | Thur | Fri | Sat | Sun |
| | | Fax Number: | From | | | | | | | |
| | | | Until | | | | | | | |
| Contact person/Office Manager Name: | | | Email Address: | | | | | | | |
| Direct Phone Number: | | | | | | | | | | |

| Provider Information: | | Specialty / Board Certification | Medical License # | | Any Member Restrictions | | EPSDT Certified | |
|---|---|---|---|---|---|---|---|---|
| 1. Name: | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | | ☐ | Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | | ☐ | No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | | | |
| Ethnicity* | Gender* | 4 | | IIN# | | | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | | | |
| 2. Name: | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | | ☐ | Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | | ☐ | No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | | | |
| Ethnicity* | Gender* | 4 | | IIN# | | | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | | | |
| 3. Name: | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | | ☐ | Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | | ☐ | No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | | | |
| Ethnicity* | Gender* | 4 | | IIN# | | | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | | | |
| 4. Name: | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | | ☐ | Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | | | No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | | | |
| Ethnicity* | Gender* | 4 | | IIN# | | | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | | | |

*Information will be used only to assist in the provider selection for our MPC Members

| Provider Information: | | Specialty / Board Certification | Medical License # | | Any Member Restrictions | EPSDT Certified |
|---|---|---|---|---|---|---|
| 5. Name: | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | ☐ Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | ☐ No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | |
| Ethnicity* | Gender* | 4 | | TIN# | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | |
| 6. Name: | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | ☐ Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | ☐ No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | |
| Ethnicity* | Gender* | 4 | | TIN# | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | |
| 7. Name | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | ☐ Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | |
| Ethnicity* | Gender* | 4 | | TIN# | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | |
| 8. Name: | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | ☐ Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | ☐ No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | |
| Ethnicity* | Gender* | 4 | | TIN# | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | |
| 9. Name | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | ☐ Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | ☐ No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | |
| Ethnicity* | Gender* | 4 | | TIN# | | |
| Languages* | ☐ Male ☐ Female | 5 | | NPI # | | |
| 10. Name | ☐ MD ☐ Other | 1 | | Medicaid # | Age: | ☐ Yes |
| Add | Effective Date | 2 | | BNDD-DEA # | Other | ☐ No |
| Hospital affiliation: | | 3 | | CDS # | PCP Panel Capacity: | |
| Ethnicity* | Gender* | 4 | | TIN# | | |
| Languages* | Male ☐ Female | 5 NPI # | | | | |

PHP/Group Name: _____

Page ___ of ___ .

*Information will be used only to assist in the provider selection for our MPC Members

| Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | **Give Form to the requester. Do not send to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

University of Maryland Community Medical Group, Inc.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

920 Elkridge Landing Road

**6** City, state, and ZIP code

Linthicum, MD 21090

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number**

| | | | – | | | – | | | | |

or

**Employer identification number**

| 5 | 2 | – | 1 | 8 | 7 | 4 | 1 | 1 | 1 |

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| **Sign Here** | Signature of U.S. person ▶ | Date ▶ 4/8/2016 |
|---|---|---|

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

* Form 1099-INT (interest earned or paid)
* Form 1099-DIV (dividends, including those from stocks or mutual funds)
* Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
* Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
* Form 1099-S (proceeds from real estate transactions)
* Form 1099-K (merchant card and third party network transactions)

* Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
* Form 1099-C (canceled debt)
* Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)

| | | | | University of Maryland Community Medical Group TIN 52-1874111 NPI 1477530624 (BWMC) | | | | | | | | 1ST PRACTICE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | M.I. | TITLE | Specialty | Type 1 NPI | Tax ID | Remit Address | CITY | STATE | ZIP CODE | Primary Practice Location Name | ADDRESS | CITY | STATE | ZIP CODE | CAQH# |
| Badro | Bassim | | MD | Cardiology | 1215941695 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 5421143 |
| Bassi | Ashwani | | MD | Cardiology Graphics | 1790744472 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 341 8279 |
| Mukherjee | Rabaskar | | MD | Cardiology | 1740263027 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 57 9177 |
| Ramirez | Jorge | M | MD | Cardiology | 1679589899 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 10 5834 |
| Roy | Dobnjit | | MD | Cardiology | 1952315873 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 1060820* |
| Selemick | Martha | S | MD | Cardiology | 1861458741 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 10414283 |
| Hymeo | Paul | J | MD | Cardiology | 1376503994 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 124 18880 |
| Joseph | Dahlia | A | CRNP | CRNP-ACUTE CARE | 1538169428 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 1994625 |
| Londen | Dianne | A | CRNP | CRNP-ACUTE CARE | 1942518624 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Cardiology | 301 Hospital Drive | Glen Burnie | Maryland | 2*26*1 | 2279374 |
| Wong | Lai | | CRNP | CRNP-Family Medicine | 1790943635 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 274**34 |
| Adawuni | Omolara | R | MD | Internal Medicine | 1336317676 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21081 | 27223*4 |
| Armstrong | Faith | | MD | Internal Medicine | 1851655815 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Baltimore Washington Medical Center | 321 Hospital Drive | Glen Burnie | Maryland | 21061 | 387778* |
| Banjo | Oluwakemi | Y | MD | Internal Medicine | 1104054196 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12768228 |
| Campbell | Sharon | | CRNP | CRNP-ACUTE CARE | 1093019945 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 1223522* |
| Fizzola | Henry | L | MD | Internal Medicine | 1295718500 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 11594633 |
| Haila | Hazmanol | Z | MD | Internal Medicine | 1659569067 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12719276 |
| Holsinger | Amy | | CRNP | CRNP-ACUTE CARE | 1749448547 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 12199045 |
| Lester | Nikita | | MD | Internal Medicine | 1215202312 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 17079129 |
| Levin | Leslie | | CRNP | CRNP-ACUTE CARE | 1114230020 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 14179832 |
| Oketunji | Ayotu | S | MD | Internal Medicine | 1083697312 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 10433983 |
| Olivieri | Peter | P | MD | Internal Medicine | 1593761732 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 13816431 |
| Onabaju | Bolall | O | MD | Internal Medicine | 1295718526 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 10434981 |
| Boalley | Kelli | | MD | Internal Medicine | 1326122787 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 10434704 |
| Simo | Dagabert | | MD | Family Medicine | 1144458217 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 12315399 |
| Arora | Harvinder | S | MD | Internal Medicine | 1487644241 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 11442786 |
| Ashbaker | Darwin | | MD | Internal Medicine | 1114286127 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 13082649 |
| Aanani | Alpna | D | MD | Internal Medicine | 1821277948 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 11797000 |
| Basal | Anthony | | DO | Internal Medicine | 1437599254 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 13889887 |
| Barnett | Olga | B | CRNP | CRNP-ACUTE CARE | 1770830125 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 12347653 |
| Barkle | Woodsferew | A | MD | Internal Medicine | 1083073580 | 521874111 | PO Box 419244 | Boston | MA | 02243-9244 | University of Maryland Community Medical Group-Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06*1 | 2391117 |
| Brockoff | Molly | D | PA | Physician Assistant | 1295778983 | 521874111 | P.O. Box 419244 | Boston | MA | 02243-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 1982596 |
| Chen | Jiayan | | MD | Internal Medicine | 1659565321 | 521874111 | P.O. Box 419244 | Boston | MA | 02243-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 30227756 |
| Cummins | Melissa | | CRNP | CRNP-ACUTE CARE | 1558343236 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12468555 |
| Bush | Marianna | R | MD | Internal Medicine | 1013547635 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 577533 |
| Delgado | Margaret | E | CRNP | CRNP-ACUTE CARE | 1609169570 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 22*8225 |
| Delardini | Laura | S | CRNP | CRNP-ACUTE CARE | 1154782656 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 38*4325 |
| Dominick | Jacqueline | D | CRNP | CRNP-ACUTE CARE | 1366424921 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 1584524 |
| Ferdman | Suzanne | N | CRNP | CRNP-ACUTE CARE | 1942430848 | 521874111 | P.O. Box 419244 | Boston | MA | 02247-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 2804923 |
| Fortune | Shanna | | CRNP | CRNP-ACUTE CARE | 1013355397 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 4000937 |
| Ghosh | Mayurika | | MD | Internal Medicine | 1497730552 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 11459921 |
| Grady | Elizabeth | | DO | Internal Medicine | 1558663278 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12791199 |
| Haeter | Ann | M | MD | Internal Medicine | 1508904426 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | |
| Jain | Samir | K | MD | Internal Medicine | 1578553350 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 11438753 |
| Malkiel | Benjamin | A | DO | Internal Medicine | 1316929957 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 1043257C |
| Agarwal | Monica | | MD | Internal Medicine | 1578850541 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Transitional Care Clinic | 1517 Ritchie Highway | Brooklyn Park | Maryland | 21775 | 14304627 |
| Pate | Elizabeth | M | CRNP | Internal Medicine | 1417380298 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 12544584 |
| Malback | Joan | M | CRNP | CRNP-ACUTE CARE | 1386738114 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*06* | 22*3841 |
| Mathew | Danny | P | MD | Internal Medicine | 1881031063 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 2*061 | 3847345 |
| Moore | Sennia | S | CRNP | CRNP-ACUTE CARE | 1295137107 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 2786900 |
| Ndjangy | Patrick | K | CRNP | CRNP-ACUTE CARE | 1952916607 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12*56*83 |

| | | | | University of Maryland Community Medical Group TIN 52-1874111 NPI 1477530624 (BWMC) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Novacic | Darine | | MD | Internal Medicine | 1831234517 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 |
| Ricks | Kourtney | A | MD | Internal Medicine | 1407289384 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group- Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 13643652 |
| Scille | Ryan | M | MD | Internal Medicine | 1114152956 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group- Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 13526586 |
| Telemidschool | Tight | G | MD | Internal Medicine | 1831536309 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group- Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 13831736 |
| Venotten | Doborah | L | CRNP | CRNP-ACUTE CARE | 1992787550 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | |
| Wang | Meng | Y | MD | Internal Medicine | 1881912806 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12662905 |
| Zasala | Raymond | P | CRNP | CRNP-ACUTE CARE | 1184067597 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 15486768 |
| Amariel | Diana | | MD | Critical Care | 1801133025 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 14039002 |
| Barhano | Talon | | MD | Critical Care | 1255336962 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 16436729 |
| Del Greco | Brian | A | PA | Critical Care | 1427420884 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 16477601 |
| Gargon | Victoria | L | PA | Critical Care | 1780965947 | 521874111 | P.O Box 419245 | Boston | MA | 02243-9245 | University of Maryland Community Medical Group- Baltimore Washington Medical Center | 302 Hospital Drive | Glen Burnie | Maryland | 21362 | 12461725 |
| Groman | Jillian | | PA | Critical Care | 1568918308 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 78858667 |
| Griffin | Stephen | A | PA | Physician Assistant | 1235564907 | 521874111 | P O Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12662755 |
| Heavner | Jason | J | MD | Critical Care | 1962575003 | 521874111 | PO Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group- Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 78887385 |
| Jankowiak | Scott | | PA | Physician Assistant | 1679800486 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 34863361 |
| John | Preeti | | MD | Critical Care | 1770781353 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 78885816 |
| Moon | Karoline | | MD | Critical Care | 1972629210 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 7535011 |
| O'Connor | Karen | A | CRNP | CRNP-ACUTE CARE | 1861449191 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 26143686 |
| Radev-Aitken | Bethany | L | DO | Critical Care | 1336463017 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 3572968 |
| Sam | Shiney | | CRNP | CRNP-ACUTE CARE | 1770867905 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 23298866 |
| Schwartz | Steven | J | MD | Critical Care | 1194714329 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 3436849 |
| Shih | Hyesung | | CRNP | CRNP-ACUTE CARE | 1104226505 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 22766653 |
| Sundaram | Subochkamar | | MD | Critical Care | 1447201751 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 7851692 |
| Talley | Deborah | | CRNP | CRNP-ACUTE CARE | 1447565847 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 13674351 |
| Gast | Mary | K | CRNP | CRNP-ADULT | 1396963609 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 11954751 |
| Hoovar | Lola | A | MD | Pathology | 1578592655 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12129395 |
| Morrison | Alan | L | MD | Pathology | 1437144557 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12261994 |
| Sophs | Sabrina | C | MD | Pathology | 1003080787 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12713514 |
| Surici | Jaani | A | MD | Pathology | 1356331557 | 521874111 | P.O Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 11584632 |
| Danner | Bittany | | CRNP | Pre-Anesthesia | 1912272687 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Baltimore Washington Medical Center | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | |
| Abeshidze | Archil | | MD | Psychiatry | 1891717757 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 2460651 |
| Abbas | Mohammad | | MD | Psychiatry | 1801898168 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 1303198 |
| Adams | Patricia | ne | MD | Psychiatry | 1497096762 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 25186751 |
| Hoppert | Kurt | S | CRNP | CRNP-ADULT | 1760757421 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 2348364 |
| McClain | Tamela | | MD | Psychiatry | 1205095098 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 13757721 |
| McDonald | John | M | MD | Psychiatry | 1538260668 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 2-25271 |
| Niazi | Robina | H | MD | Psychiatry | 1396961876 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 1808897 |
| Parvani | Arthi | | MD | Psychiatry | 1396705996 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 7725544 |
| Sistena | Sandeep | S | MD | Psychiatry | 1346409091 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Behavioral Health | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 16602416 |
| Flammer | Kristin | M | MD | Endocrinology | 1427199439 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Endocrinology | 119 | Glen Burnie | Maryland | 21061 | 16673785 |
| Kaczenski | Preathi | | MD | Endocrinology | 1093078222 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Endocrinology | 119 | Glen Burnie | Maryland | 21061 | 4032468 |
| Prendergast | Kathleen | A | MD | Endocrinology | 1649262753 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Endocrinology | 119 | Glen Burnie | Maryland | 21061 | 10362063 |
| Sargsyena | Tatyana | | MD | Endocrinology | 1164509205 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Endocrinology | 119 | Glen Burnie | Maryland | 21061 | 459533 |
| Parambil | Kleha | A | MD | Endocrinology | 1255589594 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Endocrinology | 119 | Glen Burnie | Maryland | 21061 | 2236023 |
| Benjamin | Marshall | E | MD | Vascular Surgery | 1033125372 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Vascular Surgery | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 365886 |
| Smith | Deidre | | NP | Vascular Surgery | 1598217671 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group- Vascular Surgery | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 1363654 |
| Deveaux | Therese | | CRNP | CRNP-ACUTE CARE | 1013319067 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Vascular Surgery | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12447897 |
| Nelms | Justin | K | MD | Vascular Surgery | 1598080947 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Vascular Surgery | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12316364 |
| Necchis | David | G | MD | Vascular Surgery | 1598773848 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Vascular Surgery | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 1396288 |
| Oxon | Christine | T | CRNP | CRNP-ACUTE CARE | 1586944204 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Vascular Surgery | 301 Hospital Drive | Glen Burnie | Maryland | 21061 | 12274132 |
| Kelmer | Adeal | | MD | Radiation Oncology | 1681883536 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 12126337 |
| Malyapa | Robert | S | MD | Radiation Oncology | 1295796761 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 175302 |
| Amin | Preda | P | MD | Radiation Oncology | 1215961727 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | |

| University of Maryland Community Medical Group TIN 52-1874111 NPI 1477530624 (BWMC) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Badiyan | Shahed | N | MD | Radiation Oncology | 1285967141 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | *360*39* |
| Chiaston | Sally | | MD | Radiation Oncology | 1568476745 | 521874111 | P.o. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 13752733 |
| Citron | Wendie | K | MD | Radiation Oncology | 1477588846 | 521874111 | P.O. Box 64933 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 1156*33* |
| Cohen | Randi | J | MD | Radiation Oncology | 1366570228 | 521874111 | P.O. Box 64933 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 12219329 |
| Kwok | Young | | MD | Radiation Oncology | 1215941901 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 17773885 |
| Mishra | Mark | V | MD | Radiation Oncology | 1790932630 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | *256*278 |
| Mohindra | Pranshu | | MD | Radiation Oncology | 1336451921 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 127*72*2 |
| Nichols | Elizabeth | M | MD | Radiation Oncology | 1396903761 | 521874111 | P.O Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | *256*277 |
| Oh | Min Chul | | MD | Radiation Oncology | 1871561562 | 521874111 | P.O Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | *0423887 |
| Patel | Akshar | N | MD | Radiation Oncology | 1902199381 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | University of Maryland Community Medical Group-Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 13627558 |
| Price | Alicia | M | CRNP | Radiation Oncology | 1093976664 | 521874111 | P.O. Box 64930 | Baltimore | MD | 21264 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 13543274 |
| Regine | William | | MD | Radiation Oncology | 1104831957 | 521874111 | P.O. Box 64931 | Baltimore | MD | 21265 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 1*396356 |
| Snider | James | | MD | Radiation Oncology | 1295092351 | 521874111 | P.O. Box 64931 | Baltimore | MD | 21265 | Tate Cancer Center | 305 Hospital Drive | Glen Burnie | Maryland | 21061 | 14*2*483 |

| | University of Maryland Community Medical Group TIN 52-1874111 NP1 1477530624 (Charles) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LAST NAME** | **FIRST NAME** | **M.I.** | **TITLE** | **Specialty** | **Type 1 NPI** | **Tax ID** | **Remit Address** | **CITY** | **STATE** | **ZIP CODE** | **Primary Practice Location Name** | **1ST PRACTICE ADDRESS** | **CITY** | **STATE** | **ZIP CODE** | **CA-2+** |
| Faharly | Eleonor | C | MD | General Surgery | 1265600522 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-5244 | Surgical Care | 100 North Oak Street | La Plata | Maryland | 20646 | 12426277 |
| Kandeol | Ahmed | | MD | General Surgery | 1427225630 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-5244 | Surgical Care | 100 North Oak Street | La Plata | Maryland | 20646 | 2026547 |
| Mathason | David | | MD | General Surgery | 1053366908 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Service Surgical Care | 100 North Oak Street | La Plata | Maryland | 20646 | 10432867 |
| Patel | Suryakant | | MD | General Surgery | 1205623010 | 521874111 | P.O Box 419244 | Boston | MA | 02241-0244 | Surgical Care | 100 North Oak Street | La Plata | Maryland | 20646 | 10419013 |
| Childress | Lorenzo | | MD | Internal Medicine/Wound care | 1073723387 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Wound Care | 5 North La Plata Court, Suite 101 | La Plata | Maryland | 20646 | 12238CM |
| Aron | Barry | | MD | OB/GYN | 1275528663 | 521874111 | P.O Box 419244 | Boston | MA | 02241-9244 | Womens Health | 605 E. Charles St | La Plata | Maryland | 20646 | 10417622 |
| Contreras | Erica | | MD | OB/GYN | 1922200696 | 521874111 | P.O Box 419244 | Boston | MA | 02241-9244 | Womens Health | 605 E. Charles St | La Plata | Maryland | 20646 | 1222325 |
| Wilkins | Gladys | A | PA-C | OB/GYN | 1992952949 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Womens Health | 605 E. Charles St | La Plata | Maryland | 20646 | 12529267 |
| Levy | William | | MD | Endocrinology, Diabetes & Metabolism | 1801826342 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group Endocrinology | 12070 Old Line Centre Drive, Ste 102 | Waldorf | Maryland | 20602 | 13930688 |
| Sharon | Michael | | MD | Endocrinology, Diabetes & Metabolism | 1265454053 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group Endocrinology | 12070 Old Line Centre Drive, Ste 100 | Waldorf | Maryland | 20602 | 13779675 |
| Yu | Juan | | MD | Endocrinology, Diabetes & Metabolism | 1437189974 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group Endocrinology | 12070 Old Line Centre Drive, Ste 102 | Waldorf | Maryland | 20602 | 13605742 |
| Reinking | Darlenn | | RD | Registered Dietician | 1184792046 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group Endocrinology | 12070 Old Line Centre Drive, Ste 102 | Waldorf | Maryland | 20602 | 1425486 |
| Khan | Iqbal | | MD | Neurology | 1083603062 | 521874111 | P.O Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Service Neurology | 5 North La Plata Court, Suite 101 | La Plata | Maryland | 20646 | 12124104 |

## University of Maryland Community Medical Group TIN 52-1874111 NPI 1477530624 (Mid-Town)

| LAST NAME | FIRST NAME | M.I. | Specialty | Type 1 NPI | Tax ID | Remit Address | CITY | STATE | ZIP CODE | BILLING PHONE # | Primary Practice Location Name | 1ST PRACTICE ADDR | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adebayo | David | A | Physician Assistant | 1467999323 | 521874*** | P.O. Box 419244 | Boston | MA | 32741-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Agrawal | Ashok | K | Generic Surgery | 1033180070 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Ahmed | Uzma | | Internal Medicine | 1699185611 | 521874111 | P O Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Primary Care at Heritage Crossing | 312 Martin Luther King | Baltimore | Maryland | 21201 |
| Anthony | William | C | Infectious Disease | 1325025081 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Balgis | Brien | J | Pod-atry | 1306922984 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Blume | Toni | | Physician Assistant | 1447316902 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Brooks | Deborah | | Psychiatry | 1164798419 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Behavioral Health | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Chowdhry | Shabbir | A | Internal Medicine | 1740334747 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Chow | Robert | D | Internal Medicine | 1447200902 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Des | Ajit | K | Pediatrics | 1609411476 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Dewberry | Linda | | CRNP-Adult | 1811274293 | 521874111 | P.O Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Dewberry | Robert | G | Orthopedics | 1922194380 | 521874111 | P.O. Box 419244 | Boston | MA | 22241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Ebron | Patricia | A | Internal Medicine | 1700968496 | 521874111 | P.O. Box 419244 | Boston | MA | 22241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Esphani | Nazrin | | Internal Medicine | 1306846852 | 521874111 | P.O. Box 419244 | Boston | MA | 22241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Fat | Emmanuel | K | Physician Assistant | 1477883486 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Fayissa | Solomon | A | Internal Medicine | 1073753702 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Flaharty | Avand | | Physician Assistant | 1447492897 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Fluta | Tanya | | Vascular surgery | 1932313103 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medica Group-Vascular Surgery | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Goswamy | Gopal | M | General Surgery | 1134116781 | 521874111 | P.O. Box 419244 | Boston | MA | 0224?-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Howard | Daniel | | Family Practice | 1497793673 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Hu | Nirabin | | Physician Assistant | 1205105231 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Jackson | Hope | | General Surgery | 1457588800 | 521874111 | P O Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Kundi | Rishi | | Vascular surgery | 1174740559 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Vascular Surgery | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Kuravilla | Varghese | | General Surgery | 1760443816 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Lawyer | Cyrus | J | Obstetrics and Gynecology | 1831184878 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Lilly | Michael | P | Vascular Surgery | 1700887516 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Vascular Surgery | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Mathew | James | | General Surgery | 1326027277 | 521874111 | P O Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Mavrophilipos | Dimitrios | V | General Surgery | 1861537797 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Mavrophilipos | Zacharias | V | General Surgery | 1366587297 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Mitrashi | Jamal | A | Rheumatology | 1891762126 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Mitsh | Carlos | | Psychiatry | 1790850748 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | Behavioral Health | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Narayanan | Shivakumar | | Internal Medicine | 1699230074 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Behavioral Health | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Perrin | Jason | A | Physician Assistant | 1669682227 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 21201 |
| Rasko | Yvonne | M | General Surgery | 1902000789 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 21201 |

| | | | University of Maryland Community Medical Group TIN 52-1874111 NPI 1477530624 (Mid-Town) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rasmussen | Dane | | Physician Assistant | 1508516590 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 2122 |
| Ragucold | William | T | Psychiatry | 1467460049 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Behavioral Health | 712 Martin Luther King | Baltimore | Maryland | 2122 |
| Ruth | Leigh | | Psychiatry | 1962778308 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Behavioral Health | 827 Linden Ave | Baltimore | Maryland | 2122 |
| Sandi | Nablehu | T | Physician Assistant | 1235242488 | 521874111 | P.O. Box 419244 | Boston | MA | 72241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Sharma | Vijay | K | Internal Medicine | 1922169026 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 2122 |
| Shrega | Irina | | CRNP-Adult | 1437406838 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 2122 |
| Sompalli | Siva | R | General Surgery | 1922028307 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Sunkara | Udayabhaskara | | Gonoral Surgery | 1578542593 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Wilson | Victoria | C | LCSW- Clinical | 1083643720 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Behavioral Health | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Aboaay | Rifat | K | Cardiovascular Disease | 1487621546 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Cardiology | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Arsenova | Zoya | | Physician Assistant | 1124337050 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UVMC Midtown Campus | 827 Linder Ave | Baltimore | Maryland | 2120 |
| Graham (formerly Tinnotta | | K | CRNP-Family Practice | 1578573440 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Primary Care at Penrose Crossing | 712 Martin Luther King | Baltimore | Maryland | 2120 |
| Dooley | Patricia | K | Physician Assistant | 1083708603 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Gray | William | C | Otolaryngology | 1942339496 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Otolaryngology | 527 Linden Ave | Baltimore | Maryland | 2120 |
| Harrison | Miles | G | General Surgery | 1467424911 | 521874111 | P.O. Box 419244 | Boston | MA | C224'-9244 | 443-462-5010 | University of Maryland Community Medical Group-Surgical Care | 821 N. Euttaw Street Se | Baltimore | Maryland | 2120 |
| Opara | Benjamin | I | Urology | 1548221054 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Urology | 527 Linden Ave | Baltimore | Maryland | 2120 |
| Orelzi - Esphani | Mohammad | | Rheumatology | 1821085317 | 521874111 | P.O. Box 419244 | Boston | MA | C2241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Patel | Pula | P | Physician Assistant | 1568784635 | 521874111 | P.O. Box 419244 | Boston | MA | C2241-9244 | 443-462-5010 | Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Sabar | Gurpreet | | Internal Medicine | 1780864306 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Primary Care at Bolton Hill | 1501 W. Mt. Royal Ave | Baltimore | Maryland | 21217 |
| Schwartz | H. Jeffrey | | Gastroenterology | 1649216085 | 521874111 | P.O. Box 410244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-Gastroenterology | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Soiplo | Laurence | H | Urology | 1275505711 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 827 Linden Ave | Baltimore | Maryland | 2120 |
| Waldman | Rachel | F | Physician Assistant | 1871867900 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 443-462-5010 | University of Maryland Community Medical Group-UMMC Midtown Campus | 527 Linden Ave | Baltimore | Maryland | 2120 |

| | University of Maryland Community Medical Group TIN 52-1874111 NPI 1477530624 (Shore Clinical Foundation) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | M.I. | Specialty | Type 1 NPI | Tax ID | Remit Address | CITY | STATE | ZIP CODE | Primary Practice Location Name | 1ST PRACTICE ADDRESS | CITY | STATE | ZIP CODE | CAQH# |
| Abdel-Gawad | Ahmed | | Pediatrics | 1790747955 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Pediatrics at Easton | 400 Byrs Street, Suite A | Cambridge | Maryland | 21613 | 11452632 |
| Ahn | Ana | | Pulmonology | 1700105533 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Pulmonary Care | 500 Cadmus Lane, Suite 209 | Easton | Maryland | 21601 | 12567987 |
| Allstock | Rebecca | | Obstetrics | 1205228274 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Womens Health | 504 Idlewild Ave, Suite 3 | Easton | Maryland | 21601 | 1355829 |
| Alessa | Rahel | | CRNP-Neurology | 1427506083 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 410 Cadmus Lane, Suite 102 | Easton | Maryland | 21601 | 13869444 |
| Alvarado | Sean | | Professional Counselor | 1487726703 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group, Inc -Behaviors Health Bridge Clinic | 2 Aurora Street | Cambridge | Maryland | 21613 | 12345837 |
| Anderson | Eric | L | Psychiatry | 1588642593 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Behavioral Health | 300 Byrs St | Cambridge | Maryland | 21613 | 11952986 |
| Athé | Anne | K | CRNP-Endocrinology | 1083035190 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Diabetes and Endocrinology | 219 S. Washington Street | Easton | Maryland | 21601 | 12771587 |
| Bamyabadhyay | Debanjan | | General Surgery | 1487508078 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Surgical Care | 505 Cadmus Lane, Suite 205 | Easton | Maryland | 21601 | 12757732 |
| Belanger | Julia | | Family Practice | 1871993436 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Chestertown | 124 Philosopher's Terrace Ste 200 | Chestertown | Maryland | 21620 | 14423491 |
| Boyle | Penny | | CRNP-Neurology | 1053709907 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 410 Cadmus Lane, Suite 102 | Easton | Maryland | 21601 | 13513152 |
| Burghober | Jill | | CRNP-Behavioral Health | 1538449862 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Behavioral Health | 301 Bym St | Cambridge | Maryland | 21613 | 12424198 |
| Cespedes | Richard | D | Urology | 1710094782 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 410 Cadmus Lane, Suite 104 | Easton | Maryland | 21601 | 12734843 |
| Christi | Ellen | S | CRNP-Pediatrics | 1003116951 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Pediatrics at Easton | 500 Cadmus Lane, Suite 210 | Easton | Maryland | 21601 | 12173055 |
| Condli | John | | Cardiology | 1811909179 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 12415330 |
| Couch | Jennifer | | Audiologist | 1245229647 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-ENT, Sinus and Hearing at Cambridge | 4 Aurora St | Cambridge | Maryland | 21613 | 12419537 |
| Cuther | Bethany | | CRNP-Family | 1114324761 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Centreville | 2540 Centreville Road | Centreville | Maryland | 21617 | 12794036 |
| DeLeon | Fernando | | Pulmonology | 1922003040 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Pulmonary | 124 Philosopher's Terrace Ste 103 | Chestertown | Maryland | 21620 | 10425911 |
| Doshi | Palak | | Obstetrics | 1508038150 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Womens Health | 504 Idlewild Ave, Suite 3 | Easton | Maryland | 21601 | 12381685 |
| Dyott | Jennifer | | CRNP-Women's Health | 1508294745 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Womens Health | 490 Cadmus Lane | Easton | Maryland | 21601 | 12700833 |
| Eifron | Morris | | Otolaryngology | 1508354464 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-ENT, Sinus, and Hearing at Cambridge | 4 Aurora St | Cambridge | Maryland | 21613 | 10422599 |
| Elkhny | Hazem | | General Surgery | 1649203118 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Surgical Care | 505 Cadmus Lane Suite 205 | Easton | Maryland | 21601 | 10383330 |
| Eshaghi | Nina | | Family Practice | 1013204569 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Easton | 500 Cadmus Lane Suite 211 | Easton | Maryland | 21601 | 13666517 |
| Etherton | Jeffrey | | Cardiology | 1144212366 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 13416379 |
| Exantus-Bernard | Gina | | CRNP-Pediatrics | 1053624432 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Pediatrics at Easton | 400 Byrs Street, Suite A | Cambridge | Maryland | 21613 | 12776340 |
| Famuyima | Funlola | | Pulmonology | 1992996631 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Pulmonary Care | 500 Cadmus Lane, Suite 209 | Easton | Maryland | 21601 | 12583837 |
| Fisher | Karen | | Nurse Practitioner | 1720039498 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Digestive Health | 511 Idlewild Avenue | Easton | MD | 21601 | 11432399 |
| Fisher | Micheal | | Gastroenterology | 1679325059 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Digestive Health | 511 Idlewild Avenue | Easton | MD | 21601 | 10470008 |
| Foley | John | | Urology | 1053361517 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 410 Cadmus Lane Suite 104 | Easton | Maryland | 21601 | 0090805 |
| Fox | Leslie | | Psychiatry | | | | | | | | | | | | |
| Fritz | Richard | | Pediatrics | 1689409173 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Pediatrics at Easton | 500 Cadmus Lane Suite 210 | Easton | Maryland | 21601 | 10432989 |
| Gorgievevich | Michael | | Family Practice | 1598789706 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Denton | 636 S. 5th Street | Denton | Maryland | 21629 | 10859867 |
| Hall | Lisa | | CRNP-Family | 1770825747 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Centreville | 2540 Centreville Rd. | Centreville | Maryland | 21617 | 13575797 |
| Hanna | S Robert | | Cardiology | 1164535894 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 10415277 |
| Hately | R Bruce | | Cardiology | 1174535454 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 10423313 |
| Holmly | Carolyn | | Internal Medicine | 1063521995 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group- Primary Care at Easton | 509 Cadmus Lane Ste 211 | Easton | Maryland | 21601 | 11298680 |
| Herman | Kim | | Family Practice | 1679257330 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Denton | 636 S. 5th Street | Denton | Maryland | 21629 | 11855829 |
| Horseman | Mary | | Nurse Practitioner | 1598778680 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Digestive Health | 511 Idlewild Avenue | Easton | MD | 21601 | 12305919 |
| Jafari | Dale | | CRNP-Women's Health | 1174517668 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Womens Health | 490 Cadmus Lane | Easton | Maryland | 21601 | 11250054 |
| Jeffers | Lisa | | CRNP-Wound Care | 1366652745 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Wound Care | 500 Cadmus Lane Suite 205 | Easton | Maryland | 21601 | 11943916 |
| Jin | H Laura | | Internal Medicine | 1225085061 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Digestive Health | 511 Idlewild Avenue | Easton | MD | 21601 | 11215491 |
| Jordan | Michelle | | CRNP-Family | 1366524365 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Centreville | 2540 Centreville Road | Centreville | Maryland | 21617 | 11796348 |
| Kamineni | Walid | | Neurology | 1063611917 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 490 Cadmus Lane Suite 102 | Easton | Maryland | 21601 | 10422118 |
| Katz | William | | Gynecology | 1295336875 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Womens Health | 490 Cadmus Lane | Easton | Maryland | 21601 | 10417240 |
| Kerns | Barbara | | Obstetrics/ Gynecology | 1548290055 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Womens Health | 504 Idlewild Ave, Suite 3 | Easton | Maryland | 21601 | 11123525 |
| Krauthami | Bethany | | Nurse Practitioner | 1378953937 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Comprehensive Breast Center | 13 Martin Court | Easton | Maryland | 21601 | 12581280 |
| Kurtom | Khalid | | Neurosurgery | 1063687184 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Neurosurgery | 490 Cadmus Lane Suite 103 | Easton | Maryland | 21601 | 13129823 |
| Lancaster | Patricia | | CRNP-Cardiology | 1821371568 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 12309530 |
| Langhit | Mark | | Pediatrics | 1003075194 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Pediatrics at Easton | 500 Cadmus Lane, Suite 210 | Easton | Maryland | 21601 | 10415288 |
| Lemay | Trisha | | CRNP-Neurology | 1154721231 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 490 Cadmus Lane, Suite 102 | Easton | Maryland | 21601 | 12776180 |
| Leon-Guerrero | Archana | | Psychiatry | 1053527515 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Behavioral Health | 300 Byrn St | Cambridge | Maryland | 21613 | 11758891 |
| Lilly | Roberta | | General Surgery | 1932438322 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Comprehensive Breast Center | 13 Martin Court | Easton | Maryland | 21601 | 12153065 |

| | | | | University of Maryland Community Medical Group TIN 52-1874111 NPI 1477530624 (Shore Clinical Foundation) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Maguire | Marla | | Pediatrics | 1861710868 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Pediatrics at Easton | 500 Cadmus Lane Suite 210 | Easton | Maryland | 21601 | 13595437 |
| Maimoni | Bassel | | Endocrinology | 1306192976 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Diabetes and Endocrinology | 219 S. Washington Street | Easton | Maryland | 21601 | 13662895 |
| Oliver | David | | Pulmonology | 1265424733 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Pulmonary Care | 500 Cadmus Lane, Suite 209 | Easton | Maryland | 21601 | 11198373 |
| O'Neill | Joseph | | Internal Medicine | 1528496609 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Easton | 219 S. Washington Street Suite 209 | Easton | Maryland | 21601 | 13507843 |
| Ohrlahi | Payman | | Pulmonology | 1902949506 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Pulmonary Care | 500 Cadmus Lane Suite 209 | Easton | Maryland | 21601 | 11982386 |
| Pato | Jessica | | Nurse Midwife | 1205379690 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Womens Health | 508 Idlewild Ave, Suite 3 | Easton | Maryland | 21601 | 13945473 |
| Fany | Christopher | | Urology | 1316507447 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Continence & Pelvic Health | 490 Cadmus Lane Suite 104 | Easton | Maryland | 21601 | 13717415 |
| Petzzar | Andrew | | General Surgery | 1578645099 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Surgical Care | 500 Cadmus Lane, Suite 205 | Easton | Maryland | 21601 | 12692954 |
| Porter | Laurie | | Otolaryngology | 1386664902 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 490 Cadmus Lane, Suite 101 | Easton | Maryland | 21601 | 11973770 |
| Rajsingh | Moosa | | Cardiology | 1801808288 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 12686565 |
| Remo | Benjamin | | Cardiology | 1376785717 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 13953717 |
| Reynolds | Marcia | V | Family Practice | 1235133292 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Galena | 119C North Main St. | Galena | Maryland | 21635 | 11870794 |
| Riggin | Andrew | | Urology | 1780541492 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Continence & Pelvic Health | 490 Cadmus Lane Suite 104 | Easton | Maryland | 21601 | 14023600 |
| Roberts | Michael | D | Family Practice | 1376861922 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Centreville | 2540 Centreville Road | Centreville | Maryland | 21617 | 12619997 |
| Roser | Lisa (Mickee) | | CRNP | 1023060688 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Digestive Health | 511 Idlewild Avenue | Easton | MD | 21601 | 11266898 |
| Rosa | Susan | | Family Practice | 1417950080 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Chestertown | 126 Philosopher's Terrace Ste 200 | Chestertown | Maryland | 21620 | 13432045 |
| Ross | Clare | | Cardiology | 1518959261 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 11250198 |
| Runz | Christopher | | Urology | 1740250307 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 490 Cadmus Lane Suite 104 | Easton | Maryland | 21601 | 11471297 |
| Saishkola | Saeed | | Psychiatry | 1720289184 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Behavioral Health | 300 Byrn St. | Cambridge | Maryland | 21613 | 13758302 |
| Sardi | Gabriel | | Cardiology | 1326255712 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 12345379 |
| Schneider | Timothy | | Otolaryngology | 1053377457 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Shore Medical Pavilion at Easton | 490 Cadmus Lane Suite 121 | Easton | Maryland | 21601 | 11486821 |
| Seward | Shirley | | CRNP-Family | 1184771966 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Centreville | 836 South 5th Avenue | Denton | Maryland | 21629 | 12342042 |
| Shanahan | Timothy | | Cardiology | 1528072089 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 11545794 |
| Shorter | Diana | | CRNP-Pain Management | 1073519601 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Pain Management | 219 S. Washington Street | Easton | Maryland | 21601 | 12799325 |
| Siddiqui | Aisha | | OB/GYN | 1972713386 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group-Womens Health | 508 Idlewild Ave, Suite 3 | Easton | Maryland | 21601 | 11879842 |
| Stagg | Sharon | | CRNP-Family | 1750433124 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Easton | 219 S. Washington Street Suite 209 | Easton | Maryland | 21601 | 12744584 |
| Taskin | Volkan | | Gastroentology | 1568412492 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Digestive Health | 511 Idlewild Avenue | Easton | MD | 21601 | 10421996 |
| Tate | Doris | | CRNP-Adult | 1275875542 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group | 219 S. Washington Street | Easton | Maryland | 21601 | 12568874 |
| Tate | Kevin | | Family Practice | 1437169729 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group- Primary Care at Easton | 500 Cadmus Lane, Suite 211 | Easton | Maryland | 21601 | 11714052 |
| Towers | Wendy | | CRNP-First Surgical Assist | 1912304486 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-has-surgery | 490 Cadmus Lane, Suite 103 | Easton | Maryland | 21601 | 13829639 |
| Traub | Mark | | Cardiology | 1598757613 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Cardiology | 500 Cadmus Lane Suite 207 | Easton | Maryland | 21601 | 10421345 |
| Troshinsky | Matthew | | Gastroentology | 1205656115 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Digestive Health | 511 Idlewild Avenue | Easton | MD | 21601 | 10420290 |
| Vaidyanathan | Lakshmi | | Internal Medicine | 1417015892 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Primary Care at Easton | 219 S. Washington Street Ste 209 | Easton | Maryland | 21601 | 10424477 |
| Vismic | Andrew | | Pulmonology | 1851448718 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | Group- Pulmonary Care | 500 Cadmus Lane Ste 209 | Easton | Maryland | 21601 | 11987148 |
| Wade | Justin | | Psychiatry | 1467539676 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Behavioral Health | 300 Byrn St. | Cambridge | Maryland | 21613 | 11511782 |
| Williams | Margaret | | CRNP | 1831553565 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Comprehensive Breast Center | 10 Martin Court | Easton | Maryland | 21601 | 13809125 |
| Wills | Stephen | | Physical and Rehabilitation Medicine | 1841318254 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group-Rehabilitation | 219 S. Washington Street | Easton | Maryland | 21601 | 10398300 |
| Zaki | Wafik | | Family Practice | 1033102975 | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | University of Maryland Community Medical Group- Primary Care at Denton | 836 S. 5th Street | Denton | Maryland | 21629 | 10419645 |

| | University of Maryland Community Medical Group TIN 52-1874111 NPI 1477530624 (UM Rehab and Ortho Inst.) | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | M.I. | TITLE | Specialty | ROLE | Type 1 NPI | Tax ID | Remit Address | CITY | STATE | ZIP CODE | BILLING PHONE # | Primary Practice Location Name | 1ST PRACTI | CITY | STATE | ZIP CODE | CAQH# |
| Goldberg | Svetlana | | NP | Psychiatry | Specialist | 1306373527 | 521874111 | P.O. Box 419244 | Boston | MA | 0224 1-9044 | 443-462-5013 | University of | 2200 Kernan | Gwynn Oak | MD | 21237 | 14014633 |
| Harton | Marcia | | NP | Psychiatry | Specialist | 1164965835 | 521874111 | P.O. Box 419244 | Boston | MA | 0224 1-9244 | 443-462-5013 | University of | 2200 Kernan | Gwynn Oak | MD | 2~237 | 14003~47 |

| Form **W-9** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | **Give Form to the requester. Do not send to the IRS.** |

**Name (as shown on your income tax return)**
UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL GROUP, LLC.

**Business name/disregarded entity name, if different from above**

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ..................

☐ Other (see instructions) ▶

☑ Exempt payee

**Address (number, street, and apt. or suite no.)**
250 W. PRATT STREET, 24TH FLOOR

**Requester's name and address (optional)**

**City, state, and ZIP code**
BALTIMORE, MD 21201

List account number(s) here (optional)

*Print or type. See Specific Instructions on page 2.*

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

| | | |-| | | |-| | | | |

**Employer identification number**

| 3 | 7 | | 1 | 7 | 0 | 4 | 0 | 4 | 1 |

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

| **Sign Here** | **Signature of U.S. person** ▶ *(signature)* | **Date** ▶ 10/18/2012 |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

## University of Maryland St Joseph Medical Group, LLC  TIN 37-1704041  NPI 1770836785

| LAST NAME | FIRST NAME | M.I. | Specialty | Type 1 NPI | Tax ID | Remit Address | CITY | STATE | ZIP CODE | Primary Practice Location Name | 1ST PRACTICE ADDRESS | Suite | CITY | STATE | ZIP CODE | CAQH# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mancini | Jeri | | Nurse Midwfery | 1427065747 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Women's Health Associates (WHA) | 7300 York Road | 201 | Towson | MD | 21204 | **407755 |
| Manuel-Barone | Palma | M | Obstetrics and Gynecology | 1609881887 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Women's Health Associates (WHA) | 7300 York Road | 20 | Towson | MD | 21204 | **506332 |
| Moore | Gigi | | Nurse Midwfery | 1053318949 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hedizinca | 7300 York Road | | Towson | MD | 21304 | **25846* |
| Porkiss | Julia V. | V | Nurse Midwfery | 1174893713 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Nediatrics | 7300 York Road | | Towson | MD | 21204 | 124*3944 |
| Siono | Kathleen | | Nurse Midwfery | 1912945878 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Kathleen Sloane and Associates | 7300 York Road | 20* | Towson | MD | 21204 | 12763947 |
| Williums | Rhea | | Nurse Midwfery | | | | | | | Women's Health Associates (WHA) | 7300 York Road Suite 201 | | Towson | MD | 21204 | 12629595 |
| Arrington | Lauren | A | Nurse Midwfery | 1316265309 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Women's Health Associates (WHA) | 7300 York Road | 201 | Towson | MD | 21204 | 12169184 |
| Gould | Eliza | C | Nurse Midwfery | 1932574611 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Women's Health Associates (WHA) | 7300 York Road | 201 | Towson | MD | 21204 | 13792569 |
| Linzmeier | Jessica | B | Nurse Midwfery | 1780674861 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Women's Health Associates (WHA) | 7300 York Road | 201 | Towson | MD | 21204 | 14443923 |
| Allred | Kimberly | M | Nurse Practitioner | *931158211 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 21204 | N/A |
| Barrett | Deborah | A | Neonatal-Perinatal Medicine | 1215065057 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 21204 | 11290593 |
| Frazier | Bridget | C | Neonatal-Perinatal Medicine | 1902287057 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | NICU | 7601 Osler Drive | | Towson | MD | 21204 | N/A |
| Miller | Donna | M | Nurse Practitioner | 1649321969 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | MSICU / 2C | 7621 Osler Drive | | Towson | MD | 21204 | N/A |
| Rae | Amanda | | Nurse Practitioner | 1598111502 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | MSICU / 2C | 7601 Osler Drive | | Towson | MD | 21204 | *3624276 |
| Schuetz | Julie | A | Hematology/Oncology | 1396750154 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Medical Oncology | 7501 Osler Drive | 1 | Towson | MD | 21704 | 12520597 |
| Sampter | Nancy | H | Nurse Practitioner | 1245295742 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | NICU | 7601 Osler Drive | | Towson | MD | 21204 | N/A |
| Wojcik | Amy | L | Nurse Practitioner | 1477604726 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | MSICU / 2C | 7601 Osler Drive | | Towson | MD | 21204 | |
| Yates | Steven | | Nurse Practitioner | 1508168457 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | | | | | | 13669944 |
| Zeller | Jennifer | | Nurse Practitioner | 1790084234 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7601 Osler Drive | | Towson | MD | 21254 | 13964455 |
| Dyer | Teresa | M | Nurse Practitioner | 1306811146 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | UMSJMG Heath Park at Hereford | 5 Park Center Court | | Owings Mills | MD | 2***17 | *7247992 |
| Eastham | Deirdre | K | Nurse Practitioner | 1629541519 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7801 York Road | 102 | Towson | MD | 21204 | 13677842 |
| Nagy | Shannon K. | K | Nurse Practitioner | 1568587840 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Palliative Care | 7505 Osler Drive | G14 | Towson | MD | 21294 | *26*C397 |
| Porter | Susan M. | M | Nurse Practitioner | 1326013129 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine at Towson | 7505 Osler Drive | 402 | Towson | MD | 21204 | *4867817 |
| Reckson | Mary A. | A | Adolescent Medicine | 1932282134 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine - Timothy Harshly, MD | 7505 Osler Drive | 306 | Towson | MD | 21204 | *2692266 |
| White | Jennifer | M | Family Medicine | 1609267178 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7801 York Road | | Towson | MD | 21204 | *35*42*9 |
| Corcoran | Anthony | | Nurse Practitioner | 1235321910 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 14 A Mt. Carmel Rd | | Parkton | MD | 21120 | *1247754 |
| Scarcella | Wendy | | Nurse Practitioner | 1528155717 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Podiatric Outpatient | 7300 York Road | 200 | Towson | MD | 21204 | **968981 |
| Cronin | Erin | E | Nurse Practitioner | 1881094647 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Medical Oncology | 7501 Osler Drive | 102 | Towson | MD | 21204 | *2753644 |
| Brook-Abraham | Dana | M | Obstetrics and Gynecology | 1063687655 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7601 Osler Drive | | Towson | MD | 21204 | 13545627 |
| Blackburn | Mari | | Family Medicine | 1366413437 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7801 York Road | 130 | Towson | MD | 21204 | 13422906 |
| Frankel | Trina | K. | Family Medicine | 1263463473 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Tina Kaoser Frankel, DO / Nancy K Sakowitz, MD | 7505 Osler Drive | 517 | Towson | MD | 21204 | 1*30*434 |
| Militello | Juliette | | Family Practice | 1780096727 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7801 York Road | 133 | Towson | MD | 21204 | 12792989 |
| Adoorias | Ursula | A | Anesthesiology | 1760568547 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiothoracic Anesthesia | 7601 Osler Drive | | Towson | MD | 21204 | N/A |
| Ashley | William | | Neurosurgery | 1033238647 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Neurosurgery | 7901 Osler Drive | | Towson | MD | 21204 | 1129485 |
| Bearer | Cynthia | | Neonatal-Perinatal Medicine | | | | | | | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 21204 | 14143945 |
| Bennett | Marilyn | H. | Neonatal-Perinatal Medicine | 1770668368 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 21204 | |
| Boss | Michael | J | Anesthesiology | *245447317 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiothoracic Anesthesia | 7601 Osler Drive | | Towson | MD | 21204 | N/A |
| Frazier | James | | Neurosurgery | 1316083255 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Neurosurgery | 7601 Osler Drive | | Towson | MD | 21204 | 11795DEC |
| George | George | V | Anesthesiology | 1851477632 | 37-1704041 | PO Box 417651 | Boston | MA | 32241-7651 | Cardiothoracic Anesthesia | 7501 Osler Drive | | Towson | MD | 21204 | N/A |
| Gimore | Maureen | M | Pediatrics | 1194779496 | 37-1704041 | PO Box 417651 | Boston | MA | 02243-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 21204 | N/A |
| Graham | Ernest | M | Obstetrics and Gynecology | 1144272907 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Perinatal Center (PNC) | 7621 Osler Drive | 1st Floor | Towson | MD | 21204 | 11396090 |
| Iqbal | Mohammed | | Pediatric Hospitalist | 1033158712 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7801 Osler Drive | | Towson | MD | 21204 | N/A |
| Jani | Shuchi | S | Pediatric Hospitalist | 1164865085 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7601 Osler Drive | | Towson | MD | 21204 | 13823120 |

## University of Maryland St Joseph Medical Group, LLC TIN 37-1704041 NPI 1770836785

| Last Name | First Name | MI | Specialty | NPI | TIN | PO Box | City | State | Zip | Group Name | Address | | City | ST | Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kapoor | Shiv | | Neonatal-Perinatal Medicine | | | | | | | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2*234 1414.3946 |
| Langbaum | Michael | E | Neonatal-Perinatal Medicine | 1225044340 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2*234 %04*9809 |
| Lynnir | Dana | S | Anesthesiology | 1396030011 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiothoracic Anesthesia | 7801 Osler Drive | | Towson | MD | 2*234 13635606 |
| McNair | Tiffany | | Obstetrics and Gynecology | 1679731327 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Women's Health Associates (WHA) | 7601 Osler Drive | 201 | Towson | MD | 2120⁴ 12450296 |
| Nanez | Joanne S. | S | | 1902846686 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ %04*9845 |
| Ojira | Bitrene G. | G | Pediatrics | 1417968363 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7601 Osler Drive | | Towson | MD | 2120⁴ 112*12*2* |
| Onajobi | Oluwatobi O. | O | Podiatrics | 1508091513 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7601 Osler Drive | | Towson | MD | 2120⁴ 12385067 |
| Schultz | Michael | J | General Surgery | 1578560957 | 37-1704041 | PO Box 417651 | Boston | MA | 02741-7651 | Breast Center | 730* Osler Drive | 276 | Towson | MD | 2120⁴ %04*8845 |
| Utzschneider | David | A | Internal Medicine | 1154377527 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 760* Osler Drive | | Towson | MD | 2120⁴ %0435067 |
| Vite | Gary | M | Anesthesiology | 1073639664 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiothoracic Anesthesia | 7505 Osler Drive | | Towson | MD | 71204 |
| Layug | Eduardo | P | Physician Assistant | 1265408611 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 2120⁴ *0432829 |
| Villa Jr | Lope | T | Physician Assistant | 1821275678 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 2120⁴ 13763030 |
| Adler | Linda | G | Internal Medicine | 1942225263 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ 12017965 |
| Anonig Jr. | John | A | Hospital Medicine | 1417723744 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ 13545379 |
| Costa | Christopher | C | Internal Medicine | 1710950134 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ 1469636* |
| Deshpande | Neeta | S | Internal Medicine | 1063517878 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Transitional Care Clinic | 7505 Osler Drive | 406 | Towson | MD | 7120⁴ %421400 |
| Dickinson | Gretchen | S | Internal Medicine | 1679817088 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 760* Osler Drive | | Towson | MD | 2120⁴ 11576567 |
| Urn | Boon | P | Internal Medicine | 1265447959 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 760* Osler Drive | | Towson | MD | 2120⁴ %0443007 |
| Mikilyaeskaya | Irina | | Hospital Medicine | 1760575476 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 760* Osler Drive | | Towson | MD | 2120⁴ 11*226*3 |
| Mininsohn | Michael | J | Internal Medicine | 1942295896 | 37-1704041 | PO Box 417651 | Boston | MA | 02243-7651 | Pediatrics | 7601 Osler Drive | | Towson | MD | 2120⁴ %042*93* |
| Mohalni | Wajshafih | A | Internal Medicine | 1467937751 | 37-1704041 | PO Box 417651 | Boston | MA | 02243-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ 1186644Ɵ |
| Nogueira | Joseph M. | M | Internal Medicine | 1104881788 | 37-1704041 | PO Box 417651 | Boston | MA | 02243-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ *0533304 |
| Poku | Kwasi | | Pediatrics | 1477855215 | 37-1704041 | PO Box 417651 | Boston | MA | 02243-7651 | Pediatrics | 7401 Osler Drive | | Towson | MD | 2120⁴ No⁴ |
| Prakasa | Kalpana R. | R | Internal Medicine | 1740259134 | 37-1704041 | PO Box 417651 | Boston | MA | 02243-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ 12515329 |
| Rawlins | Patricia | | Internal Medicine | 1184742603 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ 11652*r'9 |
| Saluja | Arpit | | Family Medicine | 1942494737 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2120⁴ 12639055 |
| Yabut | Arturo | R | Obstetrics and Gynecology | 1700575476 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Women's Health Associates (WHA) | 7300 York Road | 237 | Towson | MD | 2120⁴ %04*957* |
| Ashley | Jennifer | | Internal Medicine | 1699882993 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7601 Osler Drive | | Towson | MD | 2120⁴ 12198804 |
| Abenathy | Troy | V | Pediatrics | 1508075078 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7601 Osler Drive | | Towson | MD | 2120⁴ 11ᴸ*49*3 |
| Roohani | Jahangir | | Neonatal-Perinatal Medicine | 1205965136 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 2*204 11525336 |
| Taylor | Richard | L | Neurology | 1982606406 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-765* | Nescience | 22 West Road | | Towson | MD | 2*234 |
| Weisman | Richard | M | Neurology | 1396746640 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Nescience | 22 West Road | | Towson | MD | 2*234 |
| Shimkaveg | Megan | E | Pediatric Hospitalist | 1295992493 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7501 Osler Drive | | Towson | MD | 2*204 |
| Bailowitz | Nancy | K | Internal Medicine | 1922033117 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-765* | Tina Kapoor Frankel, DO / Nancy K Bailowitz, MD | 7505 Osler Drive | 517 | Towson | MD | 2*204 1542*536 |
| Baydarian | Kimberly | P | Family Medicine | 1396761870 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7901 York Road | 130 | Towson | MD | 2*204 11342905 |
| Caccomaae | Suzanne | | Internal Medicine | 1922054165 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-765* | Internal Medicine at Towson | 7505 Osler Drive | 402 | Towson | MD | 2*204 10439656 |
| Coladonato | Julie | A | Internal Medicine | 1831233238 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine - Julie Coladonato, MD | 5 Park Center Court | 411 | Owings Mills | MD | 2**17 11756086* |
| DeMusis | Michele | R | Internal Medicine | 1114967874 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine at Towson | 7505 Osler Drive | 402 | Towson | MD | 2*204 %04*9253 |
| DiPietro | Vincent | A | Internal Medicine | 1619648791 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7901 York Road | 130 | Towson | MD | 2*204 %04*598* |
| Donegan | Laura | A | Internal Medicine | 1457312761 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine at Towson | 7505 Osler Drive | 402 | Towson | MD | 2*204 112*35*9 |
| Herlihy | Timothy | E | Internal Medicine | 1972667434 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine - Timothy Herlihy, MD | 7505 Osler Drive | 306 | Towson | MD | 2*204 10421379 |
| Hilliard | Bridget | A | Internal Medicine | 1548245376 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | UMSJMG Health Park at Hereford | 14A Mt Carmel Rd | | Parkton | MD | 21173 |
| Lignca | Evangelos | C | Internal Medicine | 1184796797 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7901 York Road | 130 | Towson | MD | 2*204 %0415119 |
| Lin-Chan | Pamela | Y | Family Medicine | 1053382853 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7901 York Road | 130 | Towson | MD | 2*204 %0439677 |
| Sabo | Mark | | Internal Medicine | 1790704310 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine - Mark Sabo, MD / Christopher Koltz, MD | 7505 Osler Drive | 406 | Towson | MD | 2*204 11214082 |
| Sibila | Kenneth | | Family Medicine | 1386615165 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Towson Medical Associates | 7901 York Road | 130 | Towson | MD | 2*204 %04*5805 |

## University of Maryland St Joseph Medical Group, LLC  TIN 37-1704041  NPI 1770836785

| Last Name | First Name | | Specialty | NPI | TIN | PO Box | City | State | Zip | Practice | Address | | Suite | City | State | Zip | Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Snyder | Lawrence | | Internal Medicine | 1487793535 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine - Lawrence Snyder, MD | 7800 Osler Drive | | 411 | Towson | MD | 21204 | 3429352 |
| Vaughn | Julie | | Internal Medicine | 1932177201 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Owings Mills Internal Medicine Associates | 5 Park Center Court | | 201 | Owings Mills | MD | 21117 | |
| Wallers | Timothy | C | Internal Medicine | 1063604742 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Internal Medicine - Mark Saba, MD / Christopher Koltz, MD | 7505 Osler Drive | | 436 | Towson | MD | 21704 | 2583373 |
| Morris | Nicolette | D | Pediatrics | 1073553657 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatric Outpatient | 7300 York Road | | 230 | Towson | MD | 21204 | 1343282 |
| Gordon | Helen | M | Hospice and Palliative Medicine | 1386684520 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Palliative Care | 7505 Osler Drive | G14 | | Towson | MD | 21204 | 3415223 |
| Panfil | Scott H. | H | Pediatric Hospitalist | 1780776534 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7601 Osler Drive | | | Towson | MD | 21704 | Pending |
| Neff | Neal | | Neurosurgery | 1336712170 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Neurosurgery | 7501 Osler Drive | | | Towson | MD | 21204 | 1419226 |
| Pombroke | Thomas M. | M | Internal Medicine | 1902631784 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Palliative Care | 7501 Osler Drive | G14 | | Towson | MD | 21204 | 1383840 |
| Plotrick | Daniel B. | B | Cardiovascular Disease | 1366486029 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | 938 | Towson | MD | 21204 | 1243368 |
| Roberts | Brett | D | Cardiovascular Disease | 1104961788 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | | Towson | MD | 21204 | 1236962 |
| Rogers | Ethan | S | General Surgery | 1386889076 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Breast Center | 7501 Osler Drive | | 270 | Towson | MD | 21204 | 2563663 |
| Rosak | Mona | M | General Surgery | 1265526743 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | General Surgery | 7505 Osler Drive | | | Towson | MD | 21204 | 1623863 |
| Roselter | Judith | P | Maternal-Fetal Medicine | 1972526089 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Med Labs | 7601 Osler Drive | | | Towson | MD | 21204 | 0425256 |
| Salengor | Rawn | | Surgery, Cardiothoracic | 1568465516 | 37-1704041 | PO Box 417651 | Boston | MA | 02243-7651 | Cardiac Surgery | 7505 Osler Drive | | 302 | Towson | MD | 21204 | 1492165 |
| Schraeder Jr. | Richard | M | Oncology | 1285775239 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Med-cal Oncology | 7501 Osler Drive | | 102 | Towson | MD | 21204 | 1175149 |
| Sun | Henry | S | Interventional Cardiology | 1609845817 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | 102 | Towson | MD | 21204 | 1575295 |
| Zaidi | Syed | | Nuclear Cardiology | 1801003223 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | 102 | Towson | MD | 21204 | 1375784 |
| Zalatimo | Omar | | Neurosurgery | 1953519256 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Neurosurgery | 7601 Osler Drive | | | Towson | MD | 21204 | 2779158 |
| Kalghatgi | Arpitha | A | Specialty | 1457796854 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7300 York Rd | | | Towson | MD | 21204 | 2472130 |
| Alkhan | Mahmood | | Cardiovascular Disease | 1114994399 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | 103 | Towson | MD | 21204 | 1487940 |
| Baker | Sonia | E | Cardiovascular Disease | 1750728170 | 37-1704041 | PO Box 417651 | Boston | VA | 02241-7651 | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | 103 | Towson | MD | 21204 | 2226504 |
| Barg | Howard | K | Colon and Rectal Surgery | 1588567273 | 37-1704041 | PO Box 417651 | Boston | VA | 02241-7651 | Colon Rectal Surgery | 25 Crossroads Drive | | | Owings Mills | MD | 21117 | 0422316 |
| Colerius (Fitzgerald) | Andrea | | Obstetrics and Gynecology | 1144287780 | 37-1704041 | PO Box 417651 | Boston | VA | 02241-7651 | Women's Health Associates (WHA) | 7300 York Road | | 201 | Towson | MD | 21204 | 0421148 |
| Contucco | Alice | C | Neonatal-Perinatal Medicine | 1831943626 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Perinatal Center (PNC) | 7601 Osler Drive | 1st Floor | | Towson | MD | 21204 | 1452716 |
| Couzi | Rima | J | Oncology | 1356401608 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Medical Oncology | 7501 Osler Drive | | 102 | Towson | MD | 21204 | 1527114 |
| Famor | Carmen | | Obstetrics and Gynecology | 1194735763 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Obstetrics and Gynecology Associates | 1777 Reistertown Road | | 230 | Baltimore | MD | 21208 | 5423067 |
| Finney Jr., RC (Redmond) | Stewart | C | Surgery, Cardiothoracic | 1578584728 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiac Surgery | 7505 Osler Drive | | 302 | Towson | MD | 21304 | 5417395 |
| Fralman | Mark | H | General Surgery | 1073518312 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hepatobiliary | 7505 Osler Drive | | 302 | Towson | MD | 21204 | 583942 |
| Gaffar | Youssif | A | Oncology | 1891798914 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Medical Oncology | 7501 Osler Drive | | 102 | Towson | MD | 21204 | 1452577 |
| Hopkins-Luna | Angela | | Obstetrics and Gynecology | 1821109307 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Obstetrics and Gynecology Associates | 1777 Reistertown Road | | 230 | Baltimore | MD | 21208 | 0423273 |
| Khajawi | Mohammed | A | Obstetrics and Gynecology | 1578523015 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Women's Health Associates (WHA) | 7300 York Road | | 201 | Towson | MD | 21204 | 0419683 |
| Mackay Jr. | Richard | A | General Surgery | 1336244839 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hepatobiliary | 7505 Osler Drive | | 302 | Towson | MD | 21204 | 1107896 |
| Pollock | Stephen H. | H | Cardiovascular Disease | 1982698973 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | 102 | Towson | MD | 21204 | 1942454 |
| Pullock | Jeremy | | Cardiovascular Disease | 1124310289 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | 101 | Towson | MD | 21204 | |
| Prevas | William P. | P | Obstetrics and Gynecology | 1417032085 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | OB/GYN | 7300 York Road | | | Towson | MD | 21204 | 0432018 |
| Winakur | Shannon | | Cardiovascular Disease | | | | | | | St. Joseph Cardiovascular Associates | 7505 Osler Drive | | 103 | Towson | MD | 21204 | 1131207 |
| Bell O'Dell | Jennifer | | Physician Assistant | 1609927920 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7601 Osler Drive | | | Towson | MD | 21204 | N/A |
| Bodart | Nell | J | Surgical First Assistant | 1699089599 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiac Surgery Support | 7601 Osler Drive | | | Towson | MD | 21204 | 1238456 |
| Dominique (Guerda) | Marie | | Physician Assistant | 1124031174 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiac Surgery Support | 7601 Osler Drive | | | Towson | MD | 21204 | N/A |
| Han | Linhuang | | | 1023306156 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7601 Osler Drive | | | Towson | MD | 21204 | 1263606 |
| Lynn | Carrie | S | Physician Assistant | 1912035064 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7505 Osler Drive | | | Towson | MD | 21204 | N/A |
| Powers | Margaret L. | L | Physician Assistant | 1407899982 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | | Towson | MD | 21204 | N/A |

| University of Maryland St Joseph Medical Group, LLC | | | TIN 37-1704041 | NPI 1770836785 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Russell | Juliet | C | Physician Assistant | 1831487820 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 21204 | NPA |
| Vost | Robert | W | Physician Assistant | 1619067832 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | SJCVA Support | 7505 Greer Drive | | Towson | MD | 21204 | |
| Wachter | Kimberly | A | | 1851481071 | 37-1704041 | FO Box 417651 | Boston | MA | 02241-7651 | | 7601 Osler Drive | | Towson | MD | 21284 | |
| Wang | Leiming | A | Physician Assistant | 1932504578 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiac Supery Sopport | Leiming Wang, P.A.C. | | Ellicott City | MD | 21043 | 13514776 |
| Edelman (Riser) | Lauren | | Physician Assistant | 1881034533 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7601 Osler Drive | | Towson | MD | 21204 | 13853773 |
| Nigam | Erika | | Physician Assistant | 1013220110 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7631 Osler Drive | | Towson | MD | 21204 | 13942357 |
| Xiao | Fei | | Physician Assistant | 1124341201 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | | 7601 Osler Drive | | Towson | MD | 21204 | 13942362 |
| Dave | Pankaj | B | Physician Assistant | 1780879783 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 21204 | NA |
| Randhawa | Fawaf | | Physician Assistant | 1083752307 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 7601 Osler Drive | | Towson | MD | 21204 | NA |
| Weinstein | Allan | | Physician Assistant | 1831151125 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Pediatrics | 7601 Osler Drive | | Towson | MD | 21204 | |
| Paine | Jen | | Nurse Practitioner | | | | | | | Cardiac Surgery Support | 7601 Osler Drive | | Towson | MD | 21204 | |
| Potter | Alan M. | M | Physician Assistant | 1659354967 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Cardiac Surgery Support | 7601 Osler Drive | | Towson | MD | 21204 | NA |
| Kehring | Glenn | C | Physician Assistant | 1144259367 | 37-1704041 | PO Box 417651* | Boston | MA | 02241-7651 | St Joseph Cardiovascular Associates | 7505 Osler Drive | 103 | Towson | MD | 21204 | NA |
| Yelovich | Felix | | Physician Assistant | 1114090982 | 37-1704041 | PO Box 417651 | Boston | MA | 02241-7651 | Hospital Medicine Group | 2411 W. Belvedere Avenue | | Baltimore | MD | 21215 | 11333275 |
| Aja | Taijwartile | | Physician Assistant | 1245376207 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 14042575 |
| Barratt | Parker | | Physician Assistant | 1669640476 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 14042575 |
| Hill | Steven | | Physician Assistant | 1861799690 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 12446630 |
| Hutton | Evan | J | Physician Assistant | 1518360262 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 12763802 |
| Jackson III | Alfred | B | Physician Assistant | 1417078906 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 12345740 |
| Levine | Naomi | L | Physician Assistant | 1710033030 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 11315848 |
| Nedyalkov | Torro | M | Physician Assistant | 1609178953 | | | | | | 1st Surgical Assist | 7501 Osler Drive | | Towson | MD | 21204 | 12453718 |
| Peshku | Romeo | | Physician Assistant | 1356641063 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 12357966 |
| Shelling | Suzanne | I | Physician Assistant | 1407805539 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 12286717 |
| Steiner | Allison | | Physician Assistant | | | | | | | 1st Surgical Assist | 301 Hospital Drive | | Glen Burnie | MD | 21061 | 14143662 |
| Teide | Esayas | | Physician Assistant | 1770875122 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 12830316 |
| Yonpwitr | Victoria | Ann | Physician Assistant | 1699705440 | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | 14055663 |
| Sapra | Eshanjit | | Physician Assistant | | | | | | | 1st Surgical Assist | 7601 Osler Drive | | Towson | MD | 21204 | |
| Keats | John | | Obstetrics and Gynecology | 1538197876 | | 521874111 | P.O. Box 419244 | Boston | MA | 02241-9244 | 1st Surgical Assist | 7901 Osler Drive | | Towson | MD | 21204 | 12300781 |
| Dulin | Jennie | | Physician Assistant | | | | | | | 1st Surgical Assist | 301 Hospital Drive | | Glen Burnie | MD | 21061 | 12420448 |
| Bonner | Charles | | Physician Assistant | | | | | | | 1st Surgical Assist | 500 Upper Chesapeake Drive | | Bel Air | MD | 21014 | 11162140 |

| Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send it to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Mt Washington Pediatric Hosptial Inc

**2** Business name/disregarded entity name, if different from above

dba Mt Washington Physicians Group

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)

1708 W Rogers Avenue

**6** City, state, and ZIP code

Baltimore, MD 21209

Requester's name and address (optional)

**7** List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

[ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

or

Employer identification number

| 5 | 2 | | 0 | 5 | 9 | 1 | 4 | 8 | 3 |

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign Here | Signature of U.S. person ▶  Mary O. Miller | Date ▶  9/3/15 |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

| Mt. Washington Physician Group TIN 52-0591483 NPI 1578624003 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Last | First | MI | Degree | Provider NPI | MD Medicaid Provider # | MD Medical License # | CDS License | DEA License | DEA License Exp. Date | Provider Type | Primary Specialty |
| Abramowitz | Andrew | J | MD | 1063430098 | 808800400 | D58901 | M51296 | BA5467065 | 6/30/2018 | Specialist | Orthopedic Surgery |
| Akintade | Ajoke | A | MD | 1568400125 | 764081100 | D41411 | M31769 | BA2719649 | 6/30/2018 | Specialist | Neurodevelopental Disabilities |
| Alter | Katharine | E | MD | 1245326818 | 550301901 | D54221 | M47606 | BA6384945 | 6/30/2020 | Specialist | Pediatric Physical Medicine & Rehabilitation |
| Anadu | Juliet | I | MD | 1750358370 | 410444700 | D39342 | M48693 | BA6767238 | 6/30/2018 | Hospitalist | Pediatrics |
| Ancona | Robert | J | MD | 1346342680 | 773251100 | D23664 | M12509 | AA8766187 | 6/30/2018 | Hospital-Based | Pediatrics |
| Aparece | Tikee | C | MD | 1851430938 | 160402300 | D53081 | M61045 | BA9677545 | 6/30/2018 | Hospitalist | Pediatrics |
| Arcara | Kristin | M | MD | 1689523189 | 068485601 | D69533 | M74430 | FA3062952 | 6/30/2020 | Specialist | Pediatric. Endocrinology |
| Aybar | Ahmet | n/a | MD | 1831144849 | 692310100 | D48164 | M41623 | BA4876863 | 6/30/2020 | Hospital-Based | Pediatrics |
| Bagdure | Dayanand | N | MBBS | 1508030321 | 335209900 | D72899 | M75109 | FB3546403 | 7/31/2018 | Hospital-Based | Pediatric Critical Care |
| Band | Steven | E | PhD | 1598834020 | Billed under facility side only | 02879 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Banks | Benita | F | MD | 1801867593 | 180003500 | D53750 | M46182 | BB6178049 | 7/31/2019 | Hospital-Based | Diagnostic Radiology |
| Beeman | June | L | CRNP | 1295807303 | 148303000 | R072282 | N54224 | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner - Pediatrics |
| Belal | Tarek | A | MBBCh | 1730581810 | 122226100 | D83262 | M92205 | FB6778926 | 7/31/2020 | Hospitalist | Pediatrics |
| Belen | Ozlem | A | MD | 1972838674 | 176200100 | D52296 | M43801 | BB5654668 | 7/31/2018 | Hospitalist | Pediatrics |
| Bergey | Gregory | K | MD | 1740246123 | 315991400 | D25994 | M15167 | AB1151365 | 7/31/2020 | Hospital-Based | Neurology |
| Billings | Timothy | n/a | PhD | 1245614593 | Billed under facility side only | 05489 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Birdsong | Margaret | T | CRNP | 1881650562 | 403693000 | R102551 | N55868 | BB8715128 | 7/31/2018 | Hospitalist | Nurse Practitioner - Pediatrics |
| Blaisdell | Carol | J | MD | 1760437545 | 302691400 | D42710 | M38528 | FB4158209 | 7/31/2019 | Specialist | Pediatric. Pulmonology |
| Blanchard | Samra | S | MD | 1053423574 | 411191500 | D65099 | M62576 | BB7068249 | 7/31/2018 | Specialist | Pediatric Gastroenterology |
| Bor | Casey | n/a | CRNP | 1720487499 | 745103200 | R193065 | N82908 | MN3264152 | 10/31/2020 | Hospitalist | Nurse Practitioner - Pediatrics |
| Bulatovic | Annemaria | n/a | MD | 1841226396 | 650441800 | D44517 | M36717 | BB2144967 | 7/31/2019 | Hospitalist | Pediatrics |
| Burgunder | Tamara | L | MD | 1700942661 | 402458300 | D60119 | M53739 | BB8331302 | 7/31/2018 | Hospitalist | Pediatrics |
| Callwood | Kim | M | MD | 1275505356 | 055200300 | D38897 | M29999 | BC4876706 | 8/31/2020 | Hospital-Based | Diagnostic Radiology |
| Cathion | Twyla | D | CRNP | 1760407662 | 062702000 | R110132 | N50831 | MC0732859 | 8/31/2019 | Hospital-Based | Nurse Practitioner - Pediatrics |
| Chaves | Alicia | H | MD | 1871778456 | 550403100 | D72541 | M73691 | FC2024305 | 8/31/2019 | Hospital-Based | Pediatric Cardiology |
| Chen | Joseph | J | MD | 1124152574 | 033536300 | D67251 | M69158 | FC1877654 | 8/31/2018 | Hospital-Based | Radiology |
| Cleary | Joseph | E | PsyD | 1821402785 | Billed under facility side only | 05313 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Neuropsychology |
| Cohen | Bernard | A | MD | 1962454876 | 765891500 | D26518 | M35436 | AC2756445 | 8/31/2020 | Hospital-Based | Pediatric Dermatology |
| Collaco | Joseph | M | MD | 1922144138 | 402376500 | D60076 | M53417 | BC8326793 | 8/31/2018 | Specialist | Pediatric Pulmonology |
| Collins | Megan | E | MD | 1295879890 | 079550000 | D77175 | M82504 | FC4847375 | 8/31/2020 | Hospital-Based | Opthalmology |
| Cooke | David | W | MD | 1083653612 | 168081100 | D40669 | M32974 | BC2540020 | 8/31/2020 | Specialist | Pediatrics Endocrinology |
| Cootauco | Michele | H | CRNP | 1457423584 | 574001100 | R103929 | N60246 | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner - Pediatrics |
| Coscia | Faye | n/a | CRNP | 1942363734 | 414286900 | R152835 | N63972 | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner - Pediatrics |
| Coulson | John | D | MD | 1558382077 | 119761401 | D68082 | M66958 | BC0151972 | 8/31/2018 | Specialist | Pediatric Cardiology |
| Dankner | Stuart | R | MD | 1629010822 | 187181100 | D20711 | M21822 | BD1229930 | 6/30/2020 | Hospital-Based | Opthalmology |
| Degefu | Hirut | F | MD | 1518052034 | 402905400 | D60397 | M54797 | BD8464050 | 6/30/2018 | Hospitalist | Pediatrics |

| Mt. Washington Physician Group TIN 52-0591483 NPI 1578624003 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Darrickson | Kimberly | B | PhD | 1467522540 | 199701700 | 03246 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Federspiel | Mary | C | CRNP | 1225371388 | 984040100 | R218106 | N87415 | | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner -Pediatrics |
| Fiergang | Dean | L | MD | 1346276243 | 543223500 | D50510 | M41304 | BF4876984 | | 9/30/2020 | Hospital-Based | Opthalmology |
| Garcia | Alejandro | V | MD | 1750548426 | 115124000 | D82110 | M89230 | FG6282898 | | 9/30/2019 | Specialist | Pediatric Surgery |
| Garfinkle | Jill | H | PsyD | 1932468667 | Billed under facility side only | 05624 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Gatzke | Jill | E | PsyD | 1912246026 | Billed under facility side only | 05138 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Gelfand | Kenneth | M | PhD | 1780754887 | Billed under facility side only | 03969 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Gersh | Eliot | S | MD | 1992800379 | 191751001 | D22278 | M43806 | BG2552253 | | 9/30/2020 | Specialist | Neurodevelopmental Disabilities |
| Getzoff | Elizabeth | A | PhD | 1578698478 | Billed under facility side only-856404300 | 04410 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Giadom | Barinada | K | MD | 1386681708 | 299207800 | D57034 | M52250 | BG7346706 | | 9/30/2019 | Hospitalist | Pediatrics |
| Girard | Antonia | J | PsyD | 1104199595 | Billed under facility side only | 05465 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Gold | Robinson | n/a | PsyD | 1356899660 | Billed under facility side only | 05730 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Greyson-Fleg | Rosemarie | T | MD | 1538355789 | 372391700 | D29761 | M19498 | AG2331976 | | 9/30/2018 | Hospital-Based | Diagnostic Radiology |
| Harris | Bradford | D | MD | 1245320989 | 801211301 | D74929 | M78689 | FH3891430 | | 10/31/2018 | PCP | Pediatrics |
| Hawkins | Lorena | H | MD | 1801982319 | 393300800 | D35447 | M46404 | BB1093210 | | 10/31/2020 | Hospitalist | Pediatrics |
| Heath | Jonathon | E | MD | 1336308162 | 055395600 | D74171 | n/a-not required for this specialty | n/a-not required for this specialty | | n/a | Hospital-Based | Cytopathology, Anatomical & Clinical Pathology |
| Hillman | Bernadette | A | MD | 1639212350 | 115841400 | D65945 | M62783 | FC0271267 | | 10/31/2019 | Hospitalist | Neonatal/Perinatal Medicine |
| Hyche | James | K | PhD | 1932179496 | Billed under facility side only | 04460 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Jacobstein | Julie | M | MD | 1144262262 | 407556100 | D62645 | M59960 | BJ7416616 | | 12/31/2018 | Specialist | Obstetric & Gynecology |
| Jassal | Mandeep | S | MD | 1194923458 | 059634500 | D64800 | M76156 | FJ1268158 | | 12/31/2017 | Specialist | Pediatric Pulmonology |
| Jelin | Eric | B | MD | 1124150677 | 097818300 | D79519 | M85899 | FJS360413 | | 12/31/2017 | Specialist | Pediatric Surgery |
| Johnston | Harper | B | PhD | 1669772455 | Billed under facility side only | 05285 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Kader | Howard | A | MD | 1821031451 | | D59335 | M54404 | BK3661130 | | 12/31/2019 | Specialist | Pediatric Gastroenterology |
| Kagan | Ellie | F | CRNP | 1528200912 | 417660000 | R164200 | N67211 | MK1948718 | | 12/31/2020 | Hospital-Based | Nurse Practitioner - Pediatrics |
| Kahn | Teri | A | MD | 1629217237 | 418155700 | D68236 | M67686 | BK0528983 | | 12/31/2018 | Specialist | Pediatric Dermatology |
| Kane | Kathleen | E | PsyD | 1265704027 | Billed under facility side only | 04821 | n/a | | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Katz | Richard | M | MD | 1578650354 | 219961100 | D46273 | M40606 | AK1076581 | | 12/31/2020 | Specialist | Pediatric Gastroenterology |
| Keane | Virginia | A | MD | 1104852128 | 468531800 | D32410 | M21645 | AK3211199 | | 12/31/2018 | PCP | Pediatrics |
| Kim | Jane | S | MD | 1992087373 | 337426200 | D75925 | M79037 | FK3973410 | | 12/31/2018 | Hospital-Based | Diagnostic Radiology |
| Kirby | William | C | MD | 1528021755 | 311641700 | D34047 | M32663 | BK1980716 | | 12/31/2018 | Hospital-Based | Pediatric Cardiology |

| Mt. Washington Physician Group TIN 52-0591483 NPI 1578624003 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Kossoff | Eric | H | MD | 1861439721 | 398604700 | D58765 | M52930 | BK7790341 | 12/31/2019 | Hospital-Based | Neurology with Special Qualification in Child Neurology |
| Kraus | Courtney | L | MD | 1316174394 | 082944700 | D77845 | M83252 | FK4086270 | 12/31/2018 | Hospital-Based | Opthalmology |
| Lazerow | Peggy | n/a | MD | 1063706752 | 114696300 | D81673 | M90101 | FL6587298 | 3/31/2020 | Hospital-Based | Pediatric Neurologist |
| Lee | Erica | A | PsyD | 1760726640 | Billed under facility side only | 05456 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| LeFevre | Stacey | R | PsyD | 1538470018 | 416780500 | 05212 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Logie | Sean | n/a | PhD | 1386028348 | Billed under facility side only | 05537 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Long | Dominique | N | MD | 1508913989 | 012195900 | D59951 | M62128 | BL9922899 | 3/31/2018 | Specialist | Pediatric Endocrinology |
| Maletsky | Allison | B | PsyD | 1346654720 | Billed under facility side only | 05390 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Malouf | Alan | R | MD | 1275525859 | 538781700 | D34462 | M25988 | BM0770758 | 1/31/2019 | Hospital-Based | Opthalmology |
| Masters | Christel | A | CRNP | 1326366428 | 100096900 | R19349 | N87425 | MM3649689 | 1/31/2018 | Specialist | Nurse Practitioner - Pediatrics |
| Mathias | Kay | B | CRNP | 1437215381 | 509601400 | R081970 | N54230 | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner - Neonatal |
| McCollum | Eric | D | MD | 1265716005 | pending | D78331 | M85104 | FM5801318 | 1/31/2019 | Specialist | Pediatric Pulmonary |
| McGrath-Morrow | Sharon | A | MD | 1093764136 | 183981100 | D39171 | M35026 | BM3227130 | 1/31/2019 | Specialist | Pediatric Pulmonology |
| Mciltrot | Kimberly | H | CRNP | 1922057066 | 403695600 | R115446 | N46776 | NP prescribes under Facility DEA | n/a | Hospitalist | Nurse Practitioner - Pediatrics |
| Melendres | Maria | C | MD | 1881888592 | 413187800 | D64952 | M63435 | FM0382743 | 1/31/2019 | Specialist | Pediatric Pulmonology |
| Mignone | Malynn | n/a | PsyD | 1063779387 | Billed under facility side only | 05484 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Miller | Ryan | S | MD | 1932262037 | 409136100 | D63306 | M58487 | BM9463352 | 1/31/2020 | Specialist | Pediatric Endocrinology |
| Mogayzel | Peter | J | MD | 1073563276 | 151721000 | D45651 | M38598 | BM2385361 | 1/31/2020 | Specialist | Pediatric Pulmonology |
| Moise | Sahar | D | PsyD | 1891218947 | Billed under facility side | 05839 | n/a | n/a | n/a | Hospital-Based | Psychology |
| Molzon | Elizabeth | S | PhD | 1245607597 | Billed under facility side only | 05850 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Monk | Elizabeth | S | PsyD | 1710384011 | Billed under facility side only | 05486 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Moore | Barbara | A | CRNP | 1497815484 | 774903100 | R098102 | N54232 | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner - Pediatrics |
| Moore | James | T | MD | 1053335786 | 405966200 | D61840 | M58458 | BM7408885 | 1/31/2019 | Hospital-Based | Pediatric Surgery |
| Murphy | Jillian | K | PhD | 1619487329 | Billed under facility side | 05811 | n/a | n/a | n/a | Hospital-Based | Psychology |
| Mychailyszyn | Matthew | P | PhD | 1699114983 | Billed under facility side only | 05029 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Naughton | Kathleen | M | CRNP | 1477699023 | 116300100 | R067228 | N47735 | MN2199621 | 10/31/2019 | Hospitalist | Nurse Practitioner - Pediatrics |
| Nichols | Stephen | A | MD | 1184780009 | 012700100 | D56863 | M51212 | BN5145277 | 10/31/2020 | Specialist | Pediatric Rehabilitation Medicine |
| Nies | Melanie | n/a | MD | 1679776041 | 068436800 | D76036 | M79597 | FN5019193 | 10/31/2020 | Specialist | Pediatric Cardiology |
| Nikita | Maria Eleni | n/a | MD | 1477783157 | 841201300 | D80030 | M86313 | FN5465845 | 10/31/2018 | Specialist | Pediatric Endocrinology |
| Paranjape | Shruti | M | MD | 1063487593 | 409943500 | D63983 | M60439 | BP5554438 | 3/31/2018 | Specialist | Pediatric Pulmonology |
| Raines | Danielle | M | PsyD | 1669894200 | Billed under facility side only | 05267 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Rasbach | Lisa | E | CRNP | 1770697559 | 100875700 | R208536 | N85267 | MR3542265 | 4/30/2018 | Specialist | Nurse Practitioner - Pediatrics |

| Mt. Washington Physician Group TIN 52-0591483 NPI 1578624003 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rawal | Nidhi | A | MD | 1316156961 | 418199900 | D69135 | M68377 | FR4817295 | 4/30/2020 | Specialist | Pediatric Gastroenterology |
| Redett | Richard | J | MD | 1992748388 | 402194100 | D52224 | M43837 | BR8363260 | 4/30/2018 | Hospital-Based | Pediatric Plastic & Burn Surgery |
| Repka | Michael | X | MD | 1689617524 | 373471400 | D29320 | M18841 | AR9499814 | 4/30/2018 | Hospital-Based | Opthalmology |
| Rhee | Daniel | S | MD | 1669697041 | 116279900 | D82167 | M89692 | FR6182783 | 4/30/2019 | Specialist | Pediatric Surgery |
| Rice | Jessica | L | DO | 1356579403 | 093972200 | H75669 | O78193 | FR3935927 | 4/30/2018 | Specialist | Pediatrics |
| Robinson | Shenandoah | | MD | 1134145006 | 110435700 | D80855 | M86126 | BR6334700 | 4/30/2020 | Specialist | Pediatric Neurological Surgery |
| Rogers | Vicky | S | CRNP | 1336495803 | 514140100 | R180912 | N78018 | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner - Pediatrics |
| Rosenstock | Julia | K | MD | 1013176361 | 417779700 | D69308 | M68843 | FR1313511 | 4/30/2018 | Hospitalist | Pediatrics |
| Rosenthal | Geoffrey | L | MD | 1306939608 | 412324701 | D69103 | M67679 | BR5865083 | 4/30/2019 | Hospital-Based | Pediatric Cardiology |
| Roth | Jennifer | M | CRNP | 1679977185 | 584095300 | R150450 | N84057 | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner - Pediatrics |
| Sadreameli | Sara | C | MD | 1407016264 | 80800800 | D72851 | M77588 | FS3474107 | 2/28/2018 | Specialist | Pediatric Pulmonology |
| Satpute | Monique | D | MD | 1053510941 | 028020800 | D696865 | M70761 | FS1805514 | 2/28/2019 | Hospitalist | Neonatal/Perinatal Medicine |
| Scheimann | Ann | O | MD | 1548285547 | 133700900 | D56149 | M49286 | BS4924723 | 2/29/2020 | Specialist | Pediatric Gastroenterology |
| Schwengel | Deborah | A | MD | 1215952643 | 069581500 | D39696 | M31440 | BS2325050 | 2/29/2020 | Hospital-Based | Pediatric Critical Care |
| Schwimmer | Bradley | A | PsyD | 1942603360 | 624102600 | 05462 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Sekar | Priya | n/a | MD | 1134336241 | 540042200 | D70699 | M72230 | FS1669956 | 2/28/2018 | Hospital-Based | Pediatric Cardiology |
| Senefeld | Shannon | M | PsyD | 1700124591 | Billed under facility side only | 05015 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Serra | Rachael | M | CRNP | 1891222683 | 122225200 | R197289 | N92389 | NP prescribes under Facility DEA | n/a | Hospital-Based | Nurse Practitioner- Family |
| Shafrir | Yuval | n/a | MD | 1649247321 | 356641201 | D47089 | M40768 | BS3012731 | 2/29/2019 | Hospital-Based | Neurology with Special Qualification in Child Neurology |
| Shubin | Charles | I | MD | 1720017213 | 712691300 | D04584 | M07286 | AC1528679 | 2/29/2020 | Hospital-Based | Pediatrics |
| Sidhaye | Aniket | R | MD | 1508075831 | 014228000 | D62623 | M62885 | FS0283515 | 2/29/2019 | Specialist | Endocrinology, Diabetes & Metabolism |
| Sidhu | Gurmeet | S | MD | 1821088204 | 484011900 | D31683 | M22576 | AS3048899 | 2/29/2019 | Hospital-Based | Radiology |
| Simon | Liliana | | MD | 1194708313 | 013906800 | D65967 | M63125 | BS8383868 | 2/28/2018 | Hospital- Based | Pediatric Critical Care Medicine |
| Son | Jennifer | K | MD | 1750577078 | 214165500 | D83572 | M94117 | FS3692349 | 2/28/2019 | Hospital-Based | Diagnostic Radiology |
| Spevak | Philip | J | MD | 1144250929 | 184751100 | D47923 | M42952 | BS5148843 | 2/28/2018 | Hospital-Based | Pediatric Cardiology |
| Sponseller | Paul | D | MD | 1518994037 | 405441500 | D33880 | M25714 | AS1347942 | 2/28/2018 | Specialist | Orthopedic Surgery |
| Sterni | Laura | M | MD | 1790715464 | 954400300 | D48062 | M44656 | BS5528697 | 2/28/2018 | Specialist | Pediatric Pulmonary |
| Stewart | Fray | Dylan | MD | 1134143498 | 061401700 | D53844 | M46662 | BS6064618 | 2/28/2019 | Specialist | Pediatric Surgery |
| Strauch | Eric | D | MD | 1598773830 | 351851500 | D42485 | M41782 | BS4966074 | 2/29/2020 | Hospital-Based | Pediatric Surgery |
| Swartz | Jo-Ann | n/a | CRNP | 1275683922 | 699127100 | R065992 | N71737 | NP prescribes under Facility DEA | n/a | Hospitalist | Nurse Practitioner - Pediatrics |
| Swee | Martha | T | MD | 1366548034 | 187741100 | D19679 | M10602 | BS0814093 | 2/28/2018 | Hospitalist | Pediatrics |
| Tareen | Bethany | N | PsyD | 1679021075 | Billed under facility side only | 05754 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Tauber | Danna | | MD, MPH | 1275577496 | 098068400 | D80267 | M87313 | BT7948865 | 11/30/2020 | Specialist | Pediatric Pulmonary |

| Mt. Washington Physician Group TIN 52-0591483 NPI 1578624003 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Terracciano | Stephanie | M | PsyD | 1063886455 | Billed under facility side only | 05654 | n/a | n/a | n/a | Hospital-Based | Psychology |
| Tunkel | David | E | MD | 1447203765 | 505611000 | D35923 | M28693 | BT1877616 | 11/30/2018 | Specialist | Otolaryngology |
| Valentine | Trevor | L | MD | 1619061280 | 459603000 | D54714 | M45665 | AV1509124 | 5/31/2019 | Hospital- Based | Developmental-Behavioral Pediatrics |
| Vanderwalde | Holly | M | PhD | 1366840696 | Billed under facility side only | 05500 | n/a | Psychologist doesn't prescribe | n/a | Hospital-Based | Psychology |
| Varghese | Ranjit | A | MBBS | 1861700288 | 058534300 | D74678 | M77390 | FV3472367 | 5/31/2018 | Specialist | Pediatric Orthopaedic Surgery |
| Verma | Kamana | n/a | MD | 1295871085 | 408913800 | D62281 | M59814 | BV9136082 | 5/31/2020 | Hospitalist | Pediatrics |
| Walker | Linda | K | MD | 1649200031 | pending | D36833 | M67203 | BW4940450 | 5/31/2020 | Hospitalist | Pediatric Critical Care |
| Williams | Silvia | O | MD | 1639297237 | 400752200 | D54416 | M47946 | BW6931201 | 5/31/2018 | Specialist | Psychiatry |
| Willing | Karen | L | MD | 1962547679 | 262601200 | D55242 | M46999 | BB6554112 | 5/31/2020 | Hospitalist | Pediatrics |
| Wilson | Reynolds | E | PhD | 1932588472 | Billed under facility side only | 05890 | n/a | n/a | n/a | Hospital-Based | Psychology |
| Woo | Hyung aka David | C | MD | 1821185372 | 419884100 | D71001 | M71952 | FW0343931 | 5/31/2019 | Hospital-Based | Neonatal/Perinatal Medicine |
| Zeiter | Donna | K | MD | 1902896350 | 841104200 | D81311 | M87170 | BZ4677285 | 5/31/2019 | Specialist | Pediatric Gastroenterology |

| Last Name | First Name | Title | Specialty | NPI # | Tax ID# | License | DEA | CDS | MA# | Group Name | 1st Practice Location Address | Suite | City | State | Zip | 2nd Practice Location Address | Suite | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Multispeciality Hospitalist group:Adult, Pediatrics, Behavioral Health** | | 52-1501734 | | | | | **Upper Chesapeake Medical Services, Inc. Grp NPI 1497801419** | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Abdulla | Abdulla | MD | Adult Hospitalist | 1891059507 | 52-1501734 | D0078543 | FA5348897 | M86015 | 162033700 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Akpabio | Augusta | CRNP | Adult Hospitalist | 1134679392 | 52-1501734 | MA206557 | M44153069 | N91746 | 424456700 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Amadi-Obi | Kechi | MD | Adult Hospitalist | 1104119317 | 52-1501734 | D0078159 | FA4753940 | M82996 | 541295500 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Anlin | Vinisha | MD | Adult Hospitalist | 1467692037 | 52-1501734 | D0084440 | FA7274119 | V96767 | pending | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Anong Jr | John | MD-PRN | Adult Hospitalist | 1417223744 | 52-1501734 | D0078973 | FA5167386 | M83179 | 651405700 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Appleby | Tonya | CRNP | Adult Hospitalist | 1699605222 | 52-1501734 | R120938 | MA0748389 | N49543 | 411870701 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Bahl | Manisha | MD | Adult Hospitalist | 1972571792 | 52-1501734 | D0058913 | B8798828 | M53790 | 209927700 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Barrick-Jones | Katie | CRNP | Adult Hospitalist | 1932415627 | 52-1501734 | R179216 | M82560797 | N72474 | 36034100 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Berndt | Alison | CRNP | Adult Hospitalist | 1568634588 | 52-1501734 | R180290 | MB3734767 | N88909 | 300067200 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Bhatti | Hafsa | MD | Adult Hospitalist | 1679704159 | 52-1501734 | D0074141 | FB3284382 | M76352 | 421506100 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Britt | Jennifer | CRNP | Adult Hospitalist | 1174068381 | 52-1501734 | AC001945 | MB4176170 | N89727 | 309927000 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Brown | Kaylee | CRNP | Adult Hospitalist | 1346781456 | 52-1501734 | R192663 | MB4137471 | N921916 | 632513600 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Buaiahi | Krishna | MD | Adult Hospitalist, PT | 1831402932 | 52-1501734 | D0075693 | FB420888 | M81091 | 566408900 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Calcul | Jean | CRNP | Adult Hospitalist | 1891077065 | 52-1501734 | R161319 | MC2477586 | N75191 | 124769700 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Cason | Geneva | CRNP | Adult Hospitalist | 1063787422 | 52-1501734 | AC001946 | MC4212469 | N89953 | 120636400 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| De | Kalpana | MD | Adult Hospitalist | 1942203211 | 52-1501734 | D0059249 | BD9269348 | M54766 | 401950400 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Desai | Apurva | MD | Adult Hospitalist | 1346395346 | 52-1501734 | D0063072 | BD9308190 | M57693 | 419768000 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| DiPietro | Sarah | PA | Adult Hospitalist | 1750683280 | 52-1501734 | C0004383 | MD2310477 | PA71051 | 328003900 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Donithan | Barbara | CRNP | Adult Hospitalist | 1346609161 | 52-1501734 | R181215 | MD382920 | N96334 | 998003200 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Evans | Shawn | MD | Adult Hospitalist | 1376588872 | 52-1501734 | D0063653 | BE9506429 | N59171 | 412325600 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Francis-Lau | Tara | CRNP | Adult Hospitalist | 1699168294 | 52-1501734 | R169080 | MF3518505 | N83667 | 847003100 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Gao | Qinglin | MD | Adult Hospitalist | 1053381780 | 52-1501734 | D0059855 | BG8299085 | M53689 | 401938500 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Grewal | Reetika | MD | Adult Hospitalist | 1487816225 | 52-1501734 | D0082130 | FG2272879 | M89505 | 215074100 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Gurung Haroana | Dhiraj | MD | Adult Hospitalist | 1033529433 | 52-1501734 | D0078637 | FG4759532 | M82660 | 423045100 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Adamou | Zelika | CRNP | Adult Hospitalist | 1629438403 | 52-1501734 | AC000224 | MH3821837 | N93227 | 124310100 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Hilferding | Larry | CRNP | Adult Hospitalist | 1366823737 | 52-1501734 | R143187 | MH1704091 | N65347 | 417325500 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Hinkle-Johnston | Lindsay | DO | Adult Hospitalist | 1346503936 | 52-1501734 | H0062417 | FH6562248 | D90795 | 303606500 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |
| Huq | Nasrin | MD | Adult Hospitalist | 1659537876 | 52-1501734 | D0068014 | FH1042930 | M66746 | 41615300 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave. | | Havre de Grace | MD | 21078 |
| Jokhadar | Muhammad | MD | Adult Hospitalist | 1699724658 | 52-1501734 | D0050768 | BJ8479378 | M56097 | 404641200 | Upper Chesapeake Medical Services, Inc Dr. | 500 Upper Chesapeake | | Bel Air | MD | 21014 | 501 S Union Ave | | Havre de Grace | MD | 21078 |

# Upper Chesapeake Medical Groups (Multiple TINs)

| Last Name | First Name | Title | Specialty | NPI # | Tax ID# | License | DEA | CDS | MA# | Group Name | 1st Practice Location Address | Suite | City | State | Zip | 2nd Practice Location Address | Suite | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kanbour | Muhannad | MD | Adult Hospitalist | 1053371575 | 52-1501734 | D0073048 | BK9045786 | M75385 | 48314100 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Kennerly | Robert | MD | Adult Hospitalist | 1588051326 | 52-1501734 | D0077432 | FK4581054 | M81248 | 42283:600 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Kohl | Carole | CRNP | Adult Hospitalist | 1770543357 | 52-1501734 | R116637 | MK0989290 | M56900 | 699627200 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Komitsky | Arthur | DO | Adult Hospitalist | 1679918387 | 52-1501734 | H0081803 | FK6148957 | O88364 | 187635300 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Krieger | John | PA | Adult Hospitalist | 1671653925 | 52-1501734 | C0001510 | MK1577076 | PA50388 | 097127800 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Kropkowski | Jennifer | PA-C | Adult Hospitalist | 1396298535 | 52-1501734 | C0006317 | VBK138841 | PA61876 | 528905900 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Lewis | Laura | CRNP | Adult Hospitalist | 1780773881 | 52-1501734 | R158173 | MG2445408 | N74001 | 123127800 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Limbu | Sher | MD | Adult Hospitalist | 1982853974 | 52-1501734 | D0091641 | FL2636356 | M87952 | 255901700 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Mbah | Lylane | CRNP | Adult Hospitalist | 1619349966 | 52-1501734 | R190125 | MM3799298 | N89473 | 365507500 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Malik | Malik | MD | Adult Hospitalist | 1215348990 | 52-1501734 | D008?834 | FM6106990 | M88454 | 333939400 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Marriott | Matt | PA | Adult Hospitalist | 1538104393 | 52-1501734 | C0001999 | MM1570296 | PA62011 | Pending | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Mathew | Ann | PA | Adult Hospitalist | 1699821819 | 52-1501734 | C0005868 | MJ1766546 | PA57875 | 654701000 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| McCloskey | Chelsea | PA | Adult Hospitalist | 1656728295 | 52-1501734 | C0006051 | MM3846067 | PA86590 | 119480100 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| McGill | Kathy | DO | Adult Hospitalist | 1740334010 | 52-1501734 | H0080489 | FH3890438 | O88181 | 860007400 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Mehta | Ricki | MD | Adult Hospitalist | 1275892044 | 52-1501734 | D0079125 | FM389043 | N90803 | 941008200 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Nazrell | Aimen | CRNP | Adult Hospitalist | 1043621643 | 52-1501734 | R189506 | MN3258793 | N82224 | 512074800 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Njapau | Chisola | CRNP | Adult Hospitalist | 1356269775 | 52-1501734 | R204480 | MN4440842 | N53371 | pending | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Nelson-Pollock | Suzette | CRNP | Adult Hospitalist | 1942740287 | 52-1501734 | R225971 | MN4289143 | N91137 | 853312100 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Nowakowski | Andrew | MD | Adult Hospitalist | 1609856026 | 52-1501734 | D006096 | AN1549786 | M14738 | 59901200 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Qo | Maw | ND | Adult Hospitalist | 1841260569 | 52-1501734 | D0062239 | BO9076482 | M59298 | 3039200 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Patel | Zarana | MD | Adult Hospitalist | 1245598738 | 52-1501734 | D0079505 | FP5421045 | M86179 | 874022400 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Phelps | Susan | CRNP | Adult Hospitalist | 1649519539 | 52-1501734 | R147312 | MP2882570 | N77727 | 324803500 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Poudel | Dill | MD | Adult Hospitalist | 1568754786 | 52-1501734 | D0079010 | FP2568020 | M83403 | 954106300 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Price | Justin | MD | Adult Hospitalist | 1891908786 | 52-1501734 | D0069021 | FP1368304 | M67677 | 417442900 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Robinson | Ivory | CRNP | Adult Hospitalist | 1124499645 | 52-1501734 | R217752 | MR3786893 | N85646 | 424324200 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Sharma | Anushruti | MD | Adult Hospitalist | 1700032109 | 52-1501734 | D0078946 | FS2683440 | M84951 | 457404200 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Sharma | Kapil | MD | Adult Hospitalist | 1609043199 | 52-1501734 | D0078929 | FS2331142 | M84553 | 517406600 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Thapa | Ujwal | MD | Adult Hospitalist | 1902036965 | 52-1501734 | D0082783 | FT1490781 | M90633 | 585505000 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Theriault | Amy | CRNP | Adult Hospitalist | 1295107977 | 52-1501734 | R165542 | MT3721316 | N88681 | 358000700 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Uthman | Bashrat | CRNP | Adult Hospitalist | 1631623310 | 52-1501734 | R161329 | MU4433668 | N95207 | 124549000 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Wholey | David | MD | Adult Hospitalist | 1558682583 | 52-1501734 | D0079224 | FW3863310 | M84405 | 251020100 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |

Upper Chesapeake Medical Groups (Multiple TINs)

| Last Name | First Name | Title | Specialty | NPI # | Tax ID# | License | DEA | CDS | MAil | Group Name | 1st Practice Location Address | Suite | City | State | Zip | 2nd Practice Location Address | Suite | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edwards-Booker | Taru | DO | Adult Hospitalist, PRN | 1932467370 | 52-1501734 | H0079527 | FE5385009 | O85661 | 851015900 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Sistani | Simin | MD | Adult Hospitalist, PRN | 1396795192 | 52-1501734 | D0064104 | BS9699642 | M81157 | 8906400 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave. | | Havre de Grace | MC | 21078 |
| Donelson | Evonna | MD | Adult Hospitalist PT | 1134255589 | 52-1501734 | D0064015 | BF5741972 | M60672 | 458803700 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave. | | Havre de Grace | MD | 21078 |
| Ogle | Nicole | PA | Adult Hospitalist, PRN | 1215208426 | 52-1501734 | C0004658 | M82611677 | PA75238 | 124320900 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Miklyanskaya | Irina | MD | Adult Hospitalist, PRN | 1265578454 | 52-1501734 | D0063042 | BM9220968 | M57493 | 405107200 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Santhanam | Prasanna | MD | Adult Hospitalist, PRN | 1083828685 | 52-1501734 | D0060953 | FS3946653 | M89052 | 201705900 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Ellinger-Tilldon | Kim | PA | Adult Hospitalist, PRN | 1548228040 | 52-1501734 | C0001160 | ME3009708 | PA50360 | 97180400 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave. | | Havre de Grace | MD | 21078 |
| Mazzone | Jessica | CRNP | Adult Hospitalist, PRN | 1518203538 | 52-1501734 | AC001100 | MM2832790 | N76997 | 214154000 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Ferguson-Welgman | Laura | CRNP | Adult Hospitalist, PT | 1305244769 | 52-1501734 | R099366 | MF3416991 | N82237 | 651006600 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| West | Katharine | MD | Adult Hospitalist, PT | 1811903768 | 52-1501734 | C0005495 | MW2622076 | PA84934 | 124319500 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Wilson | Tracey | CRNP | Adult Hospitalist, PT | 1487828885 | 52-1501734 | R115382 | MW1453997 | N62144 | 418033600 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Botwe | Theophilus | MD | Adult Hospitalist-Indep Locums | 1912032996 | 52-1501734 | D0058294 | FB1325718 | M73158 | 28949300 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Hanifan | Abdolreza | MD | Adult Hospitalist, PRN | 1497708747 | 52-1501734 | D0063014 | BH7479163 | M57569 | 407756300 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave. | | Havre de Grace | MD | 21078 |
| Jeffreys | Ronald | MD | Adult Hospitalist, PRN | 1750347282 | 52-1501734 | H0052365 | BJ5485057 | O43253 | 805701000 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Johnson-Futreli | Suzette | MD | Adult Hospitalist, PRN | 1871730739 | 52-1501734 | H0071825 | FJ2310447 | O71923 | 442328900 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Pula | Narayana | MD | Adult Hospitalist, PRN | 1801003488 | 52-1501734 | D0065733 | FP0235906 | M62463 | 222005400 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Sadegh Nejad | Alireza | MD | Adult Hospitalist, PRN | 1548571607 | 52-1501734 | D0075718 | FS4174001 | M80585 | 494310400 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave. | | Havre de Grace | MC | 21078 |
| Gischel | Justin | CRNP | Palliative care | 1780339032 | 52-1501734 | R166964 | MG5387330 | N87512 | 499706300 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave. | | Havre de Grace | MD | 21078 |
| Poppe-Ries | Angela | MD | Palliative Care | 1346458197 | 52-1501734 | D0065827 | FP0303242 | M52953 | 413341200 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave. | | Havre de Grace | MC | 21078 |
| Ramos Kanagie-McAleese | Carolyn Marie | CRNP MD | Palliative Care Ped Hospitalist | 1770756990 1689734188 | 52-1501734 62-1501734 | R129307 D0064624 | M40713594 BK9939107 | N49179 M61872 | 527004500 12694200 | Upper Chesapeake Medical Services, Inc Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. 500 Upper Chesapeake Dr. | | Bel Air Bel Air | MD MD | 21014 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Li | Ting | MD | Ped Hospitalist | 1730337452 | 52-1501734 | D0070075 | FL2090821 | M70594 | 365110000 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Okparaocha | Ugo | MD | Ped Hospitalist | 1346261294 | 52-1501734 | D0064420 | BO9663243 | M79014 | 335147500 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Prindle | Brenda | MD | Ped Hospitalist | 1861634380 | 52-1501734 | D0061889 | FP6212081 | M98912 | 254409100 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Yang | Christina | MD | Ped Hospitalist Ped Hospitalist, | 1689091597 | 52-1501734 | D0083455 | FY9879500 | M92537 | 424538500 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Corcoran | Andrew | MD | PRN | 1891837458 | 52-1501734 | D0073766 | FC4099586 | M79806 | 231009000 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |

| Last Name | First Name | Title | Specialty | NPI # | Tax ID# | License | DEA | CDS | MA# | Group Name | 1st Practice Location Address | Suite | City | State | Zip | 2nd Practice Location Address | Suite | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Iqbal | Mohammed | MD | Ped Hospitalist, PRN | 1033155712 | 52-1501734 | D0044809 | BA3670800 | M35975 | 643561100 | Upper Chesapeake Medical Services, Inc | 500 Upper Chesapeake | | | | | Bel Air | MD | 21014 | | |
| Kumar | Madan | DO | Ped Hospitalist, PRN | 1659032516 | 52-1501734 | H0080904 | FK5796872 | D85722 | 988100000 | Upper Chesapeake Medical Services, Inc | Dr. | | | | | Bel Air | MD | 21014 | | |
| Ojira | Bimane | MD | Ped Hospitalist, PRN | 1417968363 | 52-1501734 | D0061166 | BO6127157 | M56461 | 404445600 | Upper Chesapeake Medical Services, Inc | Dr. | | | | | Bel Air | MD | 21014 | | |
| Abdul-Rahman | Safiyyah | MD | Psychiatry | 1669691416 | 52-1501734 | D0066016 | FA0276229 | M62895 | 1395*300 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | Havre de Grace | MD | 21078 | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 |
| Baddela | Lakshmi | MD | Psychiatry | 1477585941 | 52-1501734 | D0047873 | B34722721 | MAC241 | 212100000 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace Havre | MD | 21078 | 500 Upper Chesapeake Dr | | Bel Air | MC | 21014 |
| Carchedi | Lisa | MD | Psychiatry | 1360039059 | 52-1501734 | D0080268 | FC079573 | M65430 | 174007500 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace Havre | MD | 21078 | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 |
| Forka | Audrey | CRNP | Psychiatry | 1760097213 | 52-1501734 | R1219171 | MF3377875 | M87649 | 954056300 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace Havre | MD | 21078 | 530 Upper Chesapeake Dr | | Bel Air | MD | 21014 |
| Lewis | Richard | MD | Psychiatry | 1548208382 | 52-1501734 | D0074941 | BL7565047 | M78572 | 336915600 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace Havre | MD | 21078 | 530 Upper Chesapeake Dr | | Bel Air | MD | 21014 |
| Noll | Constance | CRNP | Psychiatry | 1013372705 | 52-1501734 | R053391 | MN3745176 | N98919 | 673000100 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace Havre | MD | 21078 | 500 Upper Chesapeake Dr. | | Bel Air | MC | 21014 |
| Phillips | Brandon | CRNP | Psychiatry | 1679973362 | 52-1501734 | R181864 | MP3343817 | N83540 | 423272100 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace Havre | MD | 21078 | 500 Upper Chesapeake Dr | | Bel Air | MC | 21014 |
| Stancliff | Julie | MD | Psychiatry, Psychiatry, | 1366656040 | 52-1501734 | H0057516 | BS5197593 | C45487 | 656200400 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace Havre | MD | 21078 | 500 Upper Chesapeake Dr | | Bel Air | MC | 21014 |
| Cotton | Aronica | MD | PRN Psychiatry, | 1902193907 | 52-1501734 | D0080293 | FC6325701 | M86924 | 96334800 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace Havre | MC | 21078 | 500 Upper Chesapeake Dr. | | Bel Air | MC | 21014 |
| Paine | Robert | DO | PRN | 1780974345 | 52-1501734 | H0077392 | FP5386330 | Q63251 | 96258500 | Upper Chesapeake Medical Services, Inc | 501 S. Union Ave. | | de Grace | MD | 21078 | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 |
| | | | **Critical care group** | | 01-0898697 | | | | | Upper Chesapeake Critical Care Associates, LLC GRP NPI 1538367545 | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Arsenault | William | PA | Critical Care | 1528090339 | 01-0898697 | C0003537 | MA1617399 | PA64043 | 114784500 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Ayers | Sylvia | NP | Critical Care | 1982669461 | 01-0898697 | R138812 | MA0949365 | N77268 | 487700400 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Balzer-Costin | Amanda | NP | Critical Care-PRN | 1740619469 | 01-0898697 | R166660 | MB3109506 | N79414 | 453505700 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Birnbaum | Jason | MD | Critical Care | 1992891899 | 01-0898697 | D0056296 | BB8896825 | M49634 | 411093500 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Doris | Caitlin | NP | Critical Care | 1477956555 | 01-0898697 | R178644 | MD3381857 | N54660 | 840006700 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Ellinger-Tilden | Kim | PA | Critical Care | 1548229040 | 01-0898697 | C0031150 | ME3009758 | PA52360 | 897180400 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 500 S. Union Ave | | Havre de Grace | MD | 21078 |
| Kharal | Sid Zubair | MD | Critical Care | 1801608784 | 01-0898697 | D0063420 | FK0640107 | M58505 | 409006700 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave. | | Havre de Grace | MC | 21078 |
| Korantang | Nathan | NP | Critical Care | 1982957024 | 01-0898697 | AC001872 | MK2745509 | N69348 | 720145200 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Puthawala | Khalid | MD | Critical Care | 1356397442 | 01-0898697 | D0069118 | BP9708574 | M67868 | 417678200 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Savage | Christina | CRNP | Critical Care | 1497073340 | 01-0898697 | R161277 | MS2227862 | N70564 | 419737200 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Shakoor | Hasan | MD | Critical Care | 1164614160 | 01-0898697 | D0074214 | FS0740806 | M76084 | 205704200 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Silberfarb | Joseph | PA | Critical Care | 1992765432 | 01-0898697 | C0002557 | MS1022728 | PA55316 | 097168500 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Soriano | Cynthia | MD | Critical Care | 1891828125 | 01-0898697 | D051347 | BS5905659 | M45570 | 778100600 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |
| Thair | Mary Beth | NP | Critical Care | 1386899045 | 01-0898697 | R158577 | MT1931597 | N66719 | 416513300 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr | | Bel Air | MC | 21014 | 501 S. Union Ave | | Havre de Grace | MC | 21078 |

| Last Name | First Name | Title | Specialty | NPI # | Tax ID# | License | DEA | CDS | MA# | Group Name | 1st Practice Location Address | Suite | City | State | Zip | 2nd Practice Location Address | Suite | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas | Michelle | MD | Critical Care | 1659370039 | 01-0898697 | D0041421 | FT3532555 | M32331 | 348211100 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Thompson | Jeffrey | MD | Critical Care | 1457457939 | 01-0898697 | D0053668 | BT4607771 | M45740 | 142525470 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Goring | Kimi | MD | Critical Care- PRN | 1205404883 | 01-0898697 | D0056571 | FG1456537 | M54596 | 400146001 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Krieger | John | PA | Critical Care- PRN | 1871553925 | 01-0898697 | C0001910 | MK1577076 | PA50368 | 097127800 | Upper Chesapeake Critical Care Associates LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Markandaya | Manjunath | MD | Critical Care- PRN | 1215101514 | 01-0898697 | D0072961 | FM2046868 | M75069 | 33311210C | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Sampson | John | MD | Critical Care- PRN | 1215968932 | 01-0898697 | ? | BS3696175 | M36300 | 369921900 | Upper Chesapeake Critical Care Associates, L.C. | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Wise | Stella | NP | Critical Care- PRN | 1578922233 | 01-0898697 | R185003 | MW3832044 | N86278 | 574017700 | Upper Chesapeake Critical Care Associates, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | 501 S. Union Ave | | Havre de Grace | MD | 21078 |
| Anwar | Masood | MD | Cardiology | 1942278064 | 26-3214001 | D0057929 | BA7584089 | M52093 | 405166100 | Upper Chesapeake Cardiology, LLC GRP NPI 1861544158 | 2027 Pulaski Highway | #206 | Havre de Grace | MD | 21078 | 520 Upper Chesapeake Dr. | #221 | Bel Air | MD | 21014 |
| Desai | Dipan | DO | Cardiology | 1508832692 | 26-3214001 | H0069649 | FD1774581 | O59477 | 418154900 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #201 Dr. | | Bel Air | MD | 21014 | 2027 Pulaski Highway | #206 | Havre de Grace | MD | 21078 |
| Dhruva | Vivek | DO | Cardiology | 1790839074 | 26-3214001 | H0065450 | FD2076281 | O51963 | 100812900 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #201 Dr. | | Bel Air | MD | 21014 | | | | | |
| Drossner | Michael | MD | Cardiology | 1942233393 | 26-3214001 | D003288 | AD3105847 | M21233 | 473941800 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #201 Dr. | | Bel Air | MD | 21014 | 27 S. Greene St. | SJC | Baltimore | MD | 21223 |
| Lang | Jay | DO | Cardiology | 1659374932 | 26-3214001 | H004463 | BL2401951 | O36515 | 242821100 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #201 Dr. | | Bel Air | MD | 21014 | 520 Upper Chesapeake Dr. | #201 | Bel Air | MD | 21014 |
| Leung | Lester | MD | Cardiology | 1851394126 | 26-3214001 | D0051209 | BL6389525 | M45873 | 132233600 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #201 Dr. | | Bel Air | MD | 21014 | | | | | |
| Maddula | Mtika | MD | Cardiology | 1225263197 | 26-3214001 | D0079575 | FM5385984 | M85631 | 874011900 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #201 Dr. | | Bel Air | MD | 21014 | 2027 Pulaski Highway | #206 | Havre de Grace | MD | 21078 |
| Milak | Nileen | MD | Cardiology | 1669466850 | 26-3214001 | D0056617 | BM5688075 | M48757 | 807503400 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #20' Dr. | | Bel Air | MD | 21014 | 520 Upper Chesapeake Dr. | #227 | Bel Air | MD | 21014 |
| Rubin | David | MD | Cardiology | 1598759326 | 26-3214001 | D0037517 | BR1680671 | M29608 | 059301000 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #201 Dr. | | Bel Air | MD | 21014 | | | | | |
| Wehl | Barry | MD | Cardiology | 1124012182 | 26-3214001 | D0022097 | AW8357116 | M13978 | 258931100 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #201 Dr. | | Bel Air | MD | 21014 | 520 Upper Chesapeake Dr. | #201 | Bel Air | MD | 21014 |
| Wojtyslak | Lynn | PA | Cardiology | 1992775670 | 26-3214001 | C0063328 | MP1476010 | PA62530 | pending | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #221 Dr. | | Bel Air | MD | 21014 | 2027 Pulaski Highway | #206 | Havre de Grace | MD | 21078 |
| Zeno | Joyce | MD | Cardiology | 1942278205 | 26-3214001 | D0040925 | BZ7740996 | M33342 | 313711200 | Upper Chesapeake Cardiology, LLC | 520 Upper Chesapeake #221 Dr. | | Bel Air | MD | 21014 | 520 Upper Chesapeake Dr. | #20' | Bel Air | MD | 21014 |
| Keramati | Ali | MD | Cardiology, PRN | 1285024834 | 26-3214001 | D0078593 | FK5279054 | M83583 | 124399500 | Upper Chesapeake Cardiology, LLC | 2027 Pulaski Highway | #206 | Havre de Grace | MD | 21078 | | | | | |
| Mathews | Lena | MD | Cardiology, PRN | 1669860722 | 26-3214001 | D0079703 | FM5384540 | M85281 | 12347900 | Upper Chesapeake Cardiology, LLC | 2027 Pulaski Highway | #206 | Havre de Grace | MD | 21078 | | | | | |
| Tampakakis | Emmanouil | MD | Cardiology, PRN | 1629237193 | 26-3214001 | D0075776 | FT4463472 | M90436 | 110385700 | Upper Chesapeake Cardiology, LLC | 2027 Pulaski Highway | #206 | Havre de Grace | MD | 21078 | | | | | |
| Amer | Mohammad | MD | Cardiology, PRN | 1972549814 | 26-3214001 | D0066689 | FA4575378 | M63678 | 15636500 | Upper Chesapeake Cardiology, LLC | 2027 Pulaski Highway | #205 | Havre de Grace | MD | 21078 | | | | | |
| Crivello | Debbie | CRNP | Endocrinology | 1780749044 | 01-0898699 | R060918 | MC0390120 | N46308 | 383847200 | Upper Chesapeake Endocrinology Associates, LLC GRP NPI: 1366638212 | 2027 Pulaski Hwy #207 | #207 | Havre de Grace | MD | 21078 | | | | | |
| Ducharme | Julie | MD | Endocrinology | 1033250048 | 01-0898699 | D0066046 | FD0307581 | M63173 | 413886400 | Upper Chesapeake Endocrinology Associates, LLC | 2027 Pulaski Hwy #207 | #207 | Havre de Grace | MD | 21078 | | | | | |
| Lebron | Andrew | CRNP | Endocrinology | 1043755952 | 01-0898699 | R191541 | ML4173352 | N89805 | pending | Upper Chesapeake Endocrinology Associates, LLC | 2027 Pulaski Hwy #207 | #207 | Havre de Grace | MD | 21078 | | | | | |
| Onebrakpeya | Okuformilayo | MD | Endocrinology | 1871522516 | 01-0898699 | D0070849 | BO7378575 | M71206 | 520094600 | Upper Chesapeake Endocrinology Associates, LLC | 510 Upper Chesapeake #510 Dr. | | Bel Air | MD | 21078 | | | | | |

| Last Name | First Name | Title | Specialty | NPI # | Tax ID# | License | DEA | CDS | MA# | Group Name | 1st Practice Location Address | Suite | City | State | Zip | 2nd Practice Location Address | Suite | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phillips | Rey | MD | Endocrinology | 1861699411 | 01-0898800 | D0022843 | AP8478073 | M11524 | 138801100 | Upper Chesapeake Endocrinology Associates, LLC | 510 Upper Chesapeake Dr | #510 | Bel Air | MD | 21078 | | | | | |
| Redmiles | Jacqueline | MS,RD,LDN,CD E | Endocrinology | 1083817621 | 01-0898699 | D02271 | n/a | n/s | 677000200 | Upper Chesapeake Endocrinology Associates, LLC | 2027 Pulaski Hwy #207 | #207 | Havre de Grace | MD | 21078 | | | | | |
| Abramowski | Michelle | CRNP | Hem/Onc | 1588954463 | 27-5156680 | R162357 | MA1838212 | N64979 | 413537700 | Upper Chesapeake Hematology & Oncology Services, LLC Group NPI: 1699067858 | 500 Upper Chesapeake Dr | | Bel Air | CRNP | 21014 | 2027 Pulaski Hwy | #101 | Havre de Grace | MD | 21078 |
| Bahrani | Ashkan | MD | Hem/Onc | 1144214727 | 27-5156680 | D0054841 | BB5110008 | M58402 | 001079100 | Upper Chesapeake Hematology & Oncology Services, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 9114 Philadelphia Rd. | #208 | Baltimore | MD | 21237 |
| Noban | Jessica | CRNP | Hem/Onc | 1710393392 | 27-5156680 | R195706 | MF3577218 | N55925 | 222007500 | Upper Chesapeake Hematology & Oncology Services, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 2027 Pulaski Hwy | #101 | Havre de Grace | MD | 21078 |
| McGonigal | Alison | CRNP | Hem/Onc | 1760711788 | 27-5156680 | R152908 | MM2081678 | N70497 | 965012100 | Upper Chesapeake Hematology & Oncology Services, LLC | 500 Upper Chesapeake Dr | | Bel Air | CRNP | 21014 | 2027 Pulaski Hwy | #101 | Havre de Grace | MD | 21078 |
| Min | Myo | MD | Hem/Onc | 1740274315 | 27-5156680 | D0045360 | BM3874167 | M37527 | 131421100 | Upper Chesapeake Hematology & Oncology Services, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 9114 Philadelphia Rd. | #208 | Baltimore | MD | 21237 |
| Nhatpurnin | Fhilip | MD | Hem/Onc | 1699721654 | 27-5156680 | D0058475 | BN7744267 | M52851 | 401416200 | Upper Chesapeake Hematology & Oncology Services, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 9114 Philadelphia Rd. | #208 | Baltimore | MD | 21237 |
| Parse | Venkata | MD | Hem/Onc | 1518166999 | 27-5156680 | D0066912 | FP6709329 | M64182 | 016825100 | Upper Chesapeake Hematology & Oncology Services, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 2027 Pulaski Hwy | #101 | Havre de Grace | MD | 21078 |
| Sivasailam | Sankaravadi vu | MD | Hem/Onc | 1710671387 | 27-5156680 | D0045530 | BS3998828 | M37843 | 145901500 | Upper Chesapeake Hematology & Oncology Services, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | 9114 Philadelphia Rd. | #208 | Baltimore | MD | 21237 |
| Rapp Jr | Robert | MD | Internal Medicine | 1720081003 | 35-2307206 | D0054766 | RR4379308 | M46311 | 282100100 | Upper Chesapeake Primary Care, LLC GRP NPI: 1083982793 | 2027 Pulaski Hwy | #203 | Havre de Grace | MD | 21078 | | | | | |
| Gardiner | Mary | CRNP | Internal Medicine | 1316306277 | 35-2307206 | R195862 | MG3827663 | N86338 | 870008100 | Upper Chesapeake Primary Care, LLC | 520 Upper Chesapeake Drive | #305 | Bel Air | MD | 21014 | 2027 Pulaski Hwy | #203 | Havre de Grace | MD | 21078 |
| Ishak | Robert | MD | Internal Medicine | 1295727790 | 35-2307206 | D0068235 | BI872256 | M66191 | 401689101 | Upper Chesapeake Primary Care, LLC | 520 Upper Chesapeake Drive | #309 | Bel Air | MD | 21014 | | | | | |
| Izdik | Shanon | CRNP | Internal Medicine | 1467445824 | 35-2307206 | R131535 | MR1139399 | N56822 | 406120300 | Upper Chesapeake Primary Care, LLC | 520 Upper Chesapeake Drive | #308 | Bel Air | MD | 21014 | | | | | |
| Kirsch | Marcy | CRNP | Family medicine | 1891215281 | 35-2307206 | R184829 | MK4558075 | N95727 | pending | Upper Chesapeake Primary Care, LLC | 2027 Pulaski Hwy | #203 | Havre de Grace | MD | 21078 | 520 Upper Chesapeake Drive | #308 | Bel Air | MD | 21014 |
| Lewis | Barbara | CRNP | Internal Medicine | 1881874915 | 35-2307206 | R123030 | ML1657468 | N84987 | 51190100 | Upper Chesapeake Primary Care, LLC | 520 Upper Chesapeake Drive | #308 | Bel Air | MD | 21014 | | | | | |
| Piercy | Nancy | CRNP | Internal Medicine | 1114019115 | 35-2307206 | R107561 | MP0200383 | N41087 | 449800300 | Upper Chesapeake Primary Care, LLC | 520 Upper Chesapeake Drive | #309 | Bel Air | MD | 21014 | | | | | |
| Barrueto Jr | Fermin | MD | Emergency Medicine | 1548248818 | 35-2307206 | D0057223 | BB7262227 | M52246 | 755602100 | Upper Chesapeake Primary Care, LLC | 520 Upper Chesapeake Drive (Comp. Care Cntr only at this location) | #312 | Bel Air | MD | 21014 | | | | | |
| O'Keefe | Suzanne | CRNP | Internal Medicine | 1740220210 | 35-2307206 | R122814 | MP0811996 | N52505 | 383602200 | Upper Chesapeake Primary Care, LLC | 520 Upper Chesapeake Drive (Comp. Care Cntr onlyat this location) | #312 | Bel Air | MD | 21014 | | | | | |
| Haynes | Dianne | MD | OB/GYN | 1619954146 | 27-3388855 | D082122 | BH8674942 | M80662 | 209915200 | Upper Chesapeake Women's Care, LLC GRP NPI: 1275843013 | 510 Upper Chesapeake Dr | #518 | Bel Air | MD | 21014 | | | | | |
| Jennifer | Gattuso | MD | OB/GYN | 1538504212 | 27-3388855 | H0083306 | FG6910207 | O92179 | 852218200 | Upper Chesapeake Women's Care, LLC | 510 Upper Chesapeake Dr | #518 | Bel Air | MD | 21014 | | | | | |
| Kern | Donna | PA-C | OB/GYN | 1205337747 | 27-3388855 | C00588 | MK0529517 | PA46538 | 097120100 | Upper Chesapeake Women's Care, LLC | 510 Upper Chesapeake Dr | #518 | Bel Air | MD | 21014 | | | | | |
| Levy | Chanan | MD | OB/GYN | 1760319513 | 27-3388855 | D0060444 | BL8326785 | M53881 | 402630900 | Upper Chesapeake Women's Care, LLC | 510 Upper Chesapeake Dr | #518 | Bel Air | MD | 21014 | | | | | |

Upper Chesapeake Medical Groups (Multiple TINs)

| Last Name | First Name | Title | Specialty | NPI # | Tax ID# | License | DEA | CDS | MA# | Group Name | 1st Practice Location Address | Suite | City | State | Zip | 2nd Practice Location Address | Suite | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sopher | Shari | MD | OB/GYN | 1184650660 | 27-3386855 | J0008164 | BS1350850 | L027943 | 543321500 | Upper Chesapeake Women's Care, LLC | 510 Upper Chesapeake Dr | #518 | Bel Air | MD | 21014 | | | | | |
| Bassi | Sumit | MD | Orthopedics | 1326314352 | 27-3489565 | D0082134 | FB5634616 | M69750 | 542112800 | Upper Chesapeake Orthopedics, LLC | 510 Upper Chesapeake Dr | #417 | Bel Air | MD | 21014 | 2027 Pulaski Hwy | #201 | Havre de Grace | MD | 21078 |
| Cook | William | MD | Orthopedics | 1467484824 | 27-3489565 | D0047596 | BC4575481 | M06181 | 029200100 | Upper Chesapeake Orthopedics, LLC | 510 Upper Chesapeake Dr | #417 | Bel Air | MD | 21014 | 2027 Pulaski Hwy | #201 | Havre de Grace | MD | 21078 |
| Diffenderfer | Benjamin | PA | Orthopedics | 1679957239 | 27-3489565 | C0004567 | MD2484373 | PA75353 | 232112900 | Upper Chesapeake Orthopedics, LLC | 510 Upper Chesapeake Dr | #417 | Bel Air | PA | 21014 | 2027 Pulaski Hwy | #201 | Havre de Grace | MD | 21078 |
| O'Mara | Edward | MD | Orthopedics | 1467484824 | 27-3489565 | D0065759 | BO3709968 | M48321 | 503500700 | Upper Chesapeake Orthopedics, LLC | 510 Upper Chesapeake Dr | #417 | Bel Air | MD | 21014 | 2027 Pulaski Hwy | #201 | Havre de Grace | MD | 21078 |
| Wang | Donghua | PA | Orthopedics | 1104065473 | 27-3489565 | C0003823 | MW18558*2 | PA67438 | 524420000 | Upper Chesapeake Orthopedics, LLC | 510 Upper Chesapeake Dr | #417 | Bel Air | PA | 21014 | 2027 Pulaski Hwy | #201 | Havre de Grace | MD | 21078 |
| Yalamanchili | Raj | MD | Orthopedics | 1316127319 | 27-3489565 | D0072029 | FY2557635 | M72395 | 043956400 | Upper Chesapeake Orthopedics, LLC | 510 Upper Chesapeake Dr | #417 | Bel Air | MD | 21014 | 2027 Pulaski Hwy | #201 | Havre de Grace | MD | 21078 |
| Agarwal | Manuj | MD | Rad Onc | 1316262363 | 46-2308682 | D0081764 | FA5308104 | M69492 | 265904200 | Upper Chesapeake Radiation Oncology, LLC GRP NPI-1417392498 | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Amin | Neha | MD | Rad Onc | 1619204534 | 46-2308682 | D0078664 | FA3313649 | M43153 | 621404500 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | | | | | |
| Curry | Heather | MD | Rad Onc | 1184636196 | 46-2308682 | D0055944 | FC5254052 | M89064 | 552901800 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Hong | Jack | MD | Rad Onc | 1932189086 | 46-2308682 | D0040989 | BH2819386 | L032537 | 265900200 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Horton | Yolanda | CRNP | Rad Onc | 1578656330 | 46-2308682 | R158845 | MH3635424 | N63797 | 897516700 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Hudson | Rosemarie | CRNP | Rad Onc | 1205210317 | 46-2308682 | R148692 | MH3562344 | N85437 | 835001900 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr | | Bel Air | MD | 21014 | | | | | |
| Kwok | Young | MD | Rad Onc | 1215841901 | 46-2308682 | D0051434 | BK4829270 | M58436 | 405493800 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Amin | Pradip | MD | Rad Onc-PRN | 1215961727 | 46-2308682 | D0022250 | AA8365276 | M11082 | 329771300 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Badiyan | Shahed | MD | Rad Onc-PRN | 1285067141 | 46-2308682 | D0079689 | FB5386366 | M85293 | 258005300 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Mohindra | Pranshu | MD | Rad Onc-PRN | 1336451921 | 46-2308682 | D0077203 | FM2944305 | M80488 | 245300200 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MC | 21014 | | | | | |
| Patanapirom | Vinita | MD | Rad Onc-PT | 1356323570 | 46-2308652 | D0021798 | AP8074964 | M10355 | 154691303 | Upper Chesapeake Radiation Oncology, LLC | 500 Upper Chesapeake Dr. | | Bel Air | MD | 21014 | | | | | |
| Aurora | Alexander | MD | Surgery | 1194878355 | 06-1791551 | D0072610 | FA2616796 | M74183 | 441804200 | Upper Chesapeake Surgical Associates, LLC GRP NPI- 1629173997 | 2027 Pulaski Hwy | #205 | Havre de Grace | MD | 21078 | 421 S. Union Avenue | 20* | Havre de Grace | MD | 21078 |
| Dholakia | Dinkar | PA | Surgery | 1962727248 | 06-1791551 | C0004160 | MD2132354 | PA68940 | | Upper Chesapeake Surgical Associates, LLC | 2027 Pulaski Hwy | #205 | Havre de Grace | MD | 21078 | | | | | |
| Flanagan | Eleisha | MD | Surgery | 1366609273 | 06-1791551 | D0078709 | FF3415165 | M85138 | 210017700 | Upper Chesapeake Surgical Associates, LLC | 2027 Pulaski Hwy | #205 | Havre de Grace | MD | 21078 | 421 S. Union Avenue | 20* | Havre de Grace | MD | 21078 |
| Kim | Sung | MD | Surgery | 1770559353 | 06-1791551 | D0061707 | BK8865048 | M57688 | 405670100 | Upper Chesapeake Surgical Associates, LLC | 2027 Pulaski Hwy | #205 | Havre de Grace | MD | 21078 | 42* S. Union Avenue | 201 | Havre de Grace | MD | 21078 |
| Steinmetz | Scott | MD | Surgery | 1780667996 | 06-1791551 | D0047463 | BS3452327 | M38963 | 124572400 | Upper Chesapeake Surgical Associates, LLC | 520 Upper Chesapeake Dr | #412 | Bel Air | MD | 21014 | | | | | |
| Bloomfield | Geoffrey | MD | Surgery | 1679670410 | 06-1791551 | D0066532 | BB6731776 | M61617 | 124569400 | Upper Chesapeake Surgical Associates, LLC | 520 Upper Chesapeake Dr | #412 | Bel Air | MD | 21014 | | | | | |
| Fraiji, Jr | Ellie | MD | Surgery | 1669475869 | 06-1791551 | D0059320 | BF8158787 | M56918 | 124570200 | Upper Chesapeake Surgical Associates, LLC | 520 Upper Chesapeake Dr | #412 | Bel Air | MD | 21014 | | | | | |

| Form **W-9** (Rev. November 2017) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** ▶ Go to www.irs.gov/FormW9 for instructions and the latest information. | Give Form to the requester. Do not send it to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Dimensions Healthcare Associates, Inc.

**2** Business name/disregarded entity name, if different from above

University of Maryland Capital Region Health Medical Group

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only one of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☑ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)    5

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.) See instructions.

3001 Hospital Drive

**6** City, state, and ZIP code

Cheverly, MD 20785

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

**Part I**  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN, later.

Note: If the account is in more than one name, see the instructions for line 1. Also see What Name and Number To Give the Requester for guidelines on whose number to enter.

Social security number

☐☐☐ - ☐☐ - ☐☐☐☐

or

Employer identification number

5 2 - 1 9 0 2 7 1 1

---

**Part II**  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

| Sign Here | Signature of U.S. person ▶ *Publclec* | Date ▶ 12/12/17 |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/FormW9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.

Cat. No. 10231X    Form **W-9** (Rev. 11-2017)

| LAST NAME | FIRST NAME | CREDENTIALS | EMPLOYED OR CONTRACTED | PGHC Group | Primary Specialty | Locations | CAQH |
|---|---|---|---|---|---|---|---|
| Abu-Hamda | Eyad | MD | CONTRACTED | CRITICAL CARE | INTERNAL MEDICINE | 7300 Van Dusen Rd Laurel, MD 20707 | 10392321 |
| ADEGBULUGBE | HENRY | MD | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785 | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | |
| | | | | | | 7350 Van Dusen Rd, Laurel, MD 20707 | |
| | | | | | | 5001 Silver Hill Rd, Suitland, MD 20746 | |
| | | | | | | 4725 Marlboro Pike, Capital Hghts, MD 20743 | |
| | | | | | | 15001 Health Center Dr, Bowie, MD 20716 | |
| | | | | | | 7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | |
| | | | | | | | 12581439 |
| AIGNPELU | ANGELA | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221418 |
| AKOMA | UGOCHI | MD | CURRENTLY CONTRACTED EMPLOYED (AS OF 4/9/2018) | OB/GYN | MATERNAL/FETAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785 | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | |
| | | | | | | 7350 Van Dusen Rd, Laurel, MD 20707 | |
| | | | | | | 5001 Silver Hill Rd, Suitland, MD 20746 | |
| | | | | | | 4725 Marlboro Pike, Capital Hghts, MD 20743 | |
| | | | | | | 15001 Health Center Dr, Bowie, MD 20716 | |
| | | | | | | 7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 11938608 |
| ANU | RITA | PA | EMPLOYED | OB/GYN | | 3001 Hospital Dr, Cheverly, MD 20785 | 13774283 |
| ARNOUS | NIDAL | MD | EMPLOYED | INTERNAL MEDICINE | INTERNAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785 | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | 12595373 |
| ASHA | KHALID | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY/INTERVENTIONAL | 3001 Hospital Dr, Cheverly, MD 20785 | 11059776 |
| AZIZ | SHAHID | MD | EMPLOYED | CRITICAL CARE | PALLIATIVE | 3001 Hospital Dr, Cheverly, MD 20785 | 10417529 |
| BAMI | VIVEK | MD | CONTRACTED | CARDIOLOGY | CARIOVASCULAR DISEASE | 3001 Hospital Dr, Cheverly, MD 20785 | 11582863 |
| BEER | ROBERT | MD | CONTRACTED | TRAUMA | ORTHOPEDICS | 2900 Mercy Lane, Cheverly, MD 20785 | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | 12552173 |
| BENOT | RONNIE | MD | CONTRACTED | TRAUMA | GENERAL SURGERY | 2900 Mercy Lane, Cheverly, MD 20785 | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | 10391495 |
| BHATNAGAR | RISHI | MD | CONTRACTED | TRAUMA | ORTHOPEDICS | | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | 11059776 |
| BISWAS | KUNDA | MD | CONTRACTED | TRAUMA | THORACIC SURGERY | 3001 Hospital Dr, Cheverly, MD 20785 | 11629024 |
| BAERE | REBECCA | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221420 |
| BROTH | RICHARD | MD | CONTRACTED | OB/GYN | OB/GYN | 3001 Hospital Dr, Cheverly, MD 20785 | 11211607 |
| BROWN | KISHA | MD | CONTRACTED | INTERNAL MEDICINE | PM&R | 3001 Hospital Dr, Cheverly, MD 20785 | 11788544 |
| CAMPBELL | DEBORAH | NP | CONTRACTED | INTERNAL MEDICINE | NURSE PRACTITIONER | 2900 Mercy Lane, Cheverly, MD 20785 | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | 12330633 |
| CASTRO | YVETTE | MD | EMPLOYED | INTERNAL MEDICINE | FAMILY MEDICINE | 5001 Silver Hill Road, Suitland, MD 20746 | 11985651 |
| CHATRATHI | SRIDHAR | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY/INTERVENTIONAL | 3001 Hospital Dr, Cheverly, MD 20785 | 10420792 |
| DA CONCIECAO | LUIS | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14176194 |
| DALLEYRAND | JEAN-CLAUDE | MD | CONTRACTED | TRAUMA | ORTHOPEDICS | 3001 Hospital Dr, Cheverly, MD 20785 | 12797763 |
| DAS | MANASH | MD | EMPLOYED | INTERNAL MEDICINE | INTERNAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785 | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | |
| | | | | | | 3601 Taylor Street, Brentwood, MD 20712 | 13679840 |
| DEMARE | MARY | PA | EMPLOYED | TRAUMA | TRAUMA | 3001 Hospital Dr, Cheverly, MD 20785 | 12677206 |
| DI MASI | MARY | CNM | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785 | |
| | | | | | | 3001 Hospital Dr, Cheverly, MD 20785 | |
| | | | | | | 7350 Van Dusen Rd, Laurel, MD 20707 | |
| | | | | | | 5001 Silver Hill Rd, Suitland, MD 20746 | |
| | | | | | | 4725 Marlboro Pike, Capital Hghts, MD 20743 | |
| | | | | | | 15001 Health Center Dr, Bowie, MD 20716 | |
| | | | | | | 7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 14025700 |

| LAST NAME | FIRST NAME | CREDENTIALS | EMPLOYED OR CONTRACTED | PGHC Group | Primary Specialty | Locations | CAQH |
|---|---|---|---|---|---|---|---|
| FONFARA | BRITTANY | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221423 |
| GIBSON | DAVID | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221424 |
| GIBSON-HUNTER | ANCA | PA | EMPLOYED | TRAUMA | PHYSICIANS ASSISTANT | 3001 Hospital Dr, Cheverly, MD 20785 | 14110358 |
| GOU | HYMAN | MD | EMPLOYED | INTERNAL MEDICINE | INTERNAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 12564890 |
| GORDON | PIERRE | MD | CONTRACTED | OB/GYN | OB/GYN | 3001 Hospital Dr, Cheverly, MD 20785 | 12529642 |
| Grover | Jennifer | PA | EMPLOYED | OB/GYN | PHYSICIANS ASSISTANT | 3001 Hospital Dr, Cheverly, MD 20785 | 12566948 |
| HAMILTON-POWELL | BILLIE | CNM | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 11954817 |
| HANSCOM | HEATHER | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221431 |
| HEBERT | JILLYN | PA | EMPLOYED | TRAUMA | TRAUMA | 3001 Hospital Dr, Cheverly, MD 20785 | 14136953 |
| HOPE | SHELLY-ANN | MD | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 11394776 |
| HOWE | LAUREL | CNM | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 12756986 |
| HUSSEIN | Safiudin | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly, MD 20785 | 11919254 |
| JACKSON | TODD | MD | CONTRACTED | TRAUMA | ORTHOPEDICS | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, Mad 20785 | 14032431 |
| JENKINS | BRITTANY | PA | EMPLOYED | | TRAUMA | 3001 Hospital Dr, Cheverly, MD 20785 | 12565452 |
| JONES | RICHARD | MD | CONTRACTED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 12157366 |
| LEE-ADAMS | GWENDOLYN | CNM | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 11223362 |
| Lee-Llacer | Zorayada | MD | CONTRACTED | CRITICAL CARE | INTERNAL MEDICINE | 7300 Van Dusen Rd Laurel, MD 20707 | 10425403 |

| LAST NAME | FIRST NAME | CREDENTIALS | EMPLOYED OR CONTRACTED | PGHC Group | Primary Specialty | Locations | CAQH |
|---|---|---|---|---|---|---|---|
| LEWIS | KERRY | MD | EMPLOYED | OB/GYN | MATERNAL/FETAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>4350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 10430700 |
| MADUBATA | NNAEMEKA | MD | EMPLOYED | INTERNAL MEDICINE | INTERNAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Road, Laurel, MD 20746 | 13680733 |
| MAPP | TIFFANY | DO | EMPLOYED | INTERNAL MEDICINE | FAMILY MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 13793422 |
| MATHER | JACQUES | MD | CONTRACTED | TRAUMA | SURGERY - TRAUMA | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 14077667 |
| MIRZA-ALI KHAN | AMIR | MD | EMPLOYED | INTERNAL MEDICINE | INTERNAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 11270019 |
| MCLESTINA | CARLOS | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221427 |
| NANAVATY | UDAY | MD | EMPLOYED | INTERNAL MEDICINE | INTERNAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>4725 Marlboro Pike, Capital Heights, MD 20743<br>5001 Silver Hill Road, Suitland, MD 20746<br>7350 Van Dusen Rd., Laurel, MD 20707<br>7300 Van Dusen Rd., Laurel, MD 20707 | 10409952 |
| NEODO | MARIE | MD | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 13800433 |
| NWAOBASI | NKECH-MYERE | MD | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 12458620 |
| OBI | EVANGELINE | MD | EMPLOYED | INTERNAL MEDICINE | FAMILY MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 13547025 |
| OFUKWU | JUDITH | PA | EMPLOYED | OB/GYN | PHYSICIANS ASSISTANT | 3001 Hospital Dr, Cheverly, MD 20785 | 14008345 |
| Okang | George | MD | CONTRACTED | CRITICAL CARE | INTERNAL MEDICINE | 7300 Van Dusen Rd Laurel, MD 20707 | 10763417 |
| ONYEWU | CHUKWUMA | MD | CONTRACTED | INTERNAL MEDICINE | PM&R | 3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Dr, Laurel, MD 20707 | 11208158 |
| PARYAVI | EBRAHIM | MD | CONTRACTED | TRAUMA | ORTHOPEDICS | 3001 Hospital Dr, Cheverly, MD 20785 | 13710042 |
| PERRY | SCOTT | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221433 |
| PERSON | CRAIG | MD | EMPLOYED | TRAUMA | PLASTIC SURGERY | 7501 Greenway Center Dr, Greenbelt, MD 20770<br>14999 Health Center Dr, Ste 103, Bowie, MD 20716<br>7300 Van Dusen Rd., Laurel, MD 20707 | 10425293 |
| PILGRIM | CRYSTAL | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221435 |

| LAST NAME | FIRST NAME | CREDENTIALS | EMPLOYED OR CONTRACTED | PGHC Group | Primary Specialty | Locations | CAQH |
|---|---|---|---|---|---|---|---|
| RASIN | JOSEPH | MD | NO LONGER HERE | TRAUMA | GENERAL SURGERY | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 13713085 |
| RAVA | V KRAN | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly, MD 20785 | 13921193 |
| REAVES | JARED | MD | EMPLOYED | INTERNAL MEDICINE | PM&R | 7350 Van Dusen Rd, Laurel, MD 20707<br>7300 Van Dusen Rd, Laurel, MD 20707<br>3001 Hospital Dr, Cheverly, MD 20785 | 12209225 |
| ROBERTSON-WARN MG | JESSICA | PA | EMPLOYED | TRAUMA | TRAUMA | 3001 Hospital Dr, Cheverly, MD 20785 | 13583770 |
| ROSS | STACY | MD | EMPLOYED | INTERNAL MEDICINE | FAMILY MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 10436636 |
| RYB | GASP E. | MD | CONTRACTED | CRITICAL CARE | GENERAL SURGERY | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 10664992 |
| SADR | ALLISON | CNM | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr, Ste 220, Greenbelt, MD 20770 | 11250249 |
| SAID | NAWAT | PA | EMPLOYED | OB/GYN | PHYSICIANS ASSISTANT | 3001 Hospital Dr, Cheverly, MD 20785 | 12672175 |
| SANE | KERI | PA | EMPLOYED | TRAUMA | TRAUMA | 3001 Hospital Dr, Cheverly, MD 20785 | 14041845 |
| SARFARAJI | MOHAMMAD | MD | CONTRACTED | CARD OLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly, MD 20785 | 10435551 |
| SCHWOB | CATHER NE | CNM | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr, Ste 220, Greenbelt, MD 20770 | 13599722 |
| SCOTT-BOYI ICH N | EBONY | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785<br>7300 Van Dusen Rd, Laurel, MD 20707 | 14221428 |
| SHAH | GITA | MD | EMPLOYED | INTERNAL MEDICINE | INFECTIOUS DISEASE | 2900 Mercy Lane, Cheverly, MD 20785<br>4725 Marlboro Pike, Capital Heights, MD 20743<br>3001 Hospital Dr, Cheverly, MD 20785 | 10421089 |
| SHARGANI | ASGHAR | MD | CONTRACTED | INTERNAL MEDICINE | GASTROENTEROLOGY | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 10421113 |
| Sharmugam | Natesa | MD | CONTRACTED | CRITICAL CARE | INTERNAL MEDICINE | 7300 Van Dusen Rd Laurel, MD 20707 | 10436704 |
| SHETTY | RAJENDRA | MD | CONTRACTED | CARDIOLOGY | CARDIOVASCULAR DISEASE | 3001 Hospital Dr, Cheverly, MD 20785 | 11590156 |
| SHOCKLEY | TRISTAN | MD | CONTRACTED | INTERNAL MEDICINE | PM&R | 3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Dr, Laurel, MD 20707<br>7300 Van Dusen Dr, Laurel, MD 20707 | 11979148 |
| SINGH | V RENDER | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly, MD 20785 | 10417116 |
| SMITH | CHELSEA | PA | EMPLOYED | | | 3001 Hospital Dr, Cheverly, MD 20785 | 14221437 |
| SOWAH | LEONARD | MD | EMPLOYED | INTERNAL MEDICINE | INTERNAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 11930105 |
| SPARAZO | MONICA | PA | EMPLOYED | TRAUMA | TRAUMA | 3001 Hospital Dr, Cheverly, MD 20785 | 14116444 |
| STEFFENS | Jenn fer | PA | EMPLOYED | | PHYSICIANS ASSISTANT | 3001 Hospital Dr, Cheverly, MD 20785 | 14136922 |
| STEINBERG | BRYAN | MD | CONTRACTED | TRAUMA | THORACIC SURGERY | 3001 Hospital Dr, Cheverly Maryland 20785 | 11183598 |

| LAST NAME | FIRST NAME | CREDENTIALS | EMPLOYED OR CONTRACTED | PGHC Group | Primary Specialty | Locations | CAQH |
|---|---|---|---|---|---|---|---|
| SUSER | MELONIE | CNM | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 14031598 |
| SYED | ASMARE | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly, MD 20785 | 12120904 |
| TAVAKOLI | NADER | MD | EMPLOYED | INTERNAL MEDICINE | FAMILY MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 10418089 |
| TEE | STEVEN | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly, MD 20785 | 10418727 |
| TEGENE | TESHOME | MD | EMPLOYED | INTERNAL MEDICINE | INTERNAL MEDICINE | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785 | 11557892 |
| THOMPSON | MATTHEW | MD | CONTRACTED | TRAUMA | ORTHOPEDICS | 3001 Hospital Dr, Cheverly Maryland 20785 | 12259716 |
| TRUYENS | MARGARET | CNM | EMPLOYED | OB/GYN | OB/GYN | 2900 Mercy Lane, Cheverly, MD 20785<br>3001 Hospital Dr, Cheverly, MD 20785<br>7350 Van Dusen Rd, Laurel, MD 20707<br>5001 Silver Hill Rd, Suitland, MD 20746<br>4725 Marlboro Pike, Capital Hghts, MD 20743<br>15001 Health Center Dr, Bowie, MD 20716<br>7501 Greenway Center Dr. Ste 220, Greenbelt, MD 20770 | 11312590 |
| WEBBER | IAN | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly Maryland 20785 | 10434744 |
| YUSUF | MUHAMMAD | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly Maryland 20785 | 10422071 |
| ZAIM | BULENT | MD | CONTRACTED | CARDIOLOGY | CARDIOLOGY | 3001 Hospital Dr, Cheverly Maryland 20785 | 10424793 |
| AGRAWAL | SHARAD | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 14208660 |
| ATWELL | DARRYL | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 14208661 |
| CLARKE | LEEROY MARK | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 10486103 |
| CUMMINGS | CANDRA | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 10435170 |
| ESCALERA | MARIA | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 10432430 |
| KATARIA | BIDESWAR | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 10762780 |
| NIAZ | ZUBAIR | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 11552935 |
| SOLOMON | SARAH | DO | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 12234024 |
| TRAN | KEVIN | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 12333329 |
| RICHARDS | RAFAEL | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 14208667 |
| PATTERSON | TIFFANY | DO | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 13519610 |
| DOUGLAS | ANQUENETTA LATOSHA | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 13513489 |
| CORE | GARY ANTHONY | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 11348223 |
| FORSYTHE | AKARA | MD | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 11935948 |
| GLASER (former KOSCIANSKI) | THERESA | CRNA | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 14208678 |
| REHBEHN | ERIK | CRNA | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 11250072 |
| TYSON-HOFF | JACQUELINE | CRNA | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 14208669 |
| FALTAMO | MARCOS | CRNA | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 10762216 |
| BLACK | RAJEE | CRNA | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 13776719 |
| GARCIA | JACK | CRNA | CONTRACTED | ANESTHESIA | ANESTHESIA | 3001 Hospital Dr, Cheverly Maryland 20785 | 13904674 |

Each person signing the Agreement warrants that he/she has full authority to do so and that his or her signature shall bind the parties on whose behalf they sign.

FOR AND ON BEHALF OF MPC:

FOR AND ON BEHALF OF PHP:
**If PHP is a corporation, partnership or Limited Liability Company:**

**University of Maryland Medical System Corporation**

Company Name:

By _____ Date

Cynthia M. Demarest

Type /Printed Name

CEO

Title

By _____ Date
Henry J. Franey, MBA

Typed/Printed Name
Executive VP & CFO

Title (i.e., Owner, Provider, President, CFO, etc.

_____
PHP Federal Tax ID #/Social Security #

_____
PHP Maryland Medicaid Identification #

**Refer to Attachment C for a complete listing of Group Names, Tax Identification Numbers and Maryland Medicaid Numbers**

# MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT D
## SPECIAL PROVISIONS

These Special Provisions amend, replace or delete the terms of the General Provisions or the Attachments, referenced below, governing the specific provisions identified, in whole or in part, in this Attachment D. Any terms of the Agreement as set forth in the General Provisions and the Attachments thereto, and not specified herein, shall remain in full force and effect.

**With respect to General Provisions, Recitals item B has been revised to read as follows:**

PHP includes certain Health Professionals, health facilities or organizations that employ or contract with health professionals with the qualifications necessary to provide Medicaid or other health services to enrollees of MPC.

**With respect to General Provisions, Section I, has been changed to read as follows:**

**I ATTACHMENTS, PROVIDER MANUAL POLICIES, RECITALS**

**With respect to General Provisions Section I ATTACHMENTS, PROVIDER MANUAL POLICIES, RECITALS A. Attachments, Attachment (and any subparts) has been revised to read as follows:**

**Attachments B (and any subparts)** to this Agreement contain the terms of this Agreement required by, or related to, any Applicable State or Federal Agency and the specific rate(s) and/or fee(s) to be paid to PHP for the delivery of Covered Services and the compensation method to be employed pursuant to this Agreement, which terms shall control in the event of a conflict with these General Provisions, Attachment A, or Attachment D, if applicable. MPC may provide PHP with one or more additional Attachment B documents specific to any additional Plan Contract(s) that MPC may enter into during the term of this Agreement. PHP has the right to decline its participation in accordance with the written notification process set for in Section IX, G Amendments, item 1.

**With respect to General Provisions Section I ATTACHMENTS, PROVIDER MANUAL POLICIES, RECITALS, B. Provider Manual has been revised to read as follows:**

**Provider Manual** means MPC's policies and procedures and other information relative to performance under this Agreement including, without limitation, credentialing, pre-certification, utilization review, quality management programs, administrative and grievance policies and procedures. The Provider Manual may be revised by MPC by issuing updates, newsletters or bulletins, all of which will be effective upon receipt by PHP or as otherwise specified in such updates, newsletters or bulletins. Such Provider Manual updates having a material financial impact on PHP's operations are subject to section IX, Contract and Health professional Contracting Requirements, Section E. Notices.

**With respect to General Provisions Section I ATTACHMENTS, PROVIDER MANUAL POLICIES, RECITALS, Item D Recitals has been added. It reads as follows:** The foregoing recitals are adopted and incorporated into this Agreement as though the same were fully set forth at this point.

# MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT D
## SPECIAL PROVISIONS

**With respect to General Provisions Section III. PROVISION OF COVERED SERVICES, E. Auditing, Monitoring, Evaluation, Visitation, Inspection, Books and Medical Records, item 2** *Disclosure to MPC* **has been revised to read as follows:**

PHP shall maintain and furnish, at no charge to MPC, such Medical Records and documents, both medical and non-medical, as may be required by Applicable Law, Applicable State or Federal Agency, or Plan Contract(s) requirements, MPC Policies, or as MPC deems necessary to review or enforce compliance with the Agreement. PHP shall cooperate with MPC and shall, **within fifteen (15) business days** following receipt of MPC's request, submit to MPC all reports, Medical Records, data and other information (including quality management, utilization management or other information) reasonably necessary for MPC to comply with the terms of its license, the Plan Contract(s), and any accreditation or other contract or regulatory obligation for health plan operations.

**With respect to General Provisions Section III. PROVISION OF COVERED SERVICES, A. Covenants Regarding Standard of Care, item 4 has been added and reads as follows:**

The parties acknowledge and agree that certain PHP Group providers (e.g., University of Maryland St. Joseph Medical Center, LLC and its affiliated Participating Providers) are contractually required under an agreement with the Archdiocese to operate in accordance with the Ethical and Religious Directives for Catholic Health Care Services, Fifth Edition, as promulgated by the United States Conference of Catholic Bishops, as amended from time to time, and as interpreted by the local bishop (the "Directives).

**With respect to General Provisions Section III. PROVISION OF COVERED SERVICES, E. Auditing, Monitoring, Evaluation, Visitation, Inspection, Books and Medical Records, item 4.** *Access to Books and Records* **has been revised to read as follows:**

Upon the reasonable, advance written request of MPC, PHP shall permit any State or Federal Agency that has jurisdiction or authority over MPC, any other organization that certifies, accredits or licenses MPC or from whom MPC is seeking certification, accreditation or licensure, or any representative or agent of MPC acting on its behalf under this Agreement, to conduct a site visit and inspect the books and records of PHP relating to the health care services, items or accommodations provided or to be provided to Members in order for such persons to monitor and assess the ability, clinical capability, financial capability and legal authority of PHP to furnish Covered Services to Members. Such access and inspection shall be provided by PHP in a manner reasonably acceptable to MPC and PHP shall ensure that confidential information is only provided to authorized personnel of such inspector.

## MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT D
## SPECIAL PROVISIONS

**With respect to General Provisions, Section IV RESPONSIBILITIES, C. Plan Contracts items 1 and 2 have been revised to read as follows:**

MPC shall notify, in accordance with section IX (E), PHP of the implementation of Plan Contracts in addition to those lines of business covered under the terms of this Agreement as of the Effective Date. MPC will supply an additional Attachment B document describing any terms unique to such additional lines of business under the amendment provisions set forth in Section IX (G) of this Agreement.

PHP shall be deemed to be participating in any of the Plan Contracts of MPC upon receipt of an appropriate Attachment B to this Agreement, unless PHP specifically objects to such participation within thirty (30) days of receipt of notification from MPC. In addition, PHP may terminate its participation in an individual line of business by providing written notice in accordance with the terms of this Agreement, subject to any post-termination obligations specific to that Plan Contract.

**With respect to General Provisions Section V. REPRESENTATIONS, WARRANTIES AND COVENANTS AS TO INSURANCE, LICENSING, CREDENTIALING, PROFESSIONAL STANDARDS AND GOVERNMENT PROGRAM PARTICIPATION, A. Insurance, item 4 has been revised to read as follows:**

PHP shall give at least thirty (30) days prior notice to MPC of any substantial change in, or cancellation of, such coverage.

**With respect to General Provisions Section V. REPRESENTATIONS, WARRANTIES AND COVENANTS AS TO INSURANCE, LICENSING, CREDENTIALING, PROFESSIONAL STANDARDS AND GOVERNMENT PROGRAM PARTICIPATION, B. Notice of Credential or License Change, Item 1 *Notice of Commencement of Proceeding* has been revised to read as follows:**

PHP shall use **best efforts** to notify MPC within ten (10) days of PHP's receipt of notice of any legal or administrative, proceeding that may result in revision, revocation, censure, dismissal, termination, Suspension or limitation of PHP's or any Health Professional listed on Attachment C: (a) license(s) to provide the Covered Services; (b) CLIA license; (c) license to dispense narcotics and/or controlled substances; (d) hospital or other clinical privileges; (e) credentialing or contract participation status with any other third party payor or provider network; or (f) eligibility to participate in Medicare or Medicaid or any other government sponsored health care program.

**With respect to General Provisions Section V. REPRESENTATIONS, WARRANTIES AND COVENANTS AS TO INSURANCE, LICENSING, CREDENTIALING, PROFESSIONAL STANDARDS AND GOVERNMENT PROGRAM PARTICIPATION, B. Notice of Credential or License Change, item 2 _Notice of Result of Proceeding_ has been revised to read as follows:**

PHP shall notify MPC within **thirty (30) business days** of PHP's receipt of notice of any action, recommendation or decision that results in the revision, revocation, censure, dismissal, Suspension or limitation of PHP's or any Health Professional: (a) license(s) to provide the Covered Services, (b) CLIA license; (c) license to dispense narcotics; (d) hospital or other clinical privileges; (e) credentialing or contract participation status with any other third party payor or provider network; or (f) eligibility to participate in Medicare or Medicaid or any other government sponsored health care program.

**With respect to General Provisions Section V. REPRESENTATIONS, WARRANTIES AND COVENANTS AS TO INSURANCE, LICENSING, CREDENTIALING, PROFESSIONAL STANDARDS AND GOVERNMENT PROGRAM PARTICIPATION, B. Notice of Credential or License Change, item 3. _Notice of Felony Charge_ has been revised to read as follows:**

PHP shall notify MPC within one business day of the filing of any criminal complaint **felony** charge against PHP or Health Professional including, but not limited to, acts of physical violence or illegal sexual behavior whether or not such complaint or acts relate to the delivery of health care services.

**With respect to General Provisions Section V. REPRESENTATIONS, WARRANTIES AND COVENANTS AS TO INSURANCE, LICENSING, CREDENTIALING, PROFESSIONAL STANDARDS AND GOVERNMENT PROGRAM PARTICIPATION, B. Notice of Credential or License Change, Item 4. _Notice of Lawsuit_ has been revised to read as follows:**

PHP or Health Professional shall **use best efforts** notify MPC within thirty (30) business days of notice of any lawsuit or complaint submitted to a regulatory agency (including Centers for Medicare and Medicaid Services (CMS), or other Applicable State or Federal Agency) or to a court, provided that the lawsuit or complaint was filed by a Member or a representative of the Member against PHP.

**With respect to General Provisions Section VI. CLAIMS AND ENCOUNTERS, GRIEVANCE AND APPEALS, B. Coordination of Benefits and Third Party Liability item 4 has been revised to read as follows:**

If PHP receives reimbursement from another source after MPC has paid PHP for the same Covered Services, PHP shall inform MPC of the amount(s) received, provide MPC with documentation of such amount(s), and refund the amount received up to the amount MPC paid. MPC shall be entitled to deduct the amount the other source paid if PHP does not refund amounts owed by it under this section from future payments to PHP accordingly, if PHP fails to **use best efforts** to promptly return the payment describe in the preceding sentence.

# MARYLAND PHYSICIANS CARE
## PARTICIPATING HEALTH PROVIDER AGREEMENT
## ATTACHMENT D
## SPECIAL PROVISIONS

**With respect to General Provisions Section VI. CLAIMS AND ENCOUNTERS, GRIEVANCE AND APPEALS** A. Claims and Encounter Reporting, item 7 has been revised to read as follows:

MPC shall not approve for payment any claim and Encounter data resubmitted by PHP if the initial claim was not filed within the prescribed submission deadline, unless PHP can demonstrate extenuating circumstances prevented PHP from submitting timely.

**With respect to General Provisions Section VII. ADDITIONAL RESPONSIBILITIES OF PHP, A. Compliance with MPC Requirements, item 2 has been revised to read as follows:**

Members shall have access to each Participating Health Provider in the Provider Network in accordance with the Plan Contract(s), referral and pre-certification requirements and other Applicable Law.

Not withstanding anything to the contrary herein, the parties agree that certain Participating Health Providers only serve special needs children, and whose practice shall be closed to new patients. The parties shall collaborate to identify such special needs children and only upon agreement of the parties shall such special needs children be assigned to those Participating Health Providers.

**With respect to General Provisions Section VIII. Term and Termination, A. Term has been revised to read as follows:**

Unless otherwise expressly provided in this Agreement, the initial term of this Agreement shall commence on the Effective Date and shall continue for twelve (12) months thereafter. This Agreement shall automatically renew for twelve (12) additional months on the annual anniversary date of the Effective Date (the "Renewal Date") unless one of the following occurs:

    1.    Either party, at least ninety (90) days prior, gives written notice to the other party of its decision to terminate

    2.    The Agreement is terminated pursuant to Section VIII(B) or VIII(C) of this Agreement;

    3.    PHP ceases operations and the delivery of health care services and has given MPC at least ninety (90) days prior written notice thereof; or

    4.    The cancellation, or termination of the Plan Contract(s) with Applicable State or Federal Agency, or

    5.    Modification of the Plan Contract(s) with Applicable State or Federal Agency if MPC elects to terminate this Agreement as a result of the modification.

With respect to General Provisions Section TERM AND TERMINATION C. Termination with Cause, C2.4 has been deleted in its entirety.

With respect to General Provisions Section VIII. Term and Termination,, C. Termination with Cause, item 3 a has been revised to read as follows:

3. The termination of any specific Health Professional's participation under this Agreement shall not affect the duties and obligations of PHP and the other Health Professionals. Upon termination of this Agreement or termination of the participation of a Health Professional, the rights and duties of MPC, PHP or Health Professional as the case may be, shall terminate; provided, however, that PHP or Health Professional shall:

a. continue to provide Covered Services to Members to whom PHP or Health Professionals was responsible to provide services on the termination date until such Members are assigned or transferred to another Participating Health Provider.

With respect to General Provisions Section IX. CONTRACT AND HEALTH PROFESSIONAL CONTRACTING REQUIREMENTS, C. Indemnification has been revised to read as follows:

PHP shall indemnify and hold MPC and its officers, directors, managers, agents, and employees harmless from and against any claims, actions, suits, proceedings, investigations, demands, fines, liabilities, overpayments, penalties, judgments, settlements, damages, losses, costs and expenses (including reasonable legal fees) that result from, relate to, arise out of, or are a direct or indirect result of the performance or non-performance of obligations by PHP or Health Professional under this Agreement.

MPC shall indemnify and hold PHP and its officers, directors, managers. Agents, employees and the Health Professionals providing services hereunder harmless from and against any claims, actions, suits, proceedings, investigations, demands, fines, liabilities, overpayments, penalties, judgments, settlements, damages, losses, costs and expenses (including reasonable legal fees) that result from, relate to , arise out of, or are a direct or indirect result of MPC's performance or non-performance of obligations under this Agreement.

With respect to General Provisions Section IX. CONTRACT AND HEALTH PROFESSIONAL CONTRACTING REQUIREMENTS D. Assignments and Subcontracts, item 2 d has been revised to read as follows:

maintain without restriction or limitation privileges at a State-licensed hospital, unless such Health Professional's scope of service does not require hospital privileges.

With respect to General Provisions Section IX. CONTRACT AND HEALTH PROFESSIONAL CONTRACTING REQUIREMENTS, G. Amendments, item 1 has been revised to read as follows:

MPC may amend this Agreement (other than the Provider Manual) by providing prior written notice to PHP in accordance with section IX (F) of this Agreement.

Failure of PHP to object in writing to a proposed amendment within thirty (30) days following receipt of notice shall constitute PHP's acceptance of the amendment. If written rejection of any proposed amendment is received by MPC within the thirty (30) day period, this Agreement shall not be amended and MPC may elect to continue this Agreement, or by written notice to PHP, to terminate this Agreement, or to require PHP to negotiate with MPC to amend this Agreement. If MPC elects to require negotiations, the parties will negotiate in good faith. If no amendment is agreed upon within thirty (30) days after the commencement of good faith negotiations, MPC may elect to continue this Agreement or terminate this Agreement upon written notice to PHP. Amendments to this Agreement will be made in accordance with COMAR 10.09.65.17A(4)(b) or other Applicable Law.

**With respect to General Provisions Section IX. CONTRACT AND HEALTH PROFESSIONAL CONTRACTING REQUIREMENTS, G. Amendments, item 3 has been revised to read as follows:**

Upon thirty (30) days advance written notice, MPC may amend the Provider Manual if such change affects a material duty or responsibility of PHP or Health Professional

**With respect to General Provisions Section IX. CONTRACT AND HEALTH PROFESSIONAL CONTRACTING REQUIREMENTS, K. Sanctions was deleted in its entirety.**

### ATTACHMENT A

**With respect to Attachment A, Section II. RESPONSIBILITIES PCP/PSP, B Professional Standards and Service, item 2 has been revised to read as follows:**

If a PCP and PSP possesses membership and admission privileges at one of the hospitals with which the MPC has contracted as a Participating Health Provider such PCP and PSP shall maintain such staff membership and admission privileges in good standing. Each PCP and PCP may utilize Hospitalists as applicable.

**With respect to Attachment A, Section III. ENCOUNTER REPORTING has been deleted in its entirety.**

**With respect to Attachment A, Section V. ADDITIONAL REQUIREMENTS, A. Laboratory has been revised to read as follows:**

Each PCP and PSP shall send specimens from all procedures to a Participating Health Provider laboratory for testing, except for procedures listed in the Provider Manual. Laboratory procedures not listed as permitted office procedures in the Provider Manual shall not be reimbursed if performed in the PCP or PSP office.

**ATTACHMENT B**

**With respect to Attachment B, Section IV. COMPENSATION**

A. MPC shall compensate PHP for the provision of Covered Services to eligible Members delivered in accordance with the terms and conditions set forth in this Agreement at the lowest of (a) PHP billed charges, (b) the MPC Fee Schedule, or (c) an amount agreed upon by PHP and MPC in writing, minus any applicable Co-payments that are the member's responsibility.

The MPC Fee Schedule is based upon the Maryland Department of Health (MDH) Medicaid Fee Schedule.

B. Fee-For-Services Payment shall be based upon the agreed upon percentage of the MPC Fee Schedule set forth below:

Primary Care PHP: one hundred ten percent (110%) of the MPC Fee Schedule

OB Delivery Services: one hundred fifteen percent (115%) of the MPC Fee Schedule

All other PHPs: one hundred five percent (105%) of the MPC Fee Schedule

Towson Orthopedic Associates: one hundred twenty five percent (125%) of the MPC Fee Schedule

| Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | **Give Form to the requester. Do not send it to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Upper Chesapeake Critical Care Associates, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

P.O. Box 260

**6** City, state, and ZIP code

Fallston, MD 21047-0260

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN on page 3*.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

or

Employer identification number

| 0 | 1 | – | 0 | 8 | 9 | 8 | 6 | 9 | 7 |
|---|---|---|---|---|---|---|---|---|---|

---

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶   Date ▶ 01/02/2018

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)

| Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**UPPER CHESAPEAKE CARDIOLOGY, LLC**

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ **C**

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

5 Address (number, street, and apt. or suite no.)

**PO BOX 405601**

6 City, state, and ZIP code

**ATLANTA, GA 30384-5601**

Requester's name and address (optional)

7 List account number(s) here (optional)

---

**Part I**    **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

or

Employer identification number

| 2 | 6 | – | 3 | 2 | 1 | 4 | 0 | 0 | 1 |

---

**Part II**    **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶   *(signature)*    Date ▶ 01/06/2018

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Cat. No. 10231X      Form **W-9** (Rev. 12-2014)

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. December 2014) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury Internal Revenue Service | | send to the IRS. |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

UPPER CHESAPEAKE HEMATOLOGY AND ONCOLOGY SERVICES, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only *one* of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶   C

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

PO BOX 741676

**6** City, state, and ZIP code

ATLANTA, GA 30374-1676

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type See Specific Instructions on page 2.*

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

[ ] [ ] [ ] – [ ] [ ] – [ ] [ ] [ ] [ ]

or

Employer identification number

2 7 – 5 1 5 6 6 8 0

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign Here | Signature of U.S. person ▶ [signature] | Date ▶ 01/02/2018 |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (TIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

| Form **W-9** |
|---|

**Form W-9**
(Rev. December 2014)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

**Give Form to the
requester. Do not
send to the IRS.**

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

UPPER CHESAPEAKE ENDOCRINOLOGY ASSOCIATES, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶    **C**

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)

2027 PULASKI HIGHWAY, S#207

**6** City, state, and ZIP code

HAVRE DE GRACE, MD 21078-2147

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number**

| | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|

or

**Employer identification number**

| 0 | 1 | – | 0 | 8 | 9 | 8 | 6 | 9 | 9 |
|---|---|---|---|---|---|---|---|---|---|

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**    Signature of U.S. person ▶ [signature]    Date ▶ 01/02/2018

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding.* See *What is backup withholding?* on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)

| Form **W-9**<br>(Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Upper Chesapeake Medical Services, Inc

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt, or suite no.)

PO BOX 418094

**6** City, state, and ZIP code

BOSTON, MA 02241-8094

Requester's name and address (optional)

**7** List account number(s) here (optional)

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number**

| | | – | | | – | | | | |

or

**Employer identification number**

| 5 | 2 | – | 1 | 5 | 0 | 1 | 7 | 3 | 4 |

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign<br>Here | Signature of<br>U.S. person ▶ *(signature)* | Date ▶ 01/02/2018 |
|---|---|---|

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

#### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Cat. No. 10231X                                    Form **W-9** (Rev. 12-2014)

| Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

UPPER CHESAPEAKE ORTHOPEDICS, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶  C

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)

PO BOX 741581

**6** City, state, and ZIP code

ATLANTA, GA 30374-1581

Requester's name and address (optional)

**7** List account number(s) here (optional)

See Specific Instructions on page 2. Print or type

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number**

☐☐☐ – ☐☐ – ☐☐☐☐

or

**Employer identification number**

2 7 – 3 4 8 9 6 6 5

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign Here | Signature of U.S. person ▶ | Date ▶ 01/02/2019 |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Cat. No. 10231X  Form **W-9** (Rev. 12-2014)

| Form **W-9** (Rev. December 2014) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | **Give Form to the requester. Do not send to the IRS.** |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

UPPER CHESAPEAKE PRIMARY CARE, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

PO BOX 198553

**6** City, state, and ZIP code

ATLANTA, GA 30384

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |

or

Employer identification number

| 3 | 5 | – | 2 | 3 | 0 | 7 | 2 | 0 | 6 |

---

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**    Signature of U.S. person ▶    *[signature]*    Date ▶ 01/04/2018

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)

- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Form **W-9** (Rev. 12-2014)

| Form **W-9**<br>(Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

UPPER CHESAPEAKE RADIATION ONCOLOGY, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ __C__

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

PO BOX 418399

**6** City, state, and ZIP code

BOSTON, MA 02241-8399

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

or

Employer identification number

| 4 | 6 | – | 2 | 3 | 0 | 8 | 6 | 8 | 2 |
|---|---|---|---|---|---|---|---|---|---|

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**  Signature of U.S. person ▶ *[signature]*    Date ▶ 01/02/2018

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding?* on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X                                                Form **W-9** (Rev. 12-2014)

| Form **W-9**<br>(Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

UPPER CHESAPEAKE SURGICAL ASSOCIATES, LLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ **C**

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ____

Exemption from FATCA reporting code (if any) ____

(Applies to accounts maintained outside the U.S.)

**5** Address (number, street, and apt. or suite no.)

2027 PULASKI HIGHWAY, S#205

**6** City, state, and ZIP code

HAVRE DE GRACE, MD 21078-2147

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

**Social security number**

| | | | – | | | – | | | | |

or

**Employer identification number**

| 0 | 6 | – | 1 | 7 | 9 | 1 | 5 | 5 | 1 |

### Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | Signature of U.S. person ▶ | Date ▶ 01/02/201B

### General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding.* See *What is backup withholding?* on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)

Form **W-9**
(Rev. December 2014)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give Form to the requester. Do not send to the IRS.**

1 Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**UPPER CHESAPEAKE WOMEN'S CARE, LLC**

2 Business name/disregarded entity name, if different from above

3 Check appropriate box for federal tax classification; check only one of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ **C**

Note. For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

(Applies to accounts maintained outside the U.S.)

5 Address (number, street, and apt. or suite no.)

**PO BOX 741390**

6 City, state, and ZIP code

**ATLANTA, GA 30374-1390**

Requester's name and address (optional)

7 List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

or

Employer identification number

[ 2 ][ 7 ] – [ 3 ][ 3 ][ 8 ][ 6 ][ 8 ][ 5 ][ 5 ]

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**  Signature of U.S. person ▶  Date ▶ 01/02/2018

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

Future developments. Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at www.irs.gov/fw9.

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding? on page 2.

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See What is FATCA reporting? on page 2 for further information.

Cat. No. 10231X

Form **W-9** (Rev. 12-2014)