# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 1:25-cv-2319 |
| v. | * | |
| | * | |
| MARYLAND CARE, INC. d/b/a MARYLAND PHYSICIANS CARE, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Maryland Care, Inc. d/b/a Maryland Physicians Care's Motion to Dismiss Counts II-IV of the Complaint, Memorandum in Support and argument at any hearing in this matter, it is this ___ day of _____, 2025, hereby and the same,

ORDERED that Defendant Maryland Care, Inc. d/b/a Maryland Physicians Care's Motion to Dismiss Counts II-IV of the Complaint is hereby and the same, GRANTED, and it is further,

ORDERED that Defendant Maryland Care, Inc. d/b/a Maryland Physicians Care's Motion to Dismiss Counts II-IV of the Complaint is hereby and the same DISMISSED WITH PREJUDICE.

_____
Hon. Brendan Abell Hurson

Copies to:

All counsel of record (via CM/ECF)